UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 968 (RNC) |
| V. | : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : : : | OCTOBER 20, 2003 |
| Defendants. | : | |

**OBJECTION TO MOTION TO INTERVENE**

The undersigned Defendants, HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE, individually and in her official capacity as Executive Director of the Housing Authority of the City of Bridgeport, and JONAS DE GUZMAN, individually and in his official capacity as Special Assistant to the Executive Director of the Housing Authority of the City of Bridgeport Housing Authority of the City of Bridgeport, in the above-captioned matter, hereby object to intervener Judith Montes' Motion for Permissive Intervention pursuant to FRCP 24(b) on the grounds that the proposed intervenor has failed to establish the requisite common questions of law or fact. In addition, intervention will unduly delay the resolution of this action and the proposed intervenor's interests are adequately represented. Accordingly, the Motion to Intervene should be denied. The Defendants submit the attached Memoranda of Law in Opposition to Motion to Intervene.

Oral Argument Requested
Testimony Not Required

          THE DEFENDANTS,

          By: _____
              Michael T. Ryan, Esq. (ct 05685)
              Ryan, Ryan, Johnson & Deluca, LLP
              80 Fourth Street, P.O. Box 3057
              Stamford, CT   06905
              Juris No. 52525
              Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2003, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky, on Behalf of Plaintiff Class

Jennifer Vickery, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky, on Behalf of Plaintiff Class

          _____
          Michael T. Ryan, Esq.

I:\Procases\1742.007\objection101503.wpd
1742.007