FILED

2003 OCT 30 P 1: 13

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS MATYASOVSZKY on behalf :
of himself and all other :
similarly situated :
:
Plaintiff, : CIVIL ACTION NO. 3:03 CV 968 (RNC)
:
V. :
:
HOUSING AUTHORITY OF THE CITY :
OF BRIDGEPORT, ET AL. :
:
Defendants. :

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION

The undersigned Defendants, Housing Authority of the City of Bridgeport, Collin Vice, and Jonas DeGuzman, respectfully move this Court, pursuant to Fed. R. Civ. P. Rule 34 and D. Conn. Loc. R. Civ. Rule 7 for a thirty day extension of time to respond to the Plaintiff's First Requests for Production. The Plaintiff's First Requests for Production was served on the Defendants on October 13, 2003 and consists of eight production requests. The additional time is required to gather and review the requested information.

In support of this motion, the undersigned represents that on October 28, 2003, he spoke, via telephone, with Attorney Jennifer Vickery, counsel for the Plaintiff. Attorney Vickery indicated that she objects to an extension of time. This is the first motion for extension of time

the Defendants have filed regarding the Plaintiff's First Requests for Production dated October 13, 2003.

**WHEREFORE,** the Defendants respectfully move that the Court allow an additional thirty days to Friday, December 12, 2003 for the Defendants to respond to the Plaintiff's First Requests for Production.

THE DEFENDANTS,
HOUSING AUTHORITY OF THE CITY OF
BRIDGEPORT

By: *[signature]*
James A. Mahar, Esq., (CT 21854)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Juris No. 52525
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2003, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky, on Behalf of Plaintiff Class

Jennifer Vickery, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky, on Behalf of Plaintiff Class

James A. Mahar, Esq.

I:\Procases\1742.007unotxtdtime102803.wpd
1742.007