

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated : : : : | |
| Plaintiff, : | CIVIL ACTION NO. 3:03 CV 968 (RNC) |
| V. : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. : : : | |
| Defendants. : | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND REQUESTS FOR PRODUCTION

The undersigned Defendants, Housing Authority of the City of Bridgeport, Collin Vice, and Jonas DeGuzman, respectfully move this Court, pursuant to Fed. R. Civ. P. Rule 34 and D. Conn. Loc. R. Civ. Rule 7 for a thirty day extension of time to respond to the Plaintiff's Second Requests for Production. The Plaintiff's Second Requests for Production was served on the Defendants on October 14, 2003 and consists of forty-one production requests. The additional time is required to gather and review the requested information. The documents requested by the Plaintiff are likely to be voluminous given that Plaintiff is seeking documents dating back to October 1999.

In support of this motion, the undersigned represents that on October 28, 2003, he spoke, via telephone, with Attorney Jennifer Vickery, counsel for the Plaintiff. Attorney Vickery indicated that she objects to an extension of time. This is the first motion for extension of time the Defendants have filed regarding the Plaintiff's Second Requests for Production dated October 14, 2003.

**WHEREFORE,** the Defendants respectfully move that the Court allow an additional thirty days to Monday, December 15, 2003 for the Defendants to respond to the Plaintiff's Second Requests for Production.

THE DEFENDANTS,
HOUSING AUTHORITY OF THE CITY OF
BRIDGEPORT

By: /s/ James A. Mahar
James A. Mahar, Esq., (CT 21854)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905
Juris No. 52525
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2003, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky

Jennifer Vickery, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky

_____
James A. Mahar, Esq.

f:\Procases\1742.007\motxtdtime102803.wpd
1742.007

- 3 -