#23

03cv968 Moext rsp rp

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS MATYASOVSZKY on behalf
of himself and all other
similarly situated

      Plaintiff,                CIVIL ACTION NO. 3:03 CV 968 (RNC)

V.

HOUSING AUTHORITY OF THE CITY
OF BRIDGEPORT, ET AL.

      Defendants.

*November 3, 2003. Granted. So ordered. Robert N. Chatigny, U.S.D.J.*

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION

The undersigned Defendants, Housing Authority of the City of Bridgeport, Collin Vice, and Jonas DeGuzman, respectfully move this Court, pursuant to Fed. R. Civ. P. Rule 34 and D. Conn. Loc. R. Civ. Rule 7 for a thirty day extension of time to respond to the Plaintiff's First Requests for Production. The Plaintiff's First Requests for Production was served on the Defendants on October 13, 2003 and consists of eight production requests. The additional time is required to gather and review the requested information.

In support of this motion, the undersigned represents that on October 28, 2003, he spoke, via telephone, with Attorney Jennifer Vickery, counsel for the Plaintiff. Attorney Vickery indicated that she objects to an extension of time. This is the first motion for extension of time