03cv968moextrsprpl

#24

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : : : |
| Plaintiff, | : CIVIL ACTION NO. 3:03 CV 968 (RNC) |
| V. | : |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : : |
| Defendants. | : |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND REQUESTS FOR PRODUCTION

The undersigned Defendants, Housing Authority of the City of Bridgeport, Collin Vice, and Jonas DeGuzman, respectfully move this Court, pursuant to Fed. R. Civ. P. Rule 34 and D. Conn. Loc. R. Civ. Rule 7 for a thirty day extension of time to respond to the Plaintiff's Second Requests for Production. The Plaintiff's Second Requests for Production was served on the Defendants on October 14, 2003 and consists of forty-one production requests. The additional time is required to gather and review the requested information. The documents requested by the Plaintiff are likely to be voluminous given that Plaintiff is seeking documents dating back to October 1999.

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
November 3, 2003.