====================================================== FILED ==

## UNITED STATES DISTRICT COURT

———————————District of Connecticut——————— 2003 OCT 29 A 11: 26

US DISTRICT COURT
HARTFORD CT

**APPEARANCE**

THOMAS MATYASOVSZKY, on behalf of
himself and all other similarly situated

        Plaintiff,

v.                                                                                    CIVIL ACTION NO.:
                                                                                      3:03 CV 968 (RNC)

HOUSING AUTHORITY OF THE CITY OF
BRIDGEPORT, COLLIN VICE, individually and
in her official capacity as Executive Director of the
Housing Authority of the City of Bridgeport, and
JONAS DE GUZMAN, individually and in his
official capacity as Special Assistant to the Executive
Director of the Housing Authority of the City of Bridgeport

        Defendants.                                                    OCTOBER 27, 2003


To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT,
    COLLIN VICE, individually and in her official capacity as Executive
    Director of the Housing Authority of the City of Bridgeport, and
    JONAS DE GUZMAN, individually and in his official capacity as
    Special Assistant to the Executive Director of the Housing Authority
    of the City of Bridgeport

October 27, 2003                          James A. Mahar, Esq., (ct 21854)
                                          Ryan, Ryan, Johnson & Deluca, LLP
                                          80 Fourth Street, P.O. Box 3057
                                          Stamford, CT 06905-3057
                                          Phone No.: (203) 357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2003, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky, on Behalf of Plaintiff Class

Jennifer Vickery, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky, on Behalf of Plaintiff Class

_____
James A. Mahar, Esq.

I:\Procases\1742.007\appear102203.wpd
1742.007