UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated, Plaintiffs, | : CIVIL ACTION NO. : : 3:03-CV-968 (RNC) |
| V. | : |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE, individually and in her capacity as Executive Director of the Housing Authority of the City of Bridgeport, and JONAS DE GUZMAN, individually and in his capacity as Special Assistant to the Executive Director of the Housing Authority of the City of Bridgeport, Defendants. | : : : : NOVEMBER 17, 2003 : : : : |

### PLAINTIFF'S MOTION TO EXTEND TIME

Plaintiff Thomas Matyasovszky moves this Court to extend by six weeks all deadlines in the Rule 26(f) Report approved by the Court on August 26, 2003. The parties have agreed to this extension because they find it unlikely that they will be able to meet the originally proposed deadlines. A deposition started on November 14, 2003 was suspended because of a conflict over the interpretation of an asserted privilege. Plaintiff intends to file a Motion to Compel to seek clarification from the Court, but it may not be possible to obtain this ruling and, if necessary, finish the deposition prior to the original

date for completing discovery. Plaintiffs will also need additional time to resolve objections by defendants to production requests, and both parties have identified conflicts that will force them to reschedule the remaining two scheduled deposition dates.

The proposed six week extension, if granted, would result in the following dates:

| | |
|---|---|
| Change to p.5, V.E.2 & E.3: | Discovery completed by May 12, 2004 |
| Change to p.6, V.E.4: | Depositions completed by January 26, 2004 |
| Change to p.6, V.E.6: | Plaintiff's expert disclosure by January 26, 2004 |
| Change to p.6, V.E.6: | Deposition of plaintiff's experts by March 13, 2004 |
| Change to p.6, V.E.7: | Defendants'expert disclosure by April 13, 2004 |
| Change to p.6, V.E.7: | Deposition of defendants' experts by May 13, 2004 |
| Change to p.6, V.E.8: | Damages analysis by March 8, 2004 |
| Change to p.6, V.F: | Dispositive motions due by June 4, 2004 |
| Change to p.7, V.G: | Joint trial memorandum due September 13, 2004 |
| Change to p.7, VI: | Trail ready by October 13, 2004 |

Counsel for all defendants, Michael Ryan of Ryan, Ryan, Johnson & Deluca, LLP, consented to the extensions requested herein on November 14, 2003.

Respectfully submitted,

PLAINTIFF THOMAS MATYASOVSZKY

By _____
Jennifer Vickery, Esq.
(ct 24089)
1115 Main Street, Suite 415
Bridgeport, CT 06604
Tel.(203) 384-1245, Fax. (203) 384-1246
Email: alanrosner@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by mail on this 17th day of November, 2003 to:

Michael Ryan, Jeffrey Nagle, and James Mahar
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057

_____
Commissioner of Superior Court