UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 968 (RNC) |
| V. | : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : : : | NOVEMBER 24, 2003 |
| Defendants. | : | |

**MOTION TO CONTINUE HEARING
ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND
MOTION FOR EXTENSION OF TIME**

The defendants hereby request an extension of time within which to respond to plaintiff's Affidavit in Support of Motion to Certify Class, dated November 18, 2003 and to continue the hearing on plaintiff's Motion for Class Certification and Motion to Intervene, presently scheduled for November 25, 2003 at 1:00 p.m.  In support of the present motion, the undersigned represents as follows:

1. On August 7, 2003, plaintiff filed a Motion for Class Certification.  On September 11, 2003, defendants filed an Objection to Plaintiff's Motion for Class Certification.  On September 30, 2003, plaintiff filed a Reply to Defendants' Objection to Class Certification.

2. Neither plaintiff's Motion nor his Reply indicate that he intends to offer testimony in support of the motion. Further, there are no affidavits attached to plaintiff's Motion for Class Certification or his Reply to Defendants' Objection to Class Certification.

3. On or about November 3, 2003, the Court scheduled a hearing on plaintiff's Motion to Certify Class and Motion to Intervene for November 25, 2003 at 1:00 p.m.

4. On November 21, 2003 the undersigned received plaintiff's Affidavit in Support of Motion to Certify Class and five exhibits attached thereto.

5. Plaintiff's Affidavit in Support of Motion to Certify Class offers no explanation or argument as to what use he intends to make of the Affidavit or attached exhibits at the hearing or how they are relevant to his Motion to Certify Class.

6. The defendants require additional time to review and respond to the plaintiff's Affidavits and exhibits.

7. In addition, the parties have been engaging in extensive discovery. Plaintiffs have taken several depositions, including the deposition of defendant Jonas deGuzman, Tracey Zenas, former Resident Selection Coordinator for the Bridgeport Housing Authority, Cynthia Larson, Adult Social Worker in the Community Affairs office of the Bridgeport Housing Authority and others. Plaintiff has also filed several Requests for Production of Documents and has filed a Freedom of Information request with the defendant Bridgeport Housing Authority. The defendants have objected to several of these requests. The defendants and defense counsel have also spent numerous hours in gathering documents

which are or may be responsive to plaintiff's requests and has moved for an extension of time to respond to others. Several of the depositions taken by the plaintiff were not transcribed but simply recorded on audiotape. At the present time, plaintiff has not provided copies of the audiotapes to the defendants. One of the deponents was Cynthia Larson, the Adult Social Worker in the Community Affairs office of the Bridgeport Housing Authority, whose testimony is relevant to plaintiff Judith Montez' Motion to Intervene.

For the foregoing reasons, the defendants move that the hearing scheduled for November 25, 2003 on plaintiff's Motion to Certify Class (Document 7) and Motion to Intervene (Document 18) be continued and that in lieu thereof, the Court hold a status conference to discuss an orderly schedule for discovery and the hearing on the Motion to Certify and Motion to Intervene.

This is defendants' first request with respect to these motions. On November 21, 2003, the undersigned contacted plaintiff's counsel, Alan Rosner, who objects to the present motion.

THE DEFENDANTS,

By: _____
    Michael T. Ryan, Esq., (CT 05685)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT  06905
    Juris No. 52525
    Phone No. 203-357-9200

### CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2003, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Jennifer Vickery, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky, on Behalf of Plaintiff Class

_____
Michael T. Ryan, Esq.

A:\continuehearing112103.wpd
1742.007