03cv968mextime

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated, Plaintiffs, | CIVIL ACTION NO. 3:03-CV-968 (RNC) |
| V. | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE, individually and in her capacity as Executive Director of the Housing Authority of the City of Bridgeport, and JONAS DE GUZMAN, individually and in his capacity as Special Assistant to the Executive Director of the Housing Authority of the City of Bridgeport, Defendants. | NOVEMBER 17, 2003 |

**PLAINTIFF'S MOTION TO EXTEND TIME**

Plaintiff Thomas Matyasovszky moves this Court to extend by six weeks all deadlines in the Rule 26(f) Report approved by the Court on August 26, 2003. The parties have agreed to this extension because they find it unlikely that they will be able to meet the originally proposed deadlines. A deposition started on November 14, 2003 was suspended because of a conflict over the interpretation of an asserted privilege. Plaintiff intends to file a Motion to Compel to seek clarification from the Court, but it may not be possible to obtain this ruling and, if necessary, finish the deposition prior to the original

*Granted. So ordered. Robert N. Chatigny, U.S.D.J. November 20, 2003.*