UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS MATYASOVSZKY, on behalf of :
himself and all others similarly :
situated, :
                                                     :
     Plaintiff, :
                                                     :
    v. :      CASE NO. 3:03CV968 (RNC)
                                                     :
HOUSING AUTHORITY OF THE CITY OF :
BRIDGEPORT, ET AL., :
     Defendants. :

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge <u>William I. Garfinkel</u> for the following:

___    To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___    To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___    A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_    To conduct settlement conferences (orefmisc./cnf);

___    To conduct a prefiling conference (orefmisc./cnf);

___    To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

___    A ruling on the following pending motions (orefm.):_____

So ordered.

Dated at Hartford, Connecticut this 25TH day of November 2003.

                                                         Robert N. Chatigny
                                           United States District Judge