UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated,<br>Plaintiffs,<br><br>V.<br><br>HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE, individually and in her capacity as Executive Director of the Housing Authority of the City of Bridgeport, and JONAS DE GUZMAN, individually and in his capacity as Special Assistant to the Executive Director of the Housing Authority of the City of Bridgeport,<br>Defendants. | : CIVIL ACTION NO.<br>:<br>: 3:03-CV-968 (RNC)<br>:<br>:<br>:<br>:<br>:<br>: DECEMBER 6, 2003<br>:<br>:<br>:<br>: |

## PLAINTIFF'S MOTION TO COMPEL PRODUCTION

Pursuant Fed. R. Civ. P. Rules 34 and 37, the plaintiff moves this Court to compel discovery from the defendants of documents described in two sets of requests for production of documents. The defendants have objected to **Requests 5, 6, 7 and 8** of plaintiff's **First Requests for Production**, dated October 13, 2003, and **Requests 4, 5, 10, 18, 19, 20, 21, 22, and 31** of plaintiff's **Second Requests for Production** dated October14, 2003. The parties have conferred regarding these objections, but are unable to

resolve their disagreements.

                        Respectfully submitted,

                        PLAINTIFF THOMAS MATYASOVSZKY

                        By_____
                        Jennifer Vickery, Esq.
                        (ct 24089)
                        1115 Main Street, Suite 415
                        Bridgeport, CT 06604
                        Tel.(203) 384-1245, Fax. (203) 384-1246
                        Email: alanrosner@aol.com

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent by ~~facsimile transmission~~ overnight mail on this 6th day of December, 2003 to:

Michael Ryan, Jeffrey Nagle, and James Mahar
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
Fax (203) 357-7915


_____
Commissioner of Superior Court