

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated,<br>Plaintiffs, | :<br>: CIVIL ACTION NO.<br>:<br>: 3:03-CV-968 (RNC) |
| V. | : |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE, individually and in her capacity as Executive Director of the Housing Authority of the City of Bridgeport, and JONAS DE GUZMAN, individually and in his capacity as Special Assistant to the Executive Director of the Housing Authority of the City of Bridgeport,<br>Defendants. | :<br>:<br>:<br>: DECEMBER 6, 2003<br>:<br>:<br>:<br>: |

**AFFIDAVIT OF COUNSEL PURSUANT TO LOCAL RULE 37**

JENNIFER VICKERY, being duly sworn, deposes and says:

1. I am counsel for the plaintiff, Thomas Matyasovszky, with Alan Rosner. I hereby submit this affidavit in support of plaintiff's Motion to Compel, dated December 3, 2003, seeking to compel production of documents in response to two sets of Requests for Production.

2. On November 12, 2003, Defendants objected to seventeen Requests.

3. The undersigned conferred with James Mahar and Michael Ryan, as counsel for

the defendants, in an attempt to resolve these discovery disagreements on November 14 and 16, 2003. The undersigned further conferred with James Mahar on December 1 and 2, 2003. Agreements have been reached concerning four of the disputed Requests.

4. Counsel are unable to reach agreement regarding thirteen remaining objections.

Dated: Bridgeport, CT
December 4, 2003

_____
Jennifer Vickery

Sworn to before me this 4th day of December, 2003

_____
Commissioner of Superior Court