UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC 15 A 10: 23

THOMAS MATYASOVSZYK,

    Plaintiff,

v.       CASE NO. 3:03CV968(RNC)

HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL.,

    Defendants.

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge William I. Garfinkel for the following:

___   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___   To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___   To conduct settlement conferences (orefmisc./cnf);

___   To conduct a prefiling conference (orefmisc./cnf);

___   To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_   A ruling on the following pending motion (orefm.):
Plaintiff's Motion to Compel Production [doc. 34]

So ordered.

Dated at Hartford, Connecticut this 15 day of December 2003.

Robert N. Chatigny
United States District Judge