UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT

THOMAS MATYASOVSZYK,

    Plaintiff,

v.

HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL.,

    Defendants.

2003 DEC 22 A 7 50

U.S. DISTRICT COURT
HARTFORD, CT.

CASE NO. 3:03CV968(RNC)

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge William I. Garfinkel for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motion (orefm.): Plaintiff's Motion to Continue Hearing on Plaintiff's Motion for Class Certification and Motion for Extension of Time [doc. 30]

So ordered.

Dated at Hartford, Connecticut this 19th day of December 2003.

Robert N. Chatigny
United States District Judge