UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2003 DEC 22 A 7 55

U.S. DISTRICT COURT
HARTFORD, CT.

THOMAS MATYASOVSZYK,

    Plaintiff,

v.  :  CASE NO. 3:03CV968(RNC)

HOUSING AUTHORITY OF THE CITY OF
BRIDGEPORT, ET AL.,

    Defendants.

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge William I. Garfinkel for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motion (orefm.):
Motion to Certify Class [doc. 7]
Motion to Intervene [doc. 18]

So ordered.

Dated at Hartford, Connecticut this 19 day of December 2003.

Robert N. Chatigny
United States District Judge