UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Status Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

December 22, 2003

11:00 a.m.

*Held  
30 mins*

CASE NO. **3:03cv968 (RNC)**   **Matyasovszky, et al vs. Bridgeport Housing Authority, et al**

James A. Mahar
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905


Jeffrey Charles Nagle
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905


Alan Rosner
1115 Main St.
Suite 415
Bridgeport, CT 06604


Michael T. Ryan
Ryan, Ryan, Johnson & Deluca
80 4Th St., Po Box 3057
Stamford, CT 06905

\* PLAINTIFF COUNSEL SHALL INITIATE THE CONFERENCE CALL.

   THANKS.

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK