UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated, Plaintiffs, | : : : CIVIL ACTION NO. : |
| V. | : 3:03-CV-968 (RNC) : |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE, individually and in her capacity as Executive Director of the Housing Authority of the City of Bridgeport, and JONAS DE GUZMAN, individually and in his capacity as Special Assistant to the Executive Director of the Housing Authority of the City of Bridgeport, Defendants. | : : : : : JANUARY 6, 2004 : : : : : |

## PLAINTIFF'S MOTION TO EXTEND TIME

Plaintiff Thomas Matyasovszky moves this Court to extend by thirty days, until February 6, the time to respond to defendants' Interrogatories and Requests for Production dated December 5, 2003. Plaintiff makes this request because he requires additional time to compile responses to defendant's requests as to class members. This the plaintiff's first request for extension.

Counsel for all defendants, James Mahar of Ryan, Ryan, Johnson & Deluca, LLP, does not consent to the extension requested herein.

Respectfully submitted,

PLAINTIFF THOMAS MATYASOVSZKY

By _____
Jennifer Vickery, Esq.
(ct 24089)
1115 Main Street, Suite 415
Bridgeport, CT 06604
Tel.(203) 384-1245, Fax. (203) 384-1246
Email: alanrosner@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by mail on this 6th day of January, 2004 to:

Michael Ryan and James Mahar
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057

_____
Commissioner of Superior Court