UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS MATYASOVSZYK, :
:
    Plaintiff, :
:
v. : CASE NO. 3:03CV968 (RNC)
:
HOUSING AUTHORITY OF THE CITY OF :
BRIDGEPORT, ET AL., :
:
    Defendants. :

FILED
2004 JAN 13 P 1:16
U.S. DISTRICT COURT
HARTFORD, CT.

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge William I. Garfinkel for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motion (orefm.): Plaintiff's Motion to Extend Time [doc. 43]

So ordered.

Dated at Hartford, Connecticut this 13th day of January 2004.

Robert N. Chatigny
United States District Judge