FILED

2004 JAN 20 P 1:30

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated, Plaintiffs, | : CIVIL ACTION NO. : : 3:03-CV-968 (RNC) |
| V. | : |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE, individually and in her capacity as Executive Director of the Housing Authority of the City of Bridgeport, and JONAS DE GUZMAN, individually and in his capacity as Special Assistant to the Executive Director of the Housing Authority of the City of Bridgeport, Defendants. | : : : : JANUARY 16, 2004 : : : |

## PLAINTIFF'S MOTION TO EXTEND TIME TO DISCLOSE EXPERTS

Pursuant to Fed. R. Civ. P. Rule 26 and Loc. R. Civ. P. 7 for the District of Connecticut, plaintiff hereby requests a four week extension of times to designate an expert and make expert disclosures. Plaintiff is unable to make such disclosures until he has had access to the application and tenant files upon which the expert would base his or her analysis.

This is the plaintiff's second request to extend time to make expert disclosures. The first such motion was in the context of a stipulation between the parties to extend all

deadlines in the case by six weeks. Defendants' counsel Attorney Ryan has consented to this motion, on the condition that defendants' deadlines would be correspondingly lengthened. Thus, plaintiff and defendant propose the following schedule modification:

| | |
|---|---|
| February 26, 2004 | Plaintiff's expert disclosure |
| April 13, 2004 | Plaintiff's expert deposed by defendants |
| May 13, 2004 | Defendants' expert disclosure |
| June 13, 2004 | Defendants' expert deposed by plaintiffs |
| June 13, 2004 | Discovery completion deadline |

Respectfully submitted,

PLAINTIFF THOMAS MATYASOVSZKY

By_____
Jennifer Vickery, Esq. (Ct24089)
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Tel. (203) 384-1245, Fax. (203) 384-1246
Email: alanrosner@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by mail on this 16th day of January, 2004 to:

Michael T. Ryan and James Mahar
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057

_____
Commissioner of Superior Court