UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY, | : | FILED |
|     Plaintiff, | : | |
| v. | : | 2004 JAN 20  A 8: 02 |
| | : | CASE NO. 3:03CV968(RNC) |
| BRIDGEPORT HOUSING AUTHORITY, | : | U.S. DISTRICT COURT |
| | : | HARTFORD, CT. |
|     Defendant. | : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge William I. Garfinkel for the following:

__X__  For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge (orefcs.);

____  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv);

____  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

____  To conduct settlement conferences (orefmisc./cnf);

____  To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

____  A ruling on the following pending motions (orefm.):_____

So ordered.

Dated at Hartford, Connecticut this 17TH day of January 2004.

                                       Robert N. Chatigny
                              United States District Judge