UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated, Plaintiffs, | : <br> : CIVIL ACTION NO. <br> : |
| JOSEPH AND SANDRA PELLECHIO, Intervenors: <br> V. | : <br> : 3:03-CV-968 (RNC) <br> : |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE, individually and in her capacity as Executive Director of the Housing Authority of the City of Bridgeport, and JONAS DE GUZMAN, individually and in his capacity as Special Assistant to the Executive Director of the Housing Authority of the City of Bridgeport, Defendants. | : <br> : <br> : <br> : JANUARY 14, 2004 <br> : <br> : <br> : <br> : |

## JOSEPH AND SANDRA PELLECHIO'S MOTION TO INTERVENE

Intervenors Joseph and Sandra Pellechio hereby respectfully request that the Court permit them to intervene as plaintiff parties pursuant to Fed. R. Civ. P. 24(b), and in support thereof state the following:

1. Intervenor Joseph Pellechio is 54 and disabled by a back injury, diabetes and

1

Hepatitis C. Intervenor Sandra Pellechio, 53, is disabled by severe arthritis.

2. The Pellechios applied for public housing with the Bridgeport Housing Authority ("BHA") in or about October 2000. They asked to be placed in Fireside Apartments complex, but were told that they did not quaslify as they are not yet 62 years of age.

3. At the time they applied for public housing, their sole source of income was Mr. Pellechio's Supplemental Security Disability benefits of $872.00 per month.

4. The BHA owns and operates the Fireside Apartments, which consist of 248 apartments which, under federal law, are designated for both seniors and disabled tenants. The BHA, in violation of federal law, operates the Fireside as a complex exclusively for persons over 62 years of age, and excludes disabled applicants like the Pellechios. As a result, disabled applicants languish on the BHA waiting list for longer than they would if Fireside Apartments were operated in accordance with federal law.

5. A public housing authority may not exclude either seniors or disabled tenants from a mixed unit complex such as Fireside, unless it has applied and received approval to do so from the United States Department of Housing and Urban Development ("HUD").

6. The BHA owns other mixed population complexes, including Harborview. Without requesting permission from HUD, the defendants have been excluding disabled tenants from the Fireside Apartments and steering them instead to other sites, such as Harborview. Harborview is a highrise building with a cement block interior located in a noisy and physically dilapidated downtown intersection.

7. On October 1, 2002, the BHA leased the Pellechios a unit in the Harborview.

8. Upon learning of the instant action, the Pellechios decided to pursue intervention, because they hope to secure the right to be considered for a transfer from their Harborview apartment to the Fireside.

9. Intervenors Joseph and Sandra Pellechio are members of the proposed class.

10. Intervenors' claims and the main action have questions of law and fact in common, in that:

    a.    Intervenors, like the named plaintiff, have had rental housing at the Fireside denied them and otherwise made unavailable to them for discriminatory reasons related to their disabled status;

    b.    As occurred with the named plaintiff, defendants violated federal and state laws by discriminating in the terms and conditions under which they

would rent to disabled persons like the proposed intervenors;

c. As with othe members of the proposed plaintiff class, the opportunity for the proposed intervenors to obtain urgently needed afforable housing was delayed for discriminatory reasons related to their disabled status;

d. The policy and practice challenged in the main action is precisely the same policy and practice that the proposed intervenors have been victimized by;

11. Intervention will not delay or prejudice the rights of the original parties.

12. Intervenor's complaint is attached hereto.

WHEREFORE, Intervenors Joseph and Sandra Pellechio respectfullyt request that the Court permit them to intervene as part plaintiffs.

INTEVENORS JOSEPH AND SANDRA PELLECHIO,

BY _____
Jennifer Vickery, Esq. (CT24089)
1115 Main Street, Suite 415
Bridgeport, CT 06604
Phone (203) 809-0223
Fax(203) 384-1246

## CERTIFICATION

This is to certify that a copy of the foregoing has been served by regular first class mail postage prepaid on this 14th day of January, 2004 to:

Michael Ryan and James Mahar
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
Fax (203) 357-7915

_____
Commissioner of Superior Court

5