UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated, Plaintiffs, | CIVIL ACTION NO. |
| JOSEPH PELLECHIO, Intervenor | |
| V. | 3:03-CV-968 (RNC) |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE, individually and in her capacity as Executive Director of the Housing Authority of the City of Bridgeport, and JONAS DE GUZMAN, individually and in his capacity as Special Assistant to the Executive Director of the Housing Authority of the City of Bridgeport, Defendants. | DECEMBER 30, 2003 |

## AFFIDAVIT OF INTERVENOR JOSEPH PELLECHIO

Joseph Pellechio, being duly sworn, deposes and says:

1. I am 54 years old and appreciate the obligations of an oath.

2. I hurt my back after ten years working at the Milford Crane and Machine Company. I had two operations on my cracked discs, but my back has never recovered. I also suffer from liver damage from Hepatitis C, diabetes, and

      arthritis. My wife is disabled by a number of medical conditions, including severe arthritis that has caused the bones in her left leg to deteriorate.

3. Because I am medically unable to work, my sole source of income is $872.00 per month in Social Security Disability benefits.

4. In October of 2000, my wife Sandra and I went to the Trumbull Gardens office of the Bridgeport Housing Authority to fill out an application for public housing. I told them at that time that we needed public housing because I am disabled.

5. I asked to be put into the Fireside Apartments because it is a nicer apartment complex. The units there are larger, they have full kitchens, and they are well-maintained. There are clothes lines and garden spaces by each unit in the Fireside.

6. We learned about how nice the Fireside Apartments are because my wife's friend, Angie Bessie, lives there.

7. At the time we applied for public housing, we were living with our daughter, Antoinette Camillo. This situation was overcrowded, because there were five other persons, in addition to ourselves, living in my daughter's single family home. However, we could not afford housing of our own on my fixed income of $872.00 per month.

8. Almost a year later, in September of 2001, we visited the Trumbull Gardens office of the Bridgeport Housing Authority to find out about the status of our application. After discussing our application, they said they could offer us a unit in either the Trumbull towers or in Harborview.

9. We spoke to a supervisor at the housing authority, a middle-aged white lady. We asked her if we could live at the Fireside Apartments. She told us that my wife and I could not be placed in the Fireside Apartments because we are not old enough, and the Fireside Apartments are only for people over 62. She told us that the only places for disabled persons were Harborview and Trumbull towers.

10. Towards the end of September 2002, the Bridgeport Housing authority offered us unit B-12 at Harborview. We accepted it because we needed housing. We signed a lease for it on October 1, 2002.

11. The unit we live in at Harborview is very small and it has concrete walls that make it impossible for my wife to hang curtains in the windows. The area outside the complex is noisy from all the downtown traffic and the train station nearby. We would still prefer to live at Fireside.

Dated: Bridgeport, CT
      December 30, 2003

_____
                                                    Joseph Pellechio

Subscribed and sworn to before me this 30th day of December, 2003.

_____
Commissioner of Superior Court