03cv968(refmj)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 FEB -3 P 12: 21

U.S. DISTRICT COURT
HARTFORD, CT.

THOMAS MATYASOVSZKY,

    Plaintiff,

v.

HOUSING AUTHORITY OF CITY OF
BRIDGEPORT, ET AL.,

    Defendants.

CASE NO. 3:03CV968(RNC)

### REFERRAL TO MAGISTRATE JUDGE

The parties to the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all further proceedings in the case, including trial and the entry of a final judgment. The above-captioned case is referred to Magistrate Judge <u>William I. Garfinkel.</u>

The parties are instructed to complete the attached consent form and return it to the undersigned for approval.

So ordered.

Dated at Hartford, Connecticut this 3rd day of February 2004.

                                                  Robert N. Chatigny
                                         United States District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZYK, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:03CV968(RNC) |
| HOUSING AUTHORITY OF CITY OF BRIDGEPORT, ET AL., | : | |
| Defendants. | : | |

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

    In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

_____    Date  _____

_____    Date  _____

_____    Date  _____