UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 968 (RNC) |
| V. | : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : : : | FEBRUARY 5, 2004 |
| Defendants. | : | |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO INTERVENE DATED JANUARY 14, 2004

The Defendants, the Housing Authority of the City of Bridgeport, et al, in the above referenced matter, respectfully move this Court, pursuant to FRCP § 6 and Local Rule 7 (b), for a fourteen day extension of time to February 20, 2004, to file an Objection to the Motion to Intervene dated January 14, 2004 filed on behalf of Joseph and Sandra Pellechio. The undersigned consulted with counsel for the Intervenor and Plaintiff, Alan Rosner, who agrees to a fourteen day extension.

The plaintiff in this matter claims he was discriminated against by the Housing Authority of the City of Bridgeport based on his claimed disability. On or about January 14, 2004, the would-be intervenors, Joseph and Sandra Pellichio, filed a Motion to Intervene in this lawsuit with supporting papers. The Pellichios are represented by the same attorneys as the plaintiff in the underlying matter. The Defendants' response is due on February 6, 2004.

The parties recently entered into a Confidentiality/Protective Order regarding the

disclosure of information contained in the files of Housing Authority tenants. As part of the agreement, counsel for the plaintiff and the undersigned have been reviewing the tenant files, which are located at the Housing Authority sites. This review began on January 30, 2004 and continued on February 2, 3 and 4th. The parties will continue the file review on February 9, 10 and 11th. As counsel for the Defendants must be present at the file review, additional time is required to fully respond to the Motion to Intervene. The undersigned has begun working on the Objection to the Motion to Intervene, but will require additional time to fully address the issues involved.

**WHEREFORE,** the Defendants respectfully move this Court for a fourteen (14) day extension of time to February 20, 2004 to file their Objection to the Motion to Intervene.

THE DEFENDANTS,
HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT

By: _____
James A. Mahar, Esq., (CT 21854)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT  06905
Juris No. 52525
Phone No. 203-357-9200

## ORDER

The foregoing having been heard, it is hereby **ORDERED:**

**GRANTED/DENIED**

**BY THE COURT**

_____
**JUDGE/CLERK/ASST. CLERK**

**CERTIFICATE OF SERVICE**

      I hereby certify that on February ____, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky

Jennifer Vickery, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky

                                                          _____
                                                          James A. Mahar, Esq.