UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS MATYASOVSZKY on behalf
of himself and all other
similarly situated

        Plaintiff,          CIVIL ACTION NO. 3:03 CV 968 (WIG)

V.

HOUSING AUTHORITY OF THE CITY         FEBRUARY 19, 2004
OF BRIDGEPORT, ET AL.

        Defendants.

## OBJECTION TO LINDA DEDRICK'S MOTION TO INTERVENE

The undersigned Defendants, hereby object to LINDA DEDRICK'S Motion to Intervene into the above captioned matter, pursuant to FRCP § 24(b), on the grounds that the proposed Motion to Intervene is untimely, will cause undue delay in the resolution of this matter and prejudice the rights of the Defendants. Further, the proposed intervenor will not substantially contribute to the development of the underlying factual basis for the suit or to the just and equitable adjudication of the legal issues presented. Finally, the would-be intervenor's interests are adequately protected by the parties in the underlying action. Accordingly, the Motion to Intervene should be denied.

The Defendants submit the attached Memorandum of Law in Opposition to the Motion to Intervene.

                THE DEFENDANTS,
                HOUSING AUTHORITY OF THE CITY OF
                BRIDGEPORT, et al.

By: _____
     James A. Mahar, Esq. (CT 21854)
     Ryan, Ryan, Johnson & Deluca, LLP
     80 Fourth Street, P.O. Box 3057
     Stamford, CT   06905
     Juris No. 52525
     Phone No. 203-357-9200

## **ORDER**

The foregoing, having been heard and considered by the court, it is hereby ORDERED:

SUSTAINED/OVERRULED.

                        BY THE COURT:

                        _____
                        Judge/Assistant Clerk

                        Date:_____

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky, on Behalf of Plaintiff Class

_____
James A. Mahar, Esq.

I:\Procases\1742.007\objdedrickintrvn021904.wpd
1742.007