UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | |
| Plaintiff, | CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| V. | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | FEBRUARY 19, 2004 |
| Defendants. | |

**<u>OBJECTION TO JOSEPH AND SANDRA PELLECHIO'S MOTION TO INTERVENE</u>**

The undersigned Defendants, hereby object to JOSEPH AND SANDRA PELLECHIO'S Motion to Intervene into the above captioned matter, pursuant to FRCP § 24(b), on the grounds that the proposed Motion to Intervene is untimely, will cause undue delay in the resolution of this matter and prejudice the rights of the Defendants.  Further, the proposed intervenors will not substantially contribute to the development of the underlying factual basis for the suit or to the just and equitable adjudication of the legal issues presented.  Finally, the would-be intervenors' interests are adequately protected by the parties in the underlying action.  Accordingly, the Motion to Intervene should be denied.

The Defendants submit the attached Memorandum of Law in Opposition to the Motion to Intervene.

- 2 -

        THE DEFENDANTS,
        HOUSING AUTHORITY OF THE CITY OF
        BRIDGEPORT, et al.


By:_____
    James A. Mahar, Esq. (CT 21854)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Juris No. 52525
    Phone No. 203-357-9200

- 3 -

**<u>ORDER</u>**

The foregoing, having been heard and considered by the court, it is hereby ORDERED:

SUSTAINED/OVERRULED.

                    BY THE COURT:

                    _____
                    Judge/Assistant Clerk

                    Date:_____

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on February \_\_\_\_, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky, on Behalf of Plaintiff Class

_____
James A. Mahar, Esq.

I:\Procases\1742.007\objtomotintervenepellichio.wpd
1742.007