UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS MATYASOVSZYK, :

    Plaintiff, :

    v. :  CASE NO. 3:03CV968 (RNC)

HOUSING AUTHORITY OF CITY OF :
BRIDGEPORT, ET AL., :

    Defendants. :

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

_[signature]_  2-11-04
Jennifer Vickery
Atty. to Plaintiffs
    Date

_[signature]_  Date

_Alan Rosner_  2-11-04
Alan Rosner, Atty for
Plaintiffs
    Date

    Date

*[Margin note left side, rotated:]* Robert N. Chatigny, U.S.D.J. This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge William I. Garfinkel. So ordered. February 24, 2004. Approved.

*[Duplicate faded text of the form appears below]*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZYK, : | |
| Plaintiff, : | |
| v. : | CASE NO. 3:03CV968(RNC) |
| HOUSING AUTHORITY OF CITY OF : BRIDGEPORT, ET AL., : | |
| Defendants. : | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

    In accordance with the provisions of Title 28, U.S.C., Section 636(c), any appeal in this case will be taken to the United States Court of Appeals.

_____    Date: February 19, 2004
Jeffrey C. Nagle
Ryan, Ryan, Johnson & Deluca, LLP
Attorney for Defendants

_____    Date: _____

_____    Date: _____

*[Left margin, handwritten:]* Robert N. Chatigny, U.S.D.J.

*[Bottom margin, handwritten:]* February 24, 2004. Approved. This case is hereby referred for all further proceedings, including trial and entry of final judgment to Magistrate Judge William I. Garfinkel. So ordered.