CLERK
U.S. DISTRICT COURT
BRIDGEPORT

FEB 25   3 39 PM '04

UNITED STATES DISTRICT COURT    FILED
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated, Plaintiffs, | : : : : | CIVIL ACTION NO. |
| V. | : | 3:03-CV-968 (WIG) |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL | : : : | FEBRUARY 25, 2004 |

### PLAINTIFF'S MOTION TO EXTEND TIME TO DISCLOSE EXPERT REPORTS

Plaintiff Thomas Matyasovszky moves this Court to extend by thirty days, until March 26, 2004, the time for the plaintiff to disclose the report of his expert witness. Plaintiff makes this request because he requires additional time to complete review of several hundred additional files of applicants for public housing. The results of this file review process will form the basis for the expert's report. Although counsel for the plaintiff has devoted approximately 9 working days reviewing files, the review process is less than half over.

Counsel for all defendants, James Mahar, Esq., has agreed to the extension requested herein.

Respectfully submitted,

PLAINTIFF THOMAS MATYASOVSZKY

By_____
Jennifer Vickery, Esq.
(ct 24089)
1115 Main Street, Suite 415
Bridgeport, CT 06604
Tel.(203) 384-1245, Fax. (203) 384-1246
Email: alanrosner@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by mail on this 25th day of February, 2004 to:

Michael Ryan and James Mahar
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057

_____
Commissioner of Superior Court