

```
            UNITED STATES DISTRICT COURT

              DISTRICT OF CONNECTICUT
---------------------------------------

THOMAS MATYASOVSZKY

     -vs-                        Civil Action

HOUSING AUTHORITY OF THE CITY    #3:03 CV 968(RNC)
OF BRIDGEPORT, ET AL.

---------------------------------------
```

The deposition of ANITA FALCO, taken on behalf of the Plaintiff, pursuant to notice and rules of court, before Stephen F. Bernfeld, a Notary Public of the State of Connecticut, on the 22nd day of December, 2003, at 12 noon, at the law offices of Bridgeport Housing Authority, 505 Trumbull Street, Bridgeport, Connecticut.

```
          STEPHEN F. BERNFELD
      Licensed Professional Reporter
         5  Three Trees Lane
         Trumbull, CT 06611-1729
            (203) 268-5693
            License #SHR.285
```

Exhibit 1



1  wouldn't be on the November list.
2      Q   Okay.  Feel free to look at any of the waiting
3  lists that we've got.
4      A   Okay.
5          No, she moved.  She's not in here, in any of
6  these.  She leased up September 17th.  She moved in
7  September 17th.  So, on September 25th, she wouldn't be
8  on the waiting list.
9      Q   Okay.  Do you remember whether she was elderly
10 or not?
11     A   I believe she's elderly.
12     Q   Okay.  Was the person to whom you offered unit
13 C10 elderly?
14     A   I don't think so.  I think he was disabled.
15     Q   And, can you tell using the exhibits that we
16 have before us, tell on what date he first applied?
17     A   Let me take a look in here.
18     (PAUSE)
19     A   I don't find the number for --
20     Q   When you say "this list," you mean Plaintiff's
21 Exhibit 14, correct?
22     A   Yes.
23     Q   And that is the list for September?
24     A   September 30th, yes.
25     Q   So, why would the person to whom you offered a

1   unit in October not be on that list?
2       A    I really don't know.
3            Oh, I offered to him on August 22nd, and he
4   moved in October 3rd.
5       Q    So, in fact, you didn't offer it to him at
6   all.  Because you didn't start offering units until
7   August 28th, correct?
8       A    No, obviously I offered -- I was wrong.
9   Because I have, my writing on July 30th.  So, that must
10  have been when I was offering.
11      Q    So, now you're saying you were offering units
12  as of July 30th?
13      A    Yes.  So I must have been incorrect when I
14  stated August 22nd.  It must have been July 22nd when I
15  came over to applications.
16           I'm sorry.
17      Q    Does that change your answer about how many
18  units at Fireside you have offered?
19      A    No.
20      Q    It seems like it might, since before you were
21  going off of Plaintiff's Deposition Exhibit 13 in
22  telling me which units you had offered.
23      A    No, because I have my handwriting here.  I
24  recall the families.
25      Q    So, you're certain that the previous list of

1   comes back to haunt you.
2           MS. VICKERY:  I'm sure she's just
3   answering to the best of her ability.
4           MR. MAHAR:  I'm just reaffirming the
5   instructions.
6       Q   Were you ever involved in decisions about who
7   would be offered a unit at the Fireside before July 22,
8   2003?
9       A   No.
10      Q   Okay.  We're turning to the list of units that
11  you have offered.  Was the person to whom you offered
12  unit G2 of the Fireside an elderly person?
13      A   No, not an elderly person.
14          MR. MAHAR:  G2.
15      A   G2.
16      Q   And was that person a disabled person?
17      A   Yes.
18      Q   And do you remember how old that person is?
19      A   Approximate, I believe it's 47.  Forty-seven
20  year-old.
21      Q   Okay.  Was the person to whom you offered unit
22  C10 an elderly person?
23      A   Yes.  And that was a transfer.
24      Q   Okay.  And was the person to whom you offered
25  unit A1 an elderly person?