UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated, Plaintiffs, | : CIVIL ACTION NO. :  : 3:03-CV-968 (WIG) |
| V. | : |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL, Defendants. | : : MARCH 25, 2004 : |

**PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER DEADLINES**

Pursuant to Fed. R. Civ. P. Rule 26 and D. Conn. Loc. R. Civ. P. Rule 7, plaintiff respectfully moves the Court for an order modifying the Scheduling Order. Counsel for the defendants have consented to the proposed modification. By this motion, the plaintiffs seek to extend the time for disclosure of plaintiff's expert by thirty days, with a corresponding modification of the remainder of the Scheduling Order.

Counsel for the plaintiff have been engaged in reviewing approximately 700 tenant applications during the last five weeks. This process has occupied both of the plaintiffs' attorneys for two to four days a week and should be completed by on or about April 2, 2004. The discovery process has simultaneously been constrained by the availability of the Bridgeport Housing Authority staff and opposing counsel. It has

therefore become necessary to seek the instant extension.

The proposed extensions, if granted, would modify the following dates in the Scheduling Order:

| | |
|---|---|
| Plaintiff's expert disclosure: | April 22, 2004 |
| Damages analysis | May 8, 2004 |
| Defendants' expert disclosure: | June 1, 2004 |
| Defendants' deadline to depose plaintiff's expert: | June 13, 2004 |
| Plaintiff's deadline to depose defendants' expert | July 13, 2004 |
| Discovery completed | July 13, 2004 |
| Dispositive motions | August 16, 2004 |
| Joint Trial Memorandum | November 13, 2004 |
| Trial Ready | December 13, 2004 |

Plaintiff has moved this Court to modify the Scheduling Order on two prior occasions.

Respectfully submitted,

PLAINTIFF THOMAS MATYASOVSZKY

By_____
Jennifer Wickery, Esq.
(ct 24089)
1115 Main Street, Suite 415
Bridgeport, CT 06604
Tel.(203) 384-1245, Fax. (203) 384-1246
Email: alanrosner@aol.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been delivered by facsimile transmission on this day, March 25, 2004 to:

Michael Ryan and James Mahar
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
Fax (203) 357-7915

_____
Commissioner of Superior Court