**FILED**

2004 APR 22 P 2: 24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all others similarly situated, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| V. | : 3:03 CV 968 (WIG) |
| | : |
| | : |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT et al. | : |
| Defendants. | : APRIL 22, 2004 |
| | : |

## PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Fed.R.Civ.P. Rule 26 and D.Conn.Loc.R.Civ.P. Rule 7, plaintiff respectfully moves the Court for an order modifying the Scheduling by extending the time for plaintiff to disclose an expert until April 30, 2004 and by modifying all other deadlines accordingly.   Counsel for defendants have consented to this proposed modification.

Plaintiff has been delayed in disclosing an expert and expert report by the large volume of documents plaintiff's counsel has been required to review to properly present plaintiff's case.  The discovery process has involved review of approximately 700 tenant files, defendant procedure manuals and annual plans, meeting minutes, and many other documents.  There have also been delays by the BHA in disclosing documents and, in fact, discovery of documents is still not fully complete.

The proposed extensions, if granted, would modify the following terms in the Scheduling Order:

| | |
|---|---|
| Plaintiff's expert disclosure: | April 30, 2004 |
| Damages analysis: | May 8, 2004 |
| Defendant's deadline to depose plaintiff's expert: | June 1, 2004 |
| Defendant's expert disclosure: | July 1, 2004 |
| Plaintiff's deadline to depose defendant's expert: | August 1, 2004 |
| Discovery completed: | August 1, 2004 |
| Dispositive motions: | September 1, 2004 |
| Joint Trial Memorandum: | December 1, 2004 |
| Trial Ready: | January 1, 2005 |

Plaintiff has moved this Court to modify the Scheduling Order on three prior occasions.

Respectfully submitted,

PLAINTIFF THOMAS MATYASOVSZKY

BY _Alan Rosner_

Alan Rosner, Esq.  (CT 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245, fax 384-1246
Alanrosner@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing motion has been delivered by facsimile (203-357-7915) and by regular mail to Michael Ryan, Esq., and James Mahar, Esq., Ryan Ryan Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, CT 06905-3057.


_____
Alan Rosner