UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| V. | : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : : : | MAY 5, 2004 |
| Defendants. | : | |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT AND JOIN JUDIT GROF-TIZA AS PARTY DEFENDANT

The Defendants in the above referenced matter, hereby object to Plaintiff's Motion to Amend Complaint and Join Judit Grof-Tiza as Party Defendant. For the reasons set forth more fully in the accompanying Memorandum of Law, the Plaintiff's Motion should be denied.

THE DEFENDANTS,
HOUSING AUTHORITY OF THE CITY
OF BRIDGEPORT, et al.

By:_____
James A. Mahar, Esq. (CT 21854)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Juris No. 52525
Phone No. 203-357-9200

**ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

## **ORDER**

The foregoing having been heard, it is hereby **ORDERED:**

**SUSTAINED/OVERRULED**

**BY THE COURT**

_____
**JUDGE/CLERK/ASST. CLERK**

## CERTIFICATE OF SERVICE

      I hereby certify that on May ___, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky, on Behalf of Plaintiff Class

                                                _____
                                                James A. Mahar, Esq.