UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 MAY 20 P 3: 20

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated,<br>Plaintiffs, | : :<br>:<br>: | CIVIL ACTION NO.<br>U.S. DISTRICT COURT<br>BRIDGEPORT, CONN<br>3:03-CV-968 (WIG) |
| V. | : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL,<br>Defendants. | :<br>:<br>: | MAY 19, 2004 |

## PLAINTIFFS' MOTION TO SEAL
## MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION

Pursuant Loc. R. Civ. P. 5(d), plaintiff moves the Court to seal Exhibits G and H of his Memorandum in Support of Class Certification (Doc. No. 75) filed May 10, 2004. In compliance with the Protective Order entered into by the parties to this action, documents obtained through discovery that contain or may arguably constitute personally identifiable confidential information, such as social security numbers associated with names, shall be filed under seal. Plaintiff therefore requests that the Court seal these two Exhibits.

PLAINTIFF THOMAS MATYASOVSZKY

By_____
Jennifer Vickery, Esq. (CT24089)
1115 Main Street, Suite 415
Bridgeport, CT 06604
Tel.(203) 384-1245, Fax. (203) 384-1246
Email: alanrosner@aol.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent by facsimile transmission on this 20th day of May, 2004 to:

Michael Ryan and James Mahar
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
Fax (203) 357-7915


_____
Alan Rosner