UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated : : : : | |
| Plaintiff, : : | CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| V. : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. : : : | MAY 28, 2004 |
| Defendants. : | |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

The undersigned Defendants, Housing Authority of the City of Bridgeport, et al, request an extension of time to June 22, 2004 to file a response to plaintiff's Memorandum of Law In Further Support of Plaintiff's Motion for Class Certification dated May 10, 2004. The plaintiff's most recent memorandum raises several issues regarding the members of the proposed class and the defendants require addition time to obtain documents and affidavits from employees from the BHA to properly respond. The undersigned counsel for the defendants spoke with Alan Rosner, Esq. counsel for the plaintiff regarding this extension and plaintiff has no objection to allowing additional time.

**WHEREFORE,** the defendants respectfully move this Court to grant an extension to June 22, 2004 to allow the defendants time to properly respond.

                                                THE DEFENDANTS,
                                                HOUSING AUTHORITY OF THE CITY OF
                                                BRIDGEPORT

By:_____
    James A. Mahar, Esq., (CT 21854)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## ORDER

The foregoing motion having been heard, it is hereby **ORDERED:**

**GRANTED/DENIED**

**BY THE COURT**

_____
**JUDGE/CLERK**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 28, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Jenifer Vickery, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604

                   _____
                   James A. Mahar, Esq.

I:\Procases\1742.007\extendtimeclasscert052804.wpd
1742.007