UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 20 P 3: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated, Plaintiffs, | CIVIL ACTION NO. 3:03-CV-968 (WIG) |
| V. | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL, Defendants. | MAY 19, 2004 |

## PLAINTIFFS' MOTION TO SEAL MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION

Pursuant Loc. R. Civ. P. 5(d), plaintiff moves the Court to seal Exhibits G and H of his Memorandum in Support of Class Certification (Doc. No. 75) filed May 10, 2004. In compliance with the Protective Order entered into by the parties to this action, documents obtained through discovery that contain or may arguably constitute personally identifiable confidential information, such as social security numbers associated with names, shall be filed under seal. Plaintiff therefore requests that the Court seal these two Exhibits.

PLAINTIFF THOMAS MATYASOVSZKY

By _____
Jennifer Vickery, Esq. (CT24089)
1115 Main Street, Suite 415
Bridgeport, CT 06604
Tel.(203) 384-1245, Fax. (203) 384-1246
Email: alanrosner@aol.com

[Stamp: MOTION GRANTED. It is SO ORDERED. WILLIAM I. GARFINKEL, U.S.M.J. DATE _____]