77

6/8/04

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated

Plaintiff,

V.

HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL.

Defendants.

CIVIL ACTION NO. 3:03 CV 968 (WIG)

MAY 28, 2004

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Granted. So ordered.

The undersigned Defendants, Housing Authority of the City of Bridgeport, et al, request an extension of time to June 22, 2004 to file a response to plaintiff's Memorandum of Law In Further Support of Plaintiff's Motion for Class Certification dated May 10, 2004. The plaintiff's most recent memorandum raises several issues regarding the members of the proposed class and the defendants require addition time to obtain documents and affidavits from employees from the BHA to properly respond. The undersigned counsel for the defendants spoke with Alan Rosner, Esq. counsel for the plaintiff regarding this extension and plaintiff has no objection to allowing additional time.

FILED
2004 JUN -8 P 2:02
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**WHEREFORE,** the defendants respectfully move this Court to grant an extension to June 22, 2004 to allow the defendants time to properly respond.

                THE DEFENDANTS,
                HOUSING AUTHORITY OF THE CITY OF
                BRIDGEPORT

By: /s/ James A. Mahar
     James A. Mahar, Esq., (CT 21854)
     Ryan, Ryan, Johnson & Deluca, LLP
     80 Fourth Street, P.O. Box 3057
     Stamford, CT  06905
     Phone No. 203-357-9200