UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| V. | : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : : | JUNE 9, 2004 |
| Defendants. | : : | |

## MOTION TO DISMISS COUNT V OF PLAINTIFF'S AMENDED COMPLAINT

The undersigned Defendants, Housing Authority of the City of Bridgeport, et al, respectfully moves this Court, pursuant to Rule 12(b)(6), to dismiss the fifth count of plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted.

For the reasons set forth more fully in the accompanying Memorandum of Law, the plaintiff's claim that the defendants violated the plaintiff's due process right fails because the plaintiff has not alleged a protected "property interest" sufficient to give rise to a due process claim. Accordingly, Court V of plaintiff's Amended Complaint should be dismissed.

**ORAL ARGUMENT REQUESTED/**
**TESTIMONY NOT REQUIRED**

THE DEFENDANTS,
HOUSING AUTHORITY OF THE CITY OF
BRIDGEPORT

By:_____

    Michael T. Ryan, Esq. (ct 05685)
    James A. Mahar, Esq., (CT 21854)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200


_____

    James A. Mahar, Esq., (ct 21854)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## ORDER

The foregoing having been heard, it is hereby **ORDERED:**

**GRANTED/DENIED**

**BY THE COURT**

_____

**JUDGE/CLERK/ASST. CLERK**

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June ___, 2004, a copy of the above was mailed to the following

counsel and pro se parties of record:

Alan Rosner, Esq.
Jennifer Vickery, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604

_____
James A. Mahar, Esq.

I:\Procases\1742.007\motdismissdueprocess.wpd
1742.007