UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| V. | : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : : | JUNE 17, 2004 |
| Defendants. | : : | |

## DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

The undersigned Defendants, Housing Authority of the City of Bridgeport, et al, respectfully move this Court, pursuant to Fed. R. Civ. P. Rule 26 and Loc. R. Civ. P. Rule 7, for an order modifying the Scheduling order by extending the time for the Defendants to disclose their expert witness until August 1, 2004 and by modifying all other deadlines accordingly. Counsel for the plaintiff consents to this proposed modification.

Under the current scheduling order, the plaintiff's expert was to be deposed by June 1, 2004 and the defendants were to disclose their expert by July 1, 2004, thirty days following

**ORAL ARGUMENT NOT REQUESTED/
TESTIMONY NOT REQUIRED**

plaintiff's expert's deposition. Due to scheduling issues, the plaintiff's expert was not deposed until June 15, 2004. Additionally, the defendants were recently able to identify an appropriate expert consultant to review this matter, however, the expert was on vacation until June 16, 2004 and has not had the opportunity to review this matter. It is also anticipated that, based on the opinions of the expert, that it will be necessary to gather additional information from the BHA tenant files in order to properly evaluate the plaintiff's claim.

In the course of discussing the scheduling issues with plaintiff's counsel, plaintiff's counsel would like the opportunity to request additional documents from the defendants based on the report and/or deposition testimony of the defendants' expert. The defendants have no objection to allowing this additional time.

The proposed extensions, if granted, would modify the terms of the Scheduling Order as follows:

| | |
|---|---|
| Defendant's expert disclosure: | August 1, 2004 |
| Plaintiff's deadline to depose defendants' expert: | September 1, 2004 |
| Discovery completed: | October 1, 2004 |
| Dispositive Motions: | November 1, 2004 |
| Joint Trial Memorandum: | February 1, 2005 |
| Trial Ready: | March 1, 2005. |

This is the first motion to modify the Scheduling Order filed by the Defendants.

**WHEREFORE,** the Defendants respectfully move this Court to Grant this Motion to Modify the Scheduling Order.

THE DEFENDANTS,
HOUSING AUTHORITY OF THE CITY OF
BRIDGEPORT, et al.

By:_____
James A. Mahar, Esq., (CT 21854)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

      I hereby certify that on June ___, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:
Alan Rosner, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky, on Behalf of Plaintiff Class

                                                                                                         _____
                                                                                                         James A. Mahar, Esq.

I:\Procases\1742.007\motmodschedule.wpd
1742.007