```
                                                          FILED

                                                    2004 JUN 30  P 3: 29

                UNITED STATES DISTRICT COURT         U.S. DISTRICT COURT
                    DISTRICT OF CONNECTICUT           BRIDGEPORT, CONN
```

THOMAS MATYASOVSZKY, ETAL. on :
behalf of themselves and all others similarly :
situated, :
                   Plaintiff,   :   CIVIL ACTION NO.
                                   :   3:03 CV 968 (WIG)
V.                            :

HOUSING AUTHORITY OF THE CITY  :
OF BRIDGEPORT ET AL.              :    JUNE 29, 2004
                Defendants.  :

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND DEFENDANTS' MOTION TO DISMISS COUNT V

Plaintiff and intevenor plaintiffs hereby move the Court to extend until July 2, 2004 the date by which plaintiffs must respond to Defendants Motion to Dismiss Count V of plaintiffs' amended complaint. This three day extension is made necessary by the press of business generally, and specifically because plaintiffs' counsel was required to file a state appellate brief on June 28, 2004. Counsel for the defendant consented to the extension requested herein. This is plaintiff's first request for an extension of time to respond to defendants' motion to dismiss.

THE PLAINTIFFS,

BY *[signature]*
Alan Rosner, Esq. (CT 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245
Fax (203) 384-1246
Alanrosner@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing motion has been served on this 29th day of June, 2004 by regular first class mail postage prepaid to:

James Mahar, Esq.
Michael Ryan, Esq.
Ryan Ryan Johnson & Deluca, LLP
P.O. Box 3057
80 Fourth Street
Stamford, CT 06905


Alan Rosner