FILED
2004 JUN 30 P 3:29
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY, ETAL. on behalf of themselves and all others similarly situated, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| v. | : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT ET AL. | : : | JUNE 29, 2004 |
| Defendants. | : | |

### PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND DEFENDANTS' MOTION TO DISMISS COUNT V

Plaintiff and intevenor plaintiffs hereby move the Court to extend until July 2, 2004 the date by which plaintiffs must respond to Defendants Motion to Dismiss Count V of plaintiffs' amended complaint. This three day extension is made necessary by the press of business generally, and specifically because plaintiffs' counsel was required to file a state appellate brief on June 28, 2004. Counsel for the defendant consented to the extension requested herein. This is plaintiff's first request for an extension of time to respond to defendants' motion to dismiss.

Motion GRANTED It is SO ORDERED.
WILLIAM I. GARFINKEL, U.S.M.J. 7/1/04
DATE