UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| V. | : : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : : : | JUNE 30, 2004 |
| Defendants. | : | |

## MOTION TO SEAL

The undersigned Defendants, Housing Authority of the City of Bridgeport, et al, respectfully move this Court to seal the Defendants' Reply to Plaintiff's Memorandum of Law in Further Support of Motion for Class Certification (hereinafter 'Defendants' Reply'). This Motion is being filed pursuant to the parties Stipulated Protective Order dated January 22, 2004. Attached to the Defendants' Reply are exhibits which contain private information regarding tenants of the Housing Authority of the City of Bridgeport that has been deemed 'Confidential' by the parties. Pursuant to the Stipulated Protective Order, any filings containing confidential information are to be filed under seal with the Clerk of the Court.

**Wherefore,** the Defendants respectfully move this Court to seal the Defendants' Reply.

        THE DEFENDANTS,
        HOUSING AUTHORITY OF THE CITY OF
        BRIDGEPORT


By:_____
    James A. Mahar, Esq., (Ct 21854)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July ___, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Jennifer Vickery, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604

                                                _____
                                                James A. Mahar, Esq.

I:\Procases\1742.007\mottoseal063004.wpd
1742.007