FILED

2004 JUL 16  A 11: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVZKY et al., on behalf of themselves and all others similarly situated, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| V. | : : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT ET AL. | : : | JULY 16, 2004 |
| Defendants. | : | |

## PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION

Pursuant to Local R. Civ.P. 7(b), plaintiffs hereby move the Court for an extension of time, through and including July 21, 2004, to respond to defendants' opposition to plaintiffs' motion for class certification.

In support of this motion, plaintiffs state that they need additional time to review previously undisclosed material and information submitted in defendants' opposition papers, dated June 30, 2004, opposing class certification, including information regarding tenants recently admitted to Fireside Apartments.

This is plaintiff's first request for an extension to respond to these opposition papers. The undersigned has inquired of opposing counsel, James Mahar, Esq., attorney

for defendants, who has consented to this request.

THE PLAINTIFFS

BY _Alan Rosner_

Alan Rosner, Esq. (CT 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245
Fax (203) 384-1246
Alanrosner@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing motion has been served on this 16th day of July, 2004 by regular first class mail postage prepaid to:

James Mahar, Esq.
Ryan Ryan Johnson & Deluca
P.O. Box 3057
Stamford, CT 06905


Alan Rosner