2004 SEP 27 P 12: 15

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated, Plaintiffs, | : : : | CIVIL ACTION NO. |
| V. | : : | 3:03-CV-968 (WIG) |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL, Defendants. | : : : : | SEPTEMBER 24, 2004 |

### PLAINTIFFS' MOTION TO SEAL MEMORANDUM IN SUPPORT OF MOTIONS OF KENNETH GIHON AND JOHN NELSON JR. TO INTERVENE, PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER AND PLAINTIFFS' MOTION TO AMEND COMPLAINT AND JOIN PARTY

Pursuant Loc. R. Civ. P. 5(d), plaintiffs moves the Court to seal Motions to Intervene as party plaintiffs served and filed by proposed intervenors John Nelson, Jr. and Kenneth served on September 24, 2004 and filed September 27, 2004 and with plaintiffs' Motion to Modify Scheduling Order, also filed on September 27, 2004. In compliance with the Protective Order entered into by the parties to this action, documents obtained through discovery that contain or may arguably constitute personally identifiable confidential information shall be filed under seal. Both documents at issue here contain

information about tenants and applicants of the Bridgeport Housing Authority. These documents discuss their disabled status, and other private information. Plaintiffs therefore requests that the Court seal these two Documents.

THE PLAINTIFFS,

By _____
Alan Rosner, Esq. (CT10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
Tel.(203) 384-1245, Fax. (203) 384-1246
Email: alanrosner@aol.com

## **CERTIFICATION**

    This is to certify that a copy of the foregoing has been sent by facsimile transmission on this 24th day of September, 2004 to:

Michael Ryan and James Mahar
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
Fax (203) 357-7915


_____
Alan Rosner