2004 SEP 27 P 12: 15

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVZSKY et al. on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>V.<br><br>HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT et al.<br>Defendants. | :<br>:<br>:<br>: CIVIL ACTION NO.<br>: 3:03 CV 968 (WIG)<br>:<br>:<br>: SEPTEMBER 24, 2004<br>: |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs have manually filed the following document or thing:  **Motion to Intervene of Kenneth Gihon and supporting affidavit and memorandum of law; Motion to Intervene of John Nelson, Jr. and supporting affidavit and memorandum of law; Motion to Modify Scheduling Order; and Motion to Amend Complaint and Join Party.**

This document has not been electronically filed because:

[ ]    the document or thing cannot be converted to an electronic format.

[X]    the electronic size of the document exceeds 1.5 megabytes.

[X]    the document or thing is filed under seal pursuant to Local Rule of the Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]   Plaintiffs have been excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

THE PLAINTIFFS,

By _____
Alan Rosner, Esq. (Ct 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245
Fax (203) 384-1246
Alanrosner@aol.com

### CERTIFICATION

I hereby certify that on September 24, 2004, a copy of the above was mailed to the following counsel and pro se parties or record:

Michael Ryan, Esq. and James A. Mahar, Esq.
Ryan Ryan Johnson & Deluca, LLP
P.O. Box 3057
80 Fourth Street
Stamford, CT 06905

_____
Alan Rosner