



2004 SEP 27 P 12: 15

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY et al., on behalf of themselves and all others similarly situated, | : : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:03 CV 968 (WIG) |
| V. | : | |
| | : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT et al. | : : | SEPTEMBER 21, 2004 |
| Defendants. | : | |

### MOTION TO AMEND COMPLAINT
### AND JOIN PATSY MICHELLE AS A PARTY DEFENDANT

Plaintiffs, pursuant to Rules 15(a) and 20(a) of the Federal Rules of Civil Procedure, hereby move this Court for an order granting leave to amend the complaint and to join Patsy Michelle, recently appointed Acting Executive Director of the Housing Authority of the City of Bridgeport ("BHA"), as a party defendant. Plaintiffs also seek to add the facts of persons granted leave to intervene as plaintiffs in this case. This motion is based on the following facts:

1. This action was filed on May 30, 2003 against defendant Collin Vice, as Executive Director of the BHA, and others, to challenge their policy and practice of operating a public housing complex intended equally for both elderly and disabled tenants an an "elderly only" complex. Plaintiffs have alleged violations of the state and federal

fair housing acts, the Americans with Disabilities Act and the Rehabilitation Act.

2. Defendant Vice served as Executive Director until December 22, 2003, when she was terminated from her position. Ms. Vice oversaw the unlawful operation of Fireside Apartments as a de facto "elderly only" complex, and failed and refused to rescind the discriminatory practices and policies that denied disabled persons access to public housing intended for disabled persons.

3. Defendant Judit Grof-Tisza was hired on December 22, 2003 to serve as Acting Executive Director. She continued the same illegal policies and practices which prompted filing of this case in the first instance.

4. In or about August, 2004, defendant Grof-Tisza resigned her position and was replaced as Acting Executive Director by Patsy Michelle. Proposed defendant Michelle has also failed to rescind the discriminatory practices of the BHA and has failed to remediate the harm caused to current and past disabled applicants who were entitled to be considered for elderly/disabled housing at Fireside Apartments but were precluded from receiving such consideration because of the BHA's illegal actions and policies.

5. This is the second request to join a new party to this action and the second request to amend the complaint.

THE PLAINTIFFS,

BY *[signature]*
Alan Rosner, Esq. (Ct 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245
Fax (203) 384-1246
Alanrosner@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing motion has been served by regular first class mail postage prepaid on this 21st day of September, 2004 to Michael Ryan, Esq., Ryan, Ryan Johnson & Deluca, LLP, P.O. Box 3057, 80 Fourth Street, Stamford, CT 06905-3057.

*[signature]*
Alan Rosner