

2004 OCT -4  A 11: 46

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY, on behalf of himself and all other persons similarly situated, Plaintiffs, | : CIVIL ACTION NO. |
| V. | : 3:03-CV-968 (WIG) |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL, Defendants. | : SEPTEMBER 24, 2004 |

**PLAINTIFFS' MOTION TO SEAL
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND THE
MEMORANDUM OF LAW AND SUPPORTING EXHIBITS**

Pursuant Loc. R. Civ. P. 5(d), plaintiffs moves the Court to seal Plaintiffs' Motion for a Preliminary Injunction and the Memorandum of Law and Exhibits 1 through 40 in support thereof. In compliance with the Protective Order entered into by the parties to this action, documents obtained through discovery that contain or may arguably constitute personally identifiable confidential information shall be filed under seal. Both documents at issue here contain information about tenants and applicants of the Bridgeport Housing Authority. These documents discuss their disabled status, and other private information. Plaintiffs therefore requests that the Court seal these two

Documents.

                THE PLAINTIFFS,

                By _____
                Alan Rosner, Esq. (CT10414)
                1115 Main Street, Suite 415
                Bridgeport, CT 06604
                Tel.(203) 384-1245, Fax. (203) 384-1246
                Email: alanrosner@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by facsimile transmission on this 4st day of October, 2004 to:

Michael Ryan and James Mahar
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
Fax (203) 357-7915

_____
Alan Rosner