FILED

2004 OCT -4  A 11: 46

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS MATYASOVZSKY et al. on behalf of :
themselves and all others similarly situated, :
                 Plaintiffs, :

V.                                    : CIVIL ACTION NO.
                                   : 3:03 CV 968 (WIG)

HOUSING AUTHORITY OF THE CITY OF :
BRIDGEPORT et al. :
                 Defendants. : OCTOBER 1, 2004
                                   :

### NOTICE OF MANUAL FILING

Please take notice that Plaintiffs have manually filed the following document or thing: **Motion for Preliminary Injunction, Memorandum of Law In Support of Motion for Preliminary Injunction, and Exhibits 1 through 40 in support of motion for preliminary injunction.**

This document has not been electronically filed because:

[ ]    the document or thing cannot be converted to an electronic format.

[X]   the electronic size of the document exceeds 1.5 megabytes.

[X]   the document or thing is filed under seal pursuant to Local Rule of the Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]    Plaintiffs have been excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

THE PLAINTIFFS,

By _____
Alan Rosner, Esq. (Ct 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245
Fax (203) 384-1246
Alanrosner@aol.com

## CERTIFICATION

I hereby certify that on October 4, 2004, a copy of the above was mailed to the following counsel and pro se parties or record:

Michael Ryan, Esq. and James A. Mahar, Esq.
Ryan Ryan Johnson & Deluca, LLP
P.O. Box 3057
80 Fourth Street
Stamford, CT 06905

_____
Alan Rosner