#113

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY et al., on behalf of themselves and all others similarly situated,<br>               Plaintiffs,<br>V.<br><br>HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT et al.<br>               Defendants. | :<br>:<br>:<br>: CIVIL ACTION NO.<br>: 3:03 CV 968 (WIG)<br>:<br>:<br>:<br>: SEPTEMBER 30, 2004<br>: |

**EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

EXHIBITS 1 THROUGH 40

THE PLAINTIFFS,

By _____
Alan Rosner, Esq. (Ct 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245
Fax (203) 384-1246
Alanrosner@aol.com

FILED 2004 OCT -4 A 11:55
U.S. DISTRICT COURT
BRIDGEPORT, CT