UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| V. | : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : : : | OCTOBER 14, 2004 |
| Defendants. | : | |

## OBJECTION TO PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER

The undersigned Defendants, hereby object to plaintiffs' Motion to Modify the Scheduling Order in the above captioned matter. The plaintiffs seek to modify the scheduling order to file motions to add Patsy Michelle as a Defendant, and for permission to allow two additional parties to intervene in this matter.

With respect to modifying the scheduling order to add Kenneth Gihon and John Nelson as plaintiffs. The original scheduling order called for motions to intervene to be filed by September 20, 2003. Plaintiff sought permission to seek intervention on behalf of Linda Dedrick and Joseph and Sandra Pellichio after that deadline. This Court granted the motions and permitted Ms. Dedrick and the Pellichios to intervene into this matter, by ordered dated May 6, 2004. This Court also ordered that "All other motions to intervene must be filed with the clerk's office by

May 30, 2004. This deadline will be strictly enforced." Counsel for the plaintiffs now seek permission to add two additional parties who are, or were recently, on the Bridgeport Housing Authority Waiting List well after the second deadline.

The plaintiffs contend in their motion that no other deadlines will be affected by the modification of the scheduling order. However, should the two additional parties be permitted to intervene, the Defendants will be required to conduct further discovery by way of written discovery and depositions. This Court has scheduled a settlement conference for December 8, 2004. If the additional parties are permitted to seek intervention, the Defendants will be forced to expend additional time and resources to conduct discovery rather than addressing issues regarding settlement of this matter. Moreover, the claims for relief sought by the proposed intervenors' are identical to those sought by the current plaintiffs' to this matter and in the event the Court finds that the current plaintiffs are entitled to relief, it will apply equally to the proposed intervenors.

Plaintiffs further base their motion to modify the scheduling order on unsubstantiated claims that the BHA continues to operate the Fireside Apartment Complex in violation of Federal Law. The Defendants deny these allegations. As stated in the affidavits of Judit Grof-Tisza, Jonas DeGuzman, Anita Falco, and Millie Morales, which were filed in connection with the Defendant's Reply to Plaintiffs Memorandum of Law in Further Support of Motion for Class Certification.

The Defendants will file a separate objection to Plaintiffs' motion to amend the complaint and add Patsy Michelle as a party Defendant.

**WHEREFORE,** the Defendants respectfully request this court to sustain this objection and deny the plaintiffs' motion to modify the scheduling order to permit the filing of additional motions to intervene.

THE DEFENDANTS,
HOUSING AUTHORITY OF THE CITY OF
BRIDGEPORT, COLLIN VICE, JONAS
DEGUZMAN AND JUDIT GROF-TISZA

By:_____
James A. Mahar, Esq., (CT 21854)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 14, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.  
Jennifer Vickery, Esq.  
Law Offices of Alan Rosner  
1115 Main Street, Suite 415  
Bridgeport, CT 06604

 

                                                              _____  
                                                              James A. Mahar, Esq.

I:\Procases\1742.007\objmodschedorder101304.wpd  
1742.007