UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| V. | : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : : : | OCTOBER 21, 2004 |
| Defendants. | : | |

## MOTION TO SEAL OBJECTION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT AND JOIN PARTY

The undersigned Defendants in the above captioned matter respectfully move this Court, pursuant to Loc. R. Civ. P 5(d) to seal the Defendants' Objection to Plaintiffs' Motion to Amend the Complaint and a Party Defendant. In compliance with the Stipulated Protective Order dated January 22, 2004, the attached Objection contains personally identifiable confidential information regarding BHA tenants and are to be filed under seal.

**WHEREFORE**, the Defendants respectfully move this Court to seal the Objection.

          THE DEFENDANTS,
          HOUSING AUTHORITY OF THE CITY OF
          BRIDGEPORT

By:_____
    James A. Mahar, Esq., (CT 21854)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Jennifer Vickery, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604

_____
James A. Mahar, Esq.

I:\Procases\1742.007\mottoseal102104.wpd
1742.007