FILED

2004 OCT 26  P 3: 52

U.S. DISTRICT COURT
BRIDGEPORT, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : <br> : <br> : <br> : |
| Plaintiff, | : CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| V. | : <br> : |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : <br> : OCTOBER 26, 2004 |
| Defendants. | : <br> : |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

The undersigned Defendants, pursuant to D. Conn. L. Civ. R. 7, respectfully request a 30 day extension of time to respond to plaintiffs' Motion for Preliminary Injunction dated October 3, 2004. Plaintiffs' motion was received by this office on October 5, 2004. The plaintiffs Motion is accompanied by a 60 page memorandum of law and 40 exhibits. The additional time is required to review plaintiffs' claims and to verify the accuracy of his exhibits. Counsel for the Defendants has already begun their review of plaintiffs' claims and exhibits, but must review information of over 500 BHA tenants as well as approximately 80 individuals on the waiting list for public housing.

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604

James A. Mahar, Esq.

I:\Procases\1742.007\motextendtime102504.wpd
1742.007

The undersigned spoke with attorney Alan Rosner on October 4, 2004. Attorney Rosner objects to this extension.

                                          THE DEFENDANTS,
                                          HOUSING AUTHORITY OF THE CITY OF
                                          BRIDGEPORT, et al.

By: _____
       James A. Mahar, Esq., (CT 21854)
       Ryan, Ryan, Johnson & Deluca, LLP
       80 Fourth Street, P.O. Box 3057
       Stamford, CT  06905
       Phone No. 203-357-9200