FILED

2004 OCT 26  A 11: 55

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY et al., on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>V.<br><br>HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT et al.<br>Defendants. | CIVIL ACTION NO.<br>3:03 CV 968 (WIG)<br><br><br><br>OCTOBER 25, 2004 |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND COMPLAINT AND JOIN ROBERT GRAHAM AS A PARTY DEFENDANT

Plaintiffs seek the Court's permission to file and amended complaint and join the newly hired Interim Executive Director of defendant Housing Authority of the City of Bridgeport ("BHA") Robert Graham as a party defendant.

Proposed defendant Robert Graham replaces proposed defendant Patsy Michelle who, for a brief period, replaced former Acting Executive Director, defendant Judit Grof-Tisza. Ms. Grof-Tisza, in turn, had replaced defendant Collin Vice, who was fired from her position in December, 2003. Mr. Graham continues to enforce, and refuses to rescind the longstanding, illegal policies of his three immediate predecessors. He presides over a housing authority that intentionally discriminates against disabled people eligible for

1

elderly/disabled public housing. He has not addressed the issues raised in this lawsuit generally, and in the pending motion for a preliminary injunction in particular. Inclusion of Mr. Graham as a named party in the complaint is also necessary to ensure that the BHA complies with any relief ordered by this Court.

Like his predecessors, Mr. Graham has failed to rescind policies and practices of the BHA that deny a housing opportunity to disabled persons to reside in elderly/disabled housing at the Fireside Apartments by limiting eligibility for such housing to only elderly tenants. Occasionally admitting a person to elderly/disabled housing at Fireside and other similar mixed population housing from the wrongfully excluded class of applicants does not constitute compliance on the part of the BHA with its obligations. Plaintiffs have alleged claims under both state and federal housing acts, the Americans with Disabilities Act, and the Rehabilitation Act. Mr. Graham is, or should be aware that operation of Fireside as an "elderly only" complex is unlawful and would only be permitted if the BHA had obtained permission from the United States Department of Housing and Urban Development to do so. No such relief has been sought or granted.

### B. Amendment of the Complaint to Add the New Intermim Executive Director Is Permitted Under Rule 15(a) and (d) Based on Her Supervisory Role.

A party joined by means of an amended pleading must meet the standards of both Rule 15 and Rule 20.  See: Hinson v. Norwest Financial South Carolina, Inc., 239 F.3d 611, 618 (4th Cir. 2001).

The proposed defendant, as the interim chief executive of the defendant BHA, must be joined so that full relief may be provided to plaintiffs.  Mr. Graham must also be joined so that plaintiffs may hold him accountable for damages and other relief for him failure to rescind an obviously illegal policy and practice by the entity he leads.  Justice would require, under these circumstances, that the complaint be amended to include Mr. Graham as a defendant charged with operational responsibility for the defendant BHA.  A proposed amended complaint which so alleges is attached to this motion as an exhibit.

**Conclusion**

Based on the foregoing, the plaintiffs respectfully move that the proposed defendant be joined as party defendant in this action, and that leave be granted to amend the complaint accordingly.

3

THE PLAINTIFFS,

BY *[signature]*
Alan Rosner, Esq. (Ct 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245
Fax (203) 384-1246
Alanrosner@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing memorandum has been served by regular first class mail postage prepaid on this 25th day of October, 2004 to Michael Ryan, Esq., Ryan, Ryan Johnson & Deluca, LLP, P.O. Box 3057, 80 Fourth Street, Stamford, CT 06905-3057.

*[signature]*
Alan Rosner