APPLICATION FILE MAINTENANCE                           APP40002

Applicant# **044688458**   Client# _____   Message: **HOUSED FIRESIDE B/D APT/9**

F Name  : **WILLIE**              Last Name: **COLLAZO**              Ph #1: **203 727-9657**
Address: **672 WAYNE STREET**                                          Ph #2: **203 268-0430**
City    : **BRIDGEPORT**           St: **CT** Zip: **6606**   **0**  * FAMILY STATUS   Y/N   *
                                                                    Elderly : **N**   Single/P:  **N**
County Code.......: __        App.Date:   **4/17/03**              Handicap: **N**   E/Minor :  **N**
Area Office ......: __        App.Time:   **2:21**                 Disabled: **Y**   S. R. O.:  **N**
Residency Code....: **I**     Bedrooms:   **1**  **1**           * PREVIOUS HOUSING   Y/N   *
Language Code.....: __        Current Rt:        **0**             W/O Hsng: **N**   Substd   : **N**
Single Person Rule: __        Tot.Income: **10399**                STD     : **N**   Gov Prgm : **N**
* VETERANS STATUS Y/N *       Family Size **1**                    Gov Hsng: **N**   In-Place : **N**
Disabled Veteran    : **N**  * INCOME SOURCE (Y/N)  *            * HOUSING PREFERENCE Y/N *
Fam/Dis Vet Ser/Con: **N**    Wages            : **N**             Resident : **N**   Displaced: **N**
Fam/Dis Vet Non S/C: **N**    Social Security  : **Y**             Substd   : **N**   Excds 50%: **N**
Other Veteran       : **N**   SSI              : **N**             Other    : **N**   Homeless : **N**
Non Veteran         : **N**   Govt.Benefit     : **N**             Local #1 : **N**   Local #2 : **N**
*DISPLACEMENT STATUS*         Prvt.Benefit     : **N**             Local #3 : **N**   Local #44: **N**
Government Action   : **N**   TANF             : **N**   Race: **Y N N N**   Ethnicity: **I**
Natural Disaster    : **N**   Other Welfare    : **N**   #Family: **1** #Minors: **0** Scor **00**
Private Action.....: **N**  **F6=CKLS** Other Income : **N F3=Members F11=S/P Addr F20=User**
 **F2=Prev Scr F1=Add MBR F4=Delet/Undel F5=Lang F9=Prt F7=Exit F14=Cnty F16=Area**

**APPLICATION FILE MAINTENANCE**

Application #: **044688458**  Name: **WILLIE COLLAZO**

Estimated Housed Date: _____  Reactivate: **0/00/0000**
  Contact: **0/00**

| | Program Code | "X" | Proj Pref | Date MM DD YY | Time HH MM | Pos. | B D | P S | Dp Cd | Date Status | Sc Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Section All | | | 0/00/00 | | | | | | | |
| 2 | State Homes Prog | — | | | | | — | — | — | | — |
| 3 | Section 8 Existing | — | | | | | — | — | — | | — |
| 4 | Section 8 Mod | — | — — — — — | | | | — | — | — | | — |
| 5 | Voucher/City | — | | | | | — | — | — | | — |
| 6 | | — | | | | | — | — | — | | — |
| 7 | | — | | | | | — | — | — | | — |
| 8 | PUBLIC HOUSING | **X** | | 4/17/03 | 2:21 | 75 | **I** | **H** | — | 9/08/04 | — |
| 9 | | — | | | | | — | — | — | | — |
| 10 | | — | | | | | — | — | — | | — |
| 11 | | — | | | | | — | — | — | | — |

Date of Last Change : 9/28/04 MIL    User: ____    **F23=DROP**    (P)ending  Prog **C**
Refusal Code: ___ Refusal Date: 0/00/00 Census: _              (E)ligible  Pref **9**
Offered Date: 8/16/04 Project: 0008 Staff#: 00 Status: **H**   (I)neligible **0 0 0**
Sbsdy Issued:        0/00/00        STATUS Over-Ride: _        (H)oused (W)ithdrn
Where Housed. **0010008004402** Init Insp     **F12=Letter**   (C)Issued **F8=REA/AC**
F18=WORK/S F2=PREV F6=DISB F10=NOTE F13=OFF F20=INSP F21=PROJ F22=ISS

9/28/04　　　　　　　AP͟P͟L͟I͟C͟ATION FILE MAINTENANCE　　　　　　　APP40002

Applicant# **044688458**　　Client# _____　　Message: **HOUSED FIRESIDE B/D APT/9**

```
F         Applicant Master Inquiry Member List         APP021
Ad
Ci    Applicant No: 044688458     Name: COLLAZO,WILLIE
                                                          OVR
Cou   Ln MB# Name                    D.O.B.     SSNO    R 62 Dis HC
Are    _ 01  COLLAZO,WILLIE          11/15/73           H  N  Y  N
Res
Lan
Sin
* V
Dis
Fam
Fam
Oth
Non                                                              Bottom
*D    1=Select    Enter=.          F7=Exit     PgUp-..  PgDn-..
Gov
Nat
Private Action.....: N F6=CKLS Other Income : N F3=Members F11=S/P Addr F20=User
 F2=Prev Scr F1=Add MBR F4=Delet/Undel F5=Lang F9=Prt F7=Exit F14=Cnty F16=Area
```

```
Application#: 044688458        Name: WILLIE COLLAZO
                            Address: 672 WAYNE STREET

New Note:
          New Date(Y-N): Y
  Date     Time              Note History
 9/08/04   10:18   Housed in Fireside effective 9/1/04              MIL
 9/08/04   10:17   MOVED TO PUBLIC HOUSING PROGRAM                  MIL
 8/16/04    9:25   OFFER FIRESIDE APTS. B/D APT/9                   WB
 7/29/04   15:49   SCH HOME VISIT FOR TUESDAY 8/3/04 SENT LTR.      JLC
 7/14/04   16:25   with her by 7/28/04. All verif went out 7/16/04  DL
 7/14/04   16:25   Birth Cert, ltr from mother saying you always lived DL
 7/14/04   16:24   Came in for intv 7/14/04. Need to bring in ss card, DL
 7/02/04   10:45   SCHEDULE 2ND & FINAL INTV 7/14/04 10:30 SENT LTR  DL
 6/08/04    9:50   SCHEDULE INTV TUES 6/29/04 10:30 SENT LTR         DL
 6/20/03   10:56   applied for liph on 4/17/2003                    DEE
---------------------------------------------------------------------


Enter=Update or Page Back   F2=Applicant   F4=Next Page   F6=Incident Report
```