FILED

2004 JUL -1 P 3:49

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| V. | : : : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : : : | JUNE 30, 2004 |
| Defendants. | : | |

### NOTICE OF MANUEL FILING

Please take notice that Defendant, Bridgeport Housing Authority has manually filed the following document or thing:

**Exhibits A through G of Defendant's Reply to Plaintiff's Memorandum of Law in Further Support of Motion for Class Certification.**

This document has not been filed electronically because

[ ]    the document or thing cannot be converted to an electronic format

[X]    the electronic file size of the document exceeds 1.5 megabytes

[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)[  ]

Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

>THE DEFENDANTS,
> HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT
>
> By: _/s/ James A. Mahar_
> James A. Mahar, Esq., (Ct 21854)
> Ryan, Ryan, Johnson & Deluca, LLP
> 80 Fourth Street, P.O. Box 3057
> Stamford, CT  06905
> Phone No. 203-357-9200

## CERTIFICATE OF SERVICE

I hereby certify that on July _1_, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Jennifer Vickery, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604

_/s/ James A. Mahar_
James A. Mahar, Esq.

I:\Procases\1742.007\noticeofmanuelfiling.wpd
1742.007