UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY on behalf | : | |
| of himself and all other | : | |
| similarly situated | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| | : | |
| V. | : | |
| | : | |
| HOUSING AUTHORITY OF THE CITY | : | |
| OF BRIDGEPORT, ET AL. | : | NOVEMBER 23, 2004 |
| | : | |
| Defendants. | : | |

**OBJECTION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

The undersigned Defendants, hereby object to the Plaintiffs' Motion for Preliminary

Injunction dated October 1, 2004.  The Defendant BHA is currently operating the Fireside and

Harborview Towers complexes in compliance with federal law.  Accordingly, the Plaintiffs'

cannot establish that they will suffer "irreparable harm" in the absence of an injunction.

A memorandum of law is submitted herewith.


**ORAL ARGUMENT IS REQUESTED/
TESTIMONY IS REQUIRED**

THE DEFENDANTS,
HOUSING AUTHORITY OF THE CITY OF
BRIDGEPORT


By:_____

James A. Mahar, Esq., (CT 21854)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT   06905
Phone No. 203-357-9200

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on November 24, 2004, a copy of the above was mailed to the

following counsel and pro se parties of record:

Alan Rosner, Esq.
Jennifer Vickery, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604


                                   _____

                                   James A. Mahar, Esq.

I:\Procases\1742.007\objmotprelimininjunct.wpd
1742.007