UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : : : : |
| Plaintiff, | : CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| V. | : : |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE individually and in her official capacity as Executive Director of the Housing Authority of the City of Bridgeport, and JONAS DE GUZMAN, individually and in | : : : : : : : : : MARCH 10, 2005 |
| Defendants. | : |

**STIPULATION**

The undersigned, Jennifer Vickery, on behalf of the named plaintiffs Thomas Matyasovszky, Linda Dedrick, Joseph Pellechio, Sandra Pellechio, Kenneth Gihon, John Nelson, Jr. and Judith Montes, and on behalf of the class members, hereby agree and stipulate as follows:

1. The parties are in the process of attempting to negotiate a Consent Decree in order to settle and resolve all claims in the captioned matter;

2. In the Consent Decree, plaintiffs have proposed as an interim relief measure, that the defendant BHA shall offer the named plaintiff, Linda Dedrick, the first available housing unit at the Fireside Apartments, transfer the named plaintiffs, Joseph and Sandra Pellechio, to the second available unit at Fireside, and offer the named plaintiff Kenneth Gihon the, the third available unit at Fireside;

3. In order to effectuate the purpose and intent of the proposed Consent Decree, the defendant, Housing Authority of the City of Bridgeport ("BHA") has agreed to this proposal and intends to offer said plaintiffs housing at Fireside;

4. The plaintiffs understand and agree that by so offering these units, the BHA is not admitting any liability or wrongdoing in these actions;

5. The plaintiffs agree that they will not introduce evidence of said offers and the assignments of Fireside units to Linda Dedrick and Joseph and Sandra Pellechio in any court or in any action against the defendants;

6. It is expressly understood and agreed by the plaintiffs that the assignment of Fireside units pursuant to this Stipulation is being done in order to effectuate the purpose and intent of the proposed Consent Decree in this case and nothing contained in this paragraph or any other provision of the proposed Consent Decree shall be interpreted as a waiver of any eligibility requirements contained in the BHA's Admissions and

Continued Occupancy Plan or as permitting the assignment of BHA units to any other applicants or tenants in a manner other than as described in the BHA=s Admissions and Continued Occupancy Plan and/or the provisions of the Consent Decree, which is in the process of being negotiated by the parties.

Signed this 10th day of March, 2005.

THE PLAINTIFFS,
Thomas Matyasovszky, Linda Dedrick
Joseph Pellechio, Sandra Pellechio,
Kenneth Gihon, John Nelson, Jr.,
Judith Montes on behalf of themselves and
all other similarly situated class members

By: _____
Jennifer Vickery, Esq. (CT 24089)
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Phone No. 203-384-1245

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

Alan Rosner, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky, on Behalf of Plaintiff Class

Jennifer Vickery, Esq.
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Attorney for Plaintiff, Thomas Matyasovszky, on Behalf of Plaintiff Class

James A. Mahar, Esq.

I:\Procases\1742.007\stipulation.wpd
1742.007