UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : <br> : <br> : <br> : |
| Plaintiff, | : <br> :    CIVIL ACTION NO. 3:03 CV 968 (WIG) |
| V. | : <br> : |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE individually and in her official capacity as Executive Director of the Housing Authority of the City of Bridgeport, and JONAS DE GUZMAN, individually and in | : <br> :    MARCH 10, 2005 <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

*So ordered.* /s/ JMT 3/24/05

**STIPULATION**

The undersigned, Jennifer Vickery, on behalf of the named plaintiffs Thomas Matyasovszky, Linda Dedrick, Joseph Pellechio, Sandra Pellechio, Kenneth Gihon, John Nelson, Jr. and Judith Montes, and on behalf of the class members, hereby agree and stipulate as follows:

1. The parties are in the process of attempting to negotiate a Consent Decree in order to settle and resolve all claims in the captioned matter;