**FILED**

2005 JUN -3 P 4: 45



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs, | : | |
| | : | 3:03-CV-968 (WIG) |
| v. | : | |
| | : | |
| HOUSING AUTHORITY OF THE CITY | : | |
| OF BRIDGEPORT, ET AL, | : | JUNE 3, 2005 |
| Defendants. | : | |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure for the District of Connecticut, the undersigned moves to withdraw her appearance as counsel for the plaintiff class. On May 13, 2005, the undersigned began work as a Consulting Fellow on Youth Matters with CT Voices for Children. Due to the time sensitive nature of that work, the undersigned requests permission from the Court to withdraw from this case.

Attached hereto is a copy of the notice sent by certified mail to each of the named plaintiffs in this action, advising them that Alan Rosner will remain as class counsel in the event that this motion is granted.

1

Respectfully submitted,

By _____
Jennifer Vickery (CT24089)
P.O. Box 1281
New Haven, CT 06505
Email: Jenvickery400@hotmail.com
Tel: (203) 809-0223
Fax: (203) 498-8223

## CERTIFICATION

This is to certify that a copy of the foregoing has been delivered by facsimile transmission on this 3rd day of June, 2005 to:

Michael Ryan and James Mahar
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057
Fax (203) 357-7915

Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Fax (203) 384-1246

_____
Commissioner of Superior Court

# Jennifer C. Vickery   Attorney at Law

[PLAINTIFF'S NAME AND ADDRESS]
June 3, 2005

Re: Matyasovszky, et al, v. Housing Authority of the City of Bridgeport, et al, 3:03-CV-968 (WIG)

Dear _____,

I am writing to update you on the status of your case against the Bridgeport Housing Authority, and to advise you that I am asking Judge Garfinkel to relieve me of my duties on your case.

As you know, the case has been in settlement negotiations for the past six months. We have asked that you be awarded $9,000 in money damages. The lawyers for the Bridgeport Housing Authority have not rejected this amount, but they have not yet accepted it, either. We should know something definite about the amount of money damages by June 10. However, even after an agreement is reached, there is likely to be a delay of three to six months before you would receive any money that may be owed to you.

I have a new job that is taking up a great deal of my time. For that reason, I am asking the Judge to remove my name from the case. If the Judge grants my Motion to Withdraw, you will still have Alan Rosner as your lawyer on this case. His telephone number is (203) 384-1245.

I hope this letter finds you in good spirits. Please do not hesitate to call me at (203) 809-0223 if you have any questions about this letter. Or, if you have an opinion about my Motion to Withdraw, you may communicate it to the Court using the contact information below:

Mary Mann Smith, Clerk to Judge William Garfinkel
Tel:
Fax:
Address:

Regards,

Jennifer Vickery

PHONE 203 809 0223
FAX 203 498 8223
JCV@VICKERYLAW.COM
P.O. BOX 1281  NEW HAVEN
CONNECTICUT 06505