Jennifer C. Vickery — Attorney at Law

CHAMBERS OF
WILLIAM I. GARFINKEL
U.S. MAGISTRATE JUDGE

2005 JUN -7 A 11: 33

FILED

The Hon. William I. Garfinkel
915 Lafayette Boulevard
Bridgeport, CT 06604

June 6, 2005

2005 JUN -8 A 10: 18
U.S. DISTRICT COURT
BRIDGEPORT
FILED

**Re: <u>Matyasovszky, et al v. Housing Authority of the City of Bridgeport, et al, 3:03 968 (WIG)</u>**

Dear Judge Garfinkel,

On Friday, June 3, 2005 I filed a motion to withdraw with this Court in the above referenced case. Attached to it was the form of a letter to be sent to the named plaintiffs. I anticipated sending that letter the same day. However, I have been unable to obtain the addresses of our named plaintiffs, as I do not have immediate access to the file. Therefore, please accept this letter as my revision to the motion, which should be viewed as attaching the form of the letter that I propose to send to the named plaintiffs as soon as I have their current addresses.

Regards,

Jennifer Vickery

cc:   Jamie Mahar
      Michael Ryan
      Alan Rosner

PHONE 203 809 0223
FAX 203 498 8223
JCV@VICKERYLAW.COM
P.O. BOX 1281  NEW HAVEN
CONNECTICUT 06505