

FILED

2005 JUN 14  P 2: 15

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY ET AL. | : CIVIL ACTION NO. |
| on behalf of themselves and all others | : |
| similarly situated, | : 3:03 CV 968 (WIG) |
| | : |
| V. | : |
| | : |
| HOUSING AUTHORITY OF THE | : JUNE 13, 2005 |
| CITY OF BRIDGEPORT ET AL. | : |

## MOTION FOR ORDER SUBSTITUTING ATTORNEYS

Plaintiffs and the plaintiff class move the court for an order substituting Lori Welch-Rubin, Esq., of the firm of Welch-Rubin and Jacobs, 129 Whitney Avenue, New Haven, Connecticut 06511, as an attorney of record in place of Jennifer Vickery, Esq.. This motion is based on the following grounds:

1. Plaintiffs and the plaintiff class desire that Attorney Welch-Rubin be substituted as co-counsel in light of Attorney Vickery's motion to withdraw as counsel and in light of Attorney Welch-Rubin's qualifications to represent the plaintiff class.

2. Attorney Welch-Rubin is a graduate of Harvard College and Yale University School of Law. She has experience as counsel for plaintiff classes in both federal and state courts regarding issues related to the civil rights of low income people.

THE PLAINTIFFS,

By  /s/ Alan Rosner
Alan Rosner, Esq. (CT 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245
Fax (203) 384-1246
Alanrosner@aol.com

# ALAN ROSNER
ATTORNEY AT LAW
1115 MAIN STREET, SUITE 415
BRIDGEPORT, CT 06604

ADMITTED IN
CONNECTICUT
NEW YORK

TELEPHONE 203/384-1245
FAX 203/384-1246
E-MAIL: ALANROSNER@AOL.COM

June 13, 2005

Thomas Matyasovszky
107 Suburban Avenue
Bridgeport, CT 06604

Re: Matyasovszky et al. v. Housing Authority et al.
    Docket No. 3:03 CV 968 (WIG)

Dear Mr. Matyasovszky:

    As we have discussed, Jennifer Vickery is withdrawing from this case due to the press of obligations that have been placed upon her in her new position. As the enclosed motion indicates, a very qualified and experienced attorney, Lori Welch-Rubin, will take Ms. Vickery's place as counsel for you and other plaintiffs and members of the plaintiff class.

    If you have any questions about the substitution of new counsel in the case, please free to call me at 203-384-1245. Or if you would like to express your opinion about the withdrawal of Attorney Vickery and the substitution for her of Attorney Welch-Rubin, you may communicate with the Court by contacting Mary Mann Smith, Clerk to Judge William Garfinkel, (203) 579-5593 at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

Very truly yours,

*[signature]*

Alan Rosner

# ALAN ROSNER
ATTORNEY AT LAW
1115 MAIN STREET, SUITE 415
BRIDGEPORT, CT 06604

June 13, 2005

ADMITTED IN
CONNECTICUT
NEW YORK

TELEPHONE 203/384-1245
FAX 203/384-1246
E-MAIL: ALANROSNER@AOL.COM

Linda Dedrick
655 Palisade Avenue, Apt E3
Bridgeport, CT 06610

Re: Matyasovszky et al. v. Housing Authority et al.
    Docket No. 3:03 CV 968 (WIG)

Dear Ms. Dedrick:

As we have discussed, Jennifer Vickery is withdrawing from this case due to the press of obligations that have been placed upon her in her new position. As the enclosed motion indicates, a very qualified and experienced attorney, Lori Welch-Rubin, will take Ms. Vickery's place as counsel for you and other plaintiffs and members of the plaintiff class.

If you have any questions about the substitution of new counsel in the case, please free to call me at 203-384-1245. Or if you would like to express your opinion about the withdrawal of Attorney Vickery and the substitution for her of Attorney Welch-Rubin, you may communicate with the Court by contacting Mary Mann Smith, Clerk to Judge William Garfinkel, (203) 579-5593 at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

Very truly yours,

Alan Rosner

## ALAN ROSNER
ATTORNEY AT LAW
1115 MAIN STREET, SUITE 415
BRIDGEPORT, CT 06604

TELEPHONE 203/384-1245
FAX 203/384-1246
E-MAIL: ALANROSNER@AOL.COM

ADMITTED IN
CONNECTICUT
NEW YORK

June 13, 2005

Joseph and Sandra Pellechio
655 Palisade Avenue, Apt E3
Bridgeport, CT 06610

Re: Matyasovszky et al. v. Housing Authority et al.
    Docket No. 3:03 CV 968 (WIG)

Dear Mr. and Mrs. Pellechio:

    As we have discussed, Jennifer Vickery is withdrawing from this case due to the press of obligations that have been placed upon her in her new position. As the enclosed motion indicates, a very qualified and experienced attorney, Lori Welch-Rubin, will take Ms. Vickery's place as counsel for you and other plaintiffs and members of the plaintiff class.

