# Jennifer C. Vickery ⚖ Attorney at Law

2005 JUL 14 A 11: 28

The Hon. William I. Garfinkel
915 Lafayette Boulevard
Bridgeport, CT 06604

July 11, 2005

**Re: Matyasovszky, et al v. Housing Authority of the City of Bridgeport, et al, 3:03 CV 968 (WIG); Montes v. Housing Authority of the City of Bridgeport, et al, 3:04 CV 1 (WIG)**

Dear Judge Garfinkel,

Enclosed please find copies of the post office's certified mail return receipts from each of the named plaintiffs. As these cards demonstrate, each has received a copy of my Motion to Withdraw from the above cases, and a letter explaining the effect of the motion; Ms. Montes received these documents with respect to both the motion in her individual case and the class action.

Regards,

Jennifer Vickery

cc:   Jamie Mahar
      Michael Ryan
      Alan Rosner

PHONE 203 809 0223
FAX 203 498 8223
JCV@VICKERYLAW.COM
P.O. BOX 1281  NEW HAVEN
CONNECTICUT 06505

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Judith Amts
    655 Patricola, Unit F 4
    Bridgeport CT 06610

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   _[illegible]_                  6/23/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 0390 0001 8961 4016

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    John Nolan
    80. Trumbull Ave.
    Bridgeport CT 06606

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jessica Nolan_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   J. Nolan                      6-20-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 0390 0001 8961 4122

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Linda Dedrick
   655 Patricks Ave.
   Unit G-3
   Bridgeport, CT 06610

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7005 0390 0001 8961 3996

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kenneth Gilson
   655 Patricks Ave.
   Unit F-6
   Bridgeport, CT 06610

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   [signature]                    6/24/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7005 0390 0001 8961 4108

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Thomas Mahopsky
   107 Sylvan Ave.
   Bridgeport, CT 06604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Jean Mahopsky    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
   Jean Mahopsky    6/21/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 ---- ---- 8961 4139

PS Form 3811, February 2004     Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sandra + Joseph
   Pellechio
   655 Pellichio Ave.
   unit E-3
   Bridgeport, CT 06610

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Sandra Pellechio    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
   Sandra Pellechio    6/22/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 0390 0001 8961 4115

PS Form 3811, February 2004     Domestic Return Receipt    102595-02-M-1540