UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY, ET AL., on behalf of themselves and all other persons similarly situated,<br>Plaintiffs,<br><br>V.<br><br>HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT ET AL.<br>Defendants. | : <br>: CIVIL ACTION NO.<br>:<br>: 3:03 CV 968 (WIG)<br>:<br>:<br>:<br>:<br>: JULY 17, 2005<br>: |

**PLAINTIFFS' MOTION TO COMPEL**

Pursuant to Fed.R.Civ.P. Rules 34 and 37 and Local Rule 37, the plaintiffs and the plaintiff class move this Court to compel discovery of documents evidencing assignments of single bedroom units owned and operated by the Bridgeport Housing Authority that defendants had provided through in or about September, 2004 as part of defendants' continuing obligation to comply with original discovery requests made in October, 2003, but which defendants have failed to provide since the fall of 2004.

Defendants have also failed to produce tenant files required by plaintiffs to determine the number of disabled applicants for housing who were not considered disabled by the defendants in processing their applications, for purposes of determining the ratio of disabled to elderly on the July 27, 2004 waiting list.

Plaintiffs seek production of the documents described herein on or before July 18, 2005, pursuant to Local Rule 37(5).

                              THE PLAINTIFFS,

                      BY  _____
                           Alan Rosner, Esq. (Ct 10414)
                           1115 Main Street, Suite 415
                           Bridgeport, CT 06604
                           (203) 384-1245
                           Fax (203) 384-1246
                           Email: Alanrosner@aol.com

## CERTIFICATION

_____This is to certify that a copy of the foregoing has been sent by fax and by regular mail postage prepaid on this 18th day of July, 2005 to

Michael Ryan, Esq.
James Mahar, Esq.
Ryan Ryan Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057


_____

Alan Rosner