UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS MATYASOVSZKY ET AL.     :
                    Plaintiffs,     :     CIVIL ACTION NO.
                                   :     3:03 CV 968 (WIG)
V.                                  :
                                   :
HOUSING AUTHORITY OF THE CITY     :
BRIDGEPORT ET AL.                  :     JULY 18, 2005
                    Defendants.     :

## AFFIDAVIT OF COUNSEL PURSUANT TO LOCAL RULE 37

Alan Rosner, being duly sworn, deposes and says:

1. I am counsel for the named plaintiffs and plaintiff class. I hereby submit this affidavit in support of plaintiffs' motion to compel discovery to the documents sought in the attached motion.

2. Since the beginning of May, 2005, plaintiffs' counsel has sought disclosure of the documents described in this motion, either by phone call, letter or email. While some documents have been made available, defendants have failed to provide access to the information now sought, and, accordingly, this case has not been able to progress.

3. Defendants have indicated that they intend to make the requested information, but have not indicated when such compliance might be forthcoming. Plaintiffs have therefore been forced to seek compliance by means of this motion.

Dated: Bridgeport, CT
      July 17, 2005

                                        Alan Rosner

Sworn to before me this 17th day of July, 2005.

Commissioner of the Superior
Court    NOTARY PUBLIC
Jenniffer A Darrow Magut
Exp 9/30/09

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by fax and by regular mail postage prepaid on this 18th day of July, 2005 to

Michael Ryan, Esq.
James Mahar, Esq.
Ryan Ryan Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905-3057


Alan Rosner