UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
THOMAS MATYASOVSZKY, on              :
behalf of himself and others
similarly situated,                  :

        Plaintiff,                   :

    vs.                              :    No. 3:03cv0968(WIG)

HOUSING AUTHORITY OF THE             :
CITY OF BRIDGEPORT,
                                     :
        Defendant.
-----------------------------------X
```

## ORDER OF TRANSFER

In the interests of justice, the above-captioned case is hereby transferred to the docket of the Honorable Robert N. Chatigny for all purposes. All future pleadings or documents in this matter should be filed with the Clerk's Office in Hartford, Connecticut, and bear the docket number 3:03cv0968(RNC). Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

IT IS SO ORDERED.

Dated this 12th day of June, 2007, at Bridgeport, Connecticut.

                                                 /s/ *William I. Garfinkel*
                                                WILLIAM I. GARFINKEL
                                                UNITED STATES MAGISTRATE JUDGE