UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS MATYASOVSZKY, ET AL., :
:
    Plaintiffs, :
:
       V. : CASE NO. 3:03CV968(RNC)
:
HOUSING AUTHORITY OF THE CITY :
OF BRIDGEPORT, ET AL., :
:
    Defendants. :

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge <u>William I. Garfinkel</u> for the following:

_____ For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

_____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_____ To supervise discovery and resolve discovery disputes;

_____ To conduct an early settlement conference;

  X   To conduct a status conference;

_____ A hearing on damages and attorney fees;

_____ A ruling on the following pending motions:

So ordered.

    Dated at Hartford, Connecticut this _____ day of August 2007.

                                              /s/
                                          Robert N. Chatigny, U.S.D.J.