```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| THOMAS MATYASOVSZKY, et al., | : |
| | : |
|     Plaintiffs, | : |
| | : |
|       V. | :   CASE NO. 3:03-CV-968(RNC) |
| | : |
| HOUSING AUTHORITY OF THE | : |
| CITY OF BRIDGEPORT, et al., | : |
| | : |
|     Defendants. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge William I. Garfinkel for the following:

    _____ For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

    _____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

    _____ To supervise discovery and resolve discovery disputes;

    _____ To conduct a settlement conference;

    _____ To conduct a status conference and enter a new scheduling order;

    _____ To conduct a prefiling conference;

    _____ A hearing on damages and attorney fees;

    \_\_x\_\_ A ruling on the following pending motions:
          Motion for Protective Order [Doc. #169]

    So ordered.

    Dated at Hartford, Connecticut this 28th day of August 2007.

                                         /s/
                                    Robert N. Chatigny, U.S.D.J.