UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY, LINDA DEDRICK, JOSEPH PELLECHIO, SANDRA PELLECHIO, KENNETH GIHON, JOHN NELSON, JR. on behalf of themselves and all others similarly situated,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE, JUDITH GROF-TISZA, AND JONAS DEGUZMAN,<br>　　　　　　　Defendants. | : <br>: <br>: CASE NO. 3:03 CV 968 (WIG)<br>: <br>: CLASS ACTION<br>: <br>: <br>: <br>: <br>: <br>: <br>: OCTOBER 8, 2008<br>: <br>: |

JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
FOR APPROVAL OF NOTICE OF SETTLEMENT TO CLASS
MEMBERS, AND FOR OTHER RELIEF

Please Take Notice that the plaintiffs and the plaintiff class and the defendants ("the movants") hereby move this Court for an Order preliminarily approving the class settlement in this matter as reasonable, fair and adequate, and approving the notice of settlement to class members, the claim form, and the Legal Notice for publication of the proposed settlement.

The movants also move this Court for an Order:

(a) amending this Court's Order dated January 5, 2005 to certify a plaintiff class defined as follows: "All persons who: 1) between October 19, 1999 and September 1, 2005, were disabled and under the age of 62 years when they applied for a one-bedroom unit of public housing with the BHA and were assigned a one-bedroom unit of public housing at a BHA complex other than the Fireside Apartment Complex; or 2) between October 19, 1999 and September 1, 2005, were disabled and under the age of 62 years when they applied for a one-

bedroom unit of public housing with the BHA and whose application or pre-application was purged or withdrawn from the BHA waiting list or who, for any reason, were not offered public housing, other than for certain criminal conduct; or 3) between October 19, 1999 and September 1, 2005, were disabled and under the age of 62 years when they applied for a one-bedroom unit of public housing with the BHA and are currently on the BHA waiting list; or 4) after October 19, 1999, were disabled and under the age of 62 years when they inquired about a unit at the Fireside Apartment Complex and were informed that they were not eligible to live at that complex because they were not old enough (under the age of 62 years); or 5) after October 1, 1999, were BHA residents, disabled and under the age of 62 years when they sought to transfer to a unit at the Fireside Apartment Complex and were denied because they were not old enough (under the age of 62 years).

(b) amending this Court's Ruling on Plaintiffs' Motion for Class Certification to appoint Attorney Alan Rosner as class counsel effective January 5, 2005, the date of this Court's ruling, and appointing Lori Welch-Rubin, Esq., as class counsel effective as of July 15, 2005, the date this Court granted the Plaintiffs' Motion for Order Substituting Attorney Welch-Rubin as co-counsel for the plaintiffs.

There is good cause to grant this motion in that (1) this is a joint motion seeking resolution of this matter, and (2) the parties have negotiated a settlement of class action claims which is reasonable, fair and adequate.

This motion is based on the attached proposed Order and the facts and circumstances set forth in the Consent Decree settling this matter, which is incorporated by reference herein.

Dated: October 8, 2007

THE PLAINTIFFS AND PLAINTIFF CLASS


/s/_____
Alan Rosner, Esq. (CT 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245
Fax (203) 384-1246
Alanrosner@aol.com

Lori Welch-Rubin, Esq. (Ct
129 Whitney Avenue
New Haven, CT 06511
(203) 772-6680
Fax (203) 772-2994
NH_lawr@yahoo.com


THE DEFENDANTS,


s/s James A. Mahar_____
Michael T. Ryan, Esq. (Ct
James A. Mahar, Esq. (Ct
Ryan Ryan Johnson & Deluca, LLP
P.O. Box 3057
Stamford, CT 06905
(203) 357-9200
Fax: (203) 357-7915
MTRyan@RRJD-LAW.com
Jamahar@RRJD-LAW.com