UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
THOMAS MATYASOVSZKY, on behalf  :
of himself and all others       :
similarly situated, ET AL.,     :
                                :
     Plaintiffs,                :
                                :
     V.                         :    CASE NO. 3:03-CV-968(RNC)
                                :
HOUSING AUTHORITY OF THE CITY   :
OF BRIDGEPORT, ET AL.,          :
                                :
     Defendants.                :
```

ORDER

In the interest of justice, the above identified case is hereby transferred to the Honorable William I. Garfinkel.  All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number 3:03-CV-968(WIG).

Dated at Hartford, Connecticut this _____ day of October 2007.

```
                                       /s/
_____    Robert N. Chatigny
                                    United States District Judge
```