UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **THOMAS MATYASOVSZKY, LINDA DEDRICK JOSEPH PELLECHIO, SANDRA PELLECHIO, KENNETH GIHON, JOHN NELSON, JR.,** on behalf of themselves and all others similarly situated, | : <br> : <br> : <br> : CASE NO. |
| Plaintiffs, | : 3:03 CV 968 (WIG) |
| | : |
| V. | : |
| | : |
| **HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE, JUDITH GROF-TISZA, JONAS DE GUZMAN, PATSY MICHELLE,** and **ROBERT GRAHAM,** | : <br> : <br> : OCTOBER 12, 2007 <br> : |
| Defendants. | : |

APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for: all named plaintiffs and those class members certified by this court.

                                          _____
                                          **Lori Welch-Rubin**
                                          **Attorney for Plaintiffs**
                                          **129 Whitney Avenue**
                                          **New Haven, Connecticut 06510**
                                          **(203) 772-6680; fax (203) 772-2994**
                                          nh_lawr@yahoo.com
                                          **ct09866**

**Certificate of Service:**

**This is to certify that the foregoing was mailed on this date to the following:**

| | |
|---|---|
| Counsel for the defendants: | Michael T. Ryan, Esq. |
| | James A. Mahar, Esq. |
| | Ryan, Ryan, Johnson & Deluca, LLP |
| | 80 Fourth Street |
| | Stamford, CT 06905 |
| | Telephone: 203-357-9200 |
| | Facsimile: 203-357-7915 |
| | |
| Counsel for the plaintiffs: | Alan Rosner, Esq. |
| | Law Offices of Alan Rosner |
| | 1115 Main Street, Suite 415 |
| | Bridgeport, CT 06604 |
| | Telephone: 203-384-1245 |
| | Facsimile: 203-384-1246 |

_____
Lori Welch-Rubin