## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THOMAS MATYASOVSZKY et al., on behalf of themselves and all others similarly situated,** | : | |
| | : | |
| Plaintiffs, | : | **CASE NO.** |
| | : | **3:03CV968 (WIG)** |
| **V.** | : | |
| | : | |
| **HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT et al.** | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **JUDITH MONTES,** | : | |
| Plaintiff, | : | |
| **V.** | : | **CASE NO.** |
| | : | **3:04CV1 (WIG)** |
| **HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, et al.** | : | |
| | : | **November 29, 2007** |
| Defendants. | : | |

## MOTION FOR ALLOWANCE OF ATTORNEYS' FEES AND COSTS

Please take notice that on the annexed affidavit of Alan Rosner, and all the

pleadings, records, and files of this action, the undersigned will move the Honorable

William I. Garfinkel, United States Magistrate Judge, in Courtroom No.  of the United

States Court House, 915 Lafayette Boulevard, Bridgeport, Connecticut, on December 3,

2007, at 1:30 p.m., or as soon thereafter as counsel can be heard, for an order allowing

legal fees and expenses in the sum of $325,000.00 to the undersigned, and directing their

payment by the defendants, and for such other relief as may be appropriate.

PLAINTIFFS AND PLAINTIFF CLASS,


By /s/_____
    Alan Rosner, Esq. (CT 10414)
    111 Main Street, Suite 415
    Bridgeport, CT 06604
    (203) 384-1245
    Fax: (203) 384-1246
    Email: alanrosner@aol.com


CERTIFICATION

_____I hereby certify that a copy of the foregoing has been served by regular first class mail and by email (MTRyan@rrjd-law.com and jamahar@rrjd-law.com) to Michael Ryan, Esq. and James Mahar, Esq. of Ryan Ryan Johnson and Deluca, LLP, 707 Summer Street, Stamford, CT 06901 on this 29th day of November, 2007.



/s/_____
Alan Rosner