UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*United States District Court*
*District of Connecticut*
*FILED AT    BRIDGEPORT*
*12-3-*
*Roberta D. Tabora, Clerk    2007*
*By Carol Jones*
*Deputy Clerk*

| | |
|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : : : : |
| Plaintiff, | : : |
| V. | : : |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : : : |
| Defendants. | : |

CIVIL ACTION NO. 3:03 CV 968 (WIG)

DECEMBER 3, 2007

## DECLARATION OF COMPLIANCE WITH NOTICE OF HEARING

The undersigned parties, pursuant to paragraph 4 of the Order Preliminarily Approving Class Action Settlement, Setting Fairness Hearing and Approving Notice to Class Regarding Fairness Hearing, dated October 11, 2007, hereby declare compliance with provisions concerning delivery and service of the Notice of Hearing.

The Defendant, Bridgeport Housing Authority represents the following:

1.    On November 9, 2007, the Notice of Proposed Settlement of Class Action was sent to Current BHA residents living in one bedroom units.

2.    On November 15, 2007, the Notice of Proposed Settlement of Class Action was sent to Current Applicants for one bedroom units on the BHA waiting list.

3.      On November 16, 2007, the Notice of Proposed Settlement of Class Action was sent to former applicants for one bedroom units whose applications were withdrawn, purged or who were otherwise not offered a unit of public housing between October 19, 1999 and September 1, 2005.

4.      On November 16, 2007, the Notice of Proposed Settlement of Class Action was sent to former BHA residents of one bedroom units, other than the Fireside Apartment Complex, who moved out of said units before October 11, 2007, who left forwarding addresses.

5.      There was a slight delay in sending out the Notice of Proposed Settlement because the parties agreed that it would be in the best interests of the Class Members to send a copy of the Notice of Proposed Settlement translated into Spanish.

6.      Copies of the Notice of Proposed Settlement were posted in the Resident Selection Office and at the Administrative Offices.  The BHA made the Notice of Proposed Settlement and Claim Form available through a link on the BHA Website, www.Bridgeporthousing.org.

Counsel for the Plaintiffs and the Plaintiff Class represents the following:

1.      The "Summary Notice" was published in three newspapers serving the greater Bridgeport area, including the Connecticut Post, another English language newspaper and a Spanish language newspaper.

2.      Copies of the Notice of Proposed Settlement and the Claim Form were delivered

to the social service and legal organizations listed in Paragraph 24 of the Consent

Decree.

                          THE PLAINTIFFS, THOMAS
                          MATYASOVSZKY, LINDA DEDRICK,
                          JOSEPH PELLICHIO, SANDRA
                          PELLICHIO, KENNETH GIHON, JOHN
                          NELSON, JR, JUDITH MONTES, AND
                          THE PLAINTIFF CLASS

By:     _____
                          Alan Rosner, Esq. (CT 10414)
                          1115 Main Street, Suite 415
                          Bridgeport, CT 06604
                          (203) 384-1245




                          THE DEFENDANTS,
                          HOUSING AUTHORITY OF THE CITY
                          OF BRIDGEPORT, COLLIN VICE, JUDIT
                          GROF-TISZA and JONAS DEGUZMAN

By:     _____
                          Michael T. Ryan, Esq. (CT 05685)
                          James A. Mahar, Esq., (CT 21854)
                          Ryan, Ryan, Johnson & Deluca, LLP
                          707 Summer Street
                          Stamford, CT   06901
                          Phone No. 203-357-9200

J:\Procases\1742.007\Dec of Notice Comply.wpd
1742.007