UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*United States District Court*
*District of Connecticut*
*FILED AT BRIDGEPORT*
*12-3-2007*
*Roberta D. Tabora, Clerk*
*By _____*
*Deputy Clerk*

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 3:03 CV 968 (RNC) WIG |
| V. | : | |
| | : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL. | : | |
| | : | |
| Defendants. | : | DECEMBER 3, 2007 |

## STIPULATION RE MODIFICATIONS TO PROPOSED CONSENT DECREE

The undersigned Parties, pursuant to paragraph 135 of the Consent Decree, hereby stipulate tot he following modifications and amendments to the Consent Decree as follows:

1.  Paragraph 53 is modified as follows: The sentence, "If the Defendant BHA is unable to identify a current address for the individual based on the information contained in the BHA file, then the Defendant BHA shall perform a National Change of Address ("NOCA") database search, or such other similar computer database search in an effort to locate a current address for the individual." is deleted.

2.  Paragraph 105 is modified to permit the filing of the Motion for Award of Attorney's Fees to be filed at any time prior to the Fairness Hearing.

3.   Paragraph 136 is modified to reflect the updated address for Michael T. Ryan, Esq. and James A. Mahar, Esq. The new address is as follows:

> Ryan, Ryan, Johnson & Deluca, LLP
> 707 Summer Street, 5th Fl.
> Stamford, CT 06901

THE PLAINTIFFS, THOMAS
MATYASOVSZKY, LINDA DEDRICK,
JOSEPH PELLICHIO, SANDRA
PELLICHIO, KENNETH GIHON, JOHN
NELSON, JR, JUDITH MONTES, AND
THE PLAINTIFF CLASS

By:    *Alan Rosner*

Alan Rosner, Esq. (CT 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245

THE DEFENDANTS,
HOUSING AUTHORITY OF THE CITY
OF BRIDGEPORT, COLLIN VICE, JUDIT
GROF-TISZA and JONAS DEGUZMAN

By:    *James A. Mahar*

Michael T. Ryan, Esq. (CT 05685)
James A. Mahar, Esq., (CT 21854)
Ryan, Ryan, Johnson & Deluca, LLP
707 Summer Street
Stamford, CT   06901
Phone No. 203-357-9200

I:\Procases\1742.007\Stipulaiton of CS changes.wpd
1742.007