United States District Court
District of Connecticut
FILED AT BRIDGEPORT
12-3-2007
Roberta D. Tabora, Clerk
By [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS MATYASOVSZKY on behalf of himself and all other similarly situated

Plaintiff,

V.

HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, ET AL.

Defendants.

CIVIL ACTION NO. 3:03 CV 968 (RNC)

DECEMBER 3, 2007

**MOTION FOR ORDER OF FINAL JUDGMENT OF DISMISSAL**

The undersigned Parties respectfully move this Court, pursuant to Fed. R. Civ. Proc. 23(e) and paragraph 118 of the proposed Consent Decree, to enter an order approving the proposed Consent Decree submitted by the parties as fair, reasonable and adequate and in accordance with the attached proposed Order of Final Judgment of Dismissal.

THE PLAINTIFFS, THOMAS MATYASOVSZKY, LINDA DEDRICK, JOSEPH PELLICHIO, SANDRA PELLICHIO, KENNETH GIHON, JOHN NELSON, JR, JUDITH MONTES, AND THE PLAINTIFF CLASS

By: ______________________________

Alan Rosner, Esq. (CT 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245

THE DEFENDANTS, HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, COLLIN VICE, JUDIT GROF-TISZA and JONAS DEGUZMAN

By: ______________________________

Michael T. Ryan, Esq. (CT 05685)
James A. Mahar, Esq., (CT 21854)
Ryan, Ryan, Johnson & Deluca, LLP
707 Summer Street
Stamford, CT 06901
Phone No. 203-357-9200

I:\Procases\1742.007\Mot for Ord Final Judgment Dissmissal.wpd
1742.007