UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY, ET AL., on behalf | : | |
| of themselves and all others similarly situated, | : | CASE NO. |
| Plaintiffs, | : | 3:03CV968 (WIG) |
| | : | |
| V. | : | |
| | : | |
| HOUSING AUTHORITY OF THE CITY OF | : | |
| BRIDGEPORT ET AL. | : | JANUARY 29, 2008 |
| Defendants. | : | |

<u>**MOTION TO AMEND THE FEBRUARY 15, 2008 DEADLINE
FOR CLASS MEMBERS TO FILE CLAIMS**</u>

      The undersigned, on behalf of the plaintiff class representatives and the plaintiff class, hereby request that this Court enter an Order amending the deadline by which class members or potential class members must file completed Claim Forms in order to be considered for a monetary award under the Consent Decree approved by this Court on December 3, 2007.  This motion is based upon the following facts and circumstances:

      1.  On December 3, 2007, this Court approved a Consent Decree settling all claims between the parties in the above referenced class action.   Just prior to its approval, paragraph 53 of the proposed Consent Decree was modified by stipulation to delete that portion of the paragraph requiring defendants to perform a National Change of Address ("NOCA") database search in an effort to locate a current address for a potential class

member.

2.  At the Fairness Hearing held in this matter on December 3, 2007, defendants'
counsel agreed, notwithstanding modification of paragraph 53, that NOCA searches
would be performed for those potential class members who were served the Proposed
Notice of Settlement at their last known address but whose notices were returned as
undeliverable.   The NOCA searches would be performed after the Fairness Hearing and
it was expected that new notices would be served in time to permit potential class
members to file Claim Forms by the deadline of February 15, 2008, as set forth in the
Notice of Proposed Settlement.

3.  The defendant BHA experienced delays in securing a private company to
perform the NOCA searches and in serving notices with current or more current
addresses.  Upon information and belief, the BHA has retained a private company this
week; the NOCA searches will be conducted this week, and second round of notices to
potential class members will be mailed either later this week or early next week.   This
process will involved the mailing of a second notice to 1537 individuals whose initial
notices were returned.

4.  To ensure that persons receiving actual notice of the settlement by means of
this second round of notices have approximately the same time frame to file claims as

persons receiving notice prior to the Fairness Hearing, the plaintiffs request that the

deadline to file claims be amended to April 18, 2008.

5.  Counsel for defendants have reviewed this motion and have consented to the

relief requested herein.

THE PLAINTIFFS,


BY_____

Alan Rosner, Esq. (CT 10414)
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245
Fax: (203) 384-1246
Email: alanrosner@aol.com

CERTIFICATION

_____I hereby certify that a copy of the foregoing motion to amend the deadline to file claims has been served by regular first class mail to James Mahar, Esq. and Michael Ryan, Esq., Ryan Ryan Johnson & Deluca, LLP, at 707 Summer Street, 5th floor, Stamford, CT 06901 on this 29th day of January, 2008.


_____

Alan Rosner