UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs, | : | |
| | : | 3:03-CV-968 (WIG) |
| v. | : | |
| | : | |
| HOUSING AUTHORITY OF THE CITY | : | |
| OF BRIDGEPORT, ET AL, | : | February 9, 2008 |
| Defendants. | : | |

## MOTION TO MODIFY ORDER

Pursuant to Rules 22, 23(h) and 54 of the Federal Rules of Civil Procedure, the undersigned moves the Court to either:

(A) vacate its Order (Docket # 187) granting the Motion for Fees (Docket #183) and order each attorney to submit a separate fee petition; or

(B) modify paragraph 17 of its Order dated December 3, 2007 to specify payment to the undersigned of $92,487, representing seventy percent of the 700 hours attributed by current class counsel's fee affidavit to the liability phase.

Respectfully submitted,

By_____
Jennifer Vickery (CT24089)
P.O. Box 1281
New Haven, CT 06505
Tel.(203) 809-0223
Fax. (203) 498-8223

## CERTIFICATION

I hereby certify that a copy of the foregoing has been delivered by electronic filing on this 10th day of February, 2008 to all counsel of record:

Michael Ryan, Esq.
James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
707 Summer Street
Stamford, CT 06901

Alan Rosner, Esq.
111 Main Street, Suite 415
Bridgeport, CT 06604

Lori Welch-Rubin, Esq.
Welch-Rubin & Jacobs
129 Whitney Avenue
New Haven, CT 06511


_____
Commissioner of Superior Court