    If you have any questions about the substitution of new counsel in the case, please free to call me at 203-384-1245. Or if you would like to express your opinion about the withdrawal of Attorney Vickery and the substitution for her of Attorney Welch-Rubin, you may communicate with the Court by contacting Mary Mann Smith, Clerk to Judge William Garfinkel, (203) 579-5593 at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

Very truly yours,

Alan Rosner

## ALAN ROSNER
ATTORNEY AT LAW
1115 MAIN STREET, SUITE 415
BRIDGEPORT, CT 06604

June 13, 2005

ADMITTED IN
CONNECTICUT
NEW YORK

TELEPHONE 203/384-1245
FAX 203/384-1246
E-MAIL: ALANROSNER@AOL.COM

Judith Montes
655 Palisade Avenue, Apt F4
Bridgeport, CT 06610

Re: Matyasovszky et al. v. Housing Authority et al.
    Docket No. 3:03 CV 968 (WIG)

Dear Ms. Montes:

    As we have discussed, Jennifer Vickery is withdrawing from this case due to the press of obligations that have been placed upon her in her new position. As the enclosed motion indicates, a very qualified and experienced attorney, Lori Welch-Rubin, will take Ms. Vickery's place as counsel for you and other plaintiffs and members of the plaintiff class.

    If you have any questions about the substitution of new counsel in the case, please free to call me at 203-384-1245. Or if you would like to express your opinion about the withdrawal of Attorney Vickery and the substitution for her of Attorney Welch-Rubin, you may communicate with the Court by contacting Mary Mann Smith, Clerk to Judge William Garfinkel, (203) 579-5593 at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

Very truly yours,

*[signature]*

Alan Rosner

# ALAN ROSNER
ATTORNEY AT LAW
1115 MAIN STREET, SUITE 415
BRIDGEPORT, CT 06604

ADMITTED IN
CONNECTICUT
NEW YORK

June 13, 2005

TELEPHONE 203/384-1245
FAX 203/384-1246
E-MAIL: ALANROSNER@AOL.COM

John Nelson Jr.
80 Trumbull Avenue
Bridgeport, CT 06606

Re: Matyasovszky et al. v. Housing Authority et al.
    Docket No. 3:03 CV 968 (WIG)

Dear Mr. Nelson:

    As we have discussed, Jennifer Vickery is withdrawing from this case due to the press of obligations that have been placed upon her in her new position. As the enclosed motion indicates, a very qualified and experienced attorney, Lori Welch-Rubin, will take Ms. Vickery's place as counsel for you and other plaintiffs and members of the plaintiff class.

    If you have any questions about the substitution of new counsel in the case, please free to call me at 203-384-1245. Or if you would like to express your opinion about the withdrawal of Attorney Vickery and the substitution for her of Attorney Welch-Rubin, you may communicate with the Court by contacting Mary Mann Smith, Clerk to Judge William Garfinkel, (203) 579-5593 at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

Very truly yours,

Alan Rosner

**ALAN ROSNER**
ATTORNEY AT LAW
1115 MAIN STREET, SUITE 415
BRIDGEPORT, CT 06604

June 13, 2005

ADMITTED IN
CONNECTICUT
NEW YORK

TELEPHONE 203/384-1245
FAX 203/384-1246
E-MAIL: ALANROSNER@AOL.COM

Kenneth Gihon
655 Palisade Avenue, Apt F6
Bridgeport, CT 06610

Re: Matyasovszky et al. v. Housing Authority et al.
    Docket No. 3:03 CV 968 (WIG)

Dear Ms. Gihon:

As we have discussed, Jennifer Vickery is withdrawing from this case due to the press of obligations that have been placed upon her in her new position. As the enclosed motion indicates, a very qualified and experienced attorney, Lori Welch-Rubin, will take Ms. Vickery's place as counsel for you and other plaintiffs and members of the plaintiff class.

If you have any questions about the substitution of new counsel in the case, please free to call me at 203-384-1245. Or if you would like to express your opinion about the withdrawal of Attorney Vickery and the substitution for her of Attorney Welch-Rubin, you may communicate with the Court by contacting Mary Mann Smith, Clerk to Judge William Garfinkel, (203) 579-5593 at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

Very truly yours,

Alan Rosner

## CERTIFICATION

This is to certify that a copy of the foregoing motion has been served by regular first class mail postage prepaid on this 13th day of June, 2005 to:

Michael Ryan, Esq.
James Mahar, Esq.
Ryan Ryan Johnson & Deluca
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905.

Jennifer Vickery, Esq.
P.O. Box 1281
New Haven, CT 06505

Linda Dedrick
655 Palisade Avenue, Apt G3
Bridgeport, CT 06610

Kenneth Gihon
655 Palisade Avenue, Apt F6
Bridgeport, CT 06610

Judith Montes
655 Palisade Avenue, Apt F4
Bridgeport, CT 06610

Joseph and Sandra Pellechio
655 Palisade Avenue, Apt E3
Bridgeport, CT 06610

Thomas Matyasvoszky
107 Suburban Avenue
Bridgeport, CT 06604

John Nelson Jr.
80 Trumbull Avenue
Bridgeport, CT 06606

Lori Welch-Rubin, Esq.
Welch-Rubin & Jacobs
129 Whitney Avenue
New Haven, CT 06510

_____
Alan Rosner