**TIMESHEETS FOR J. VICKERY**
<u>Matyasovszky v. BHA</u>, 3:03 CV 968 (WIG)

**TOTAL: 679.2 hours**

Abbreviations:

at= attend
cf= confer/meet
dr= draft
fx= send fax
pr= prepare
rc= recieve
rv= review
tc= telephone call
vm= voice mail

May 2003

| | | |
|---|---|---|
| 5-30-03 | rs summons/ service issues | 1.8 |

**May 2003 Subtotal = 1.8**

June 2003

| | | |
|---|---|---|
| 6-18-03 | rc fx L. Rich re: B. Dominique/ possible plaintiff | 0.1 |
| | vm D. Evans re: B. Dominque appt to interview | 0.1 |
| | tc shelter for B. Dominique | 0.3 |
| 6-19-03 | tc D. Evans -appt. w/ B. Dominique | 0.1 |

**June 2003 Subtotal = 0.6**

July 2003

| | | |
|---|---|---|
| 7-2-03 | cf B. Dominique, autho, interview/ update | 0.9 |
| 7-30-2003 | rv appearance M. Ryan | 0.1 |

**July 2003 Subtotal = 1.0**

August 2003

| | | |
|---|---|---|
| 8-1-03 | dr facts section | 2.0 |
| | cf A. Rosner re: drafting class definition | 0.7 |
| 8-4-03 | dr M class certification standards | 1.2 |
| | rs numerosity cases | 1.4 |
| | rs applicant pool cases | 0.5 |
| | cf A. Rosner re: numerosity case law | 0.2 |
| 8-5-03 | dr M class certification 23(a) requirements | 4.9 |
| | rv Newberg treatise and cases re: adequacy affidavit | 1.1 |
| 8-6-03 | dr R. 23(b) section of M Class Certification | 3.0 |
| | finish and rv M Class certification | 5.6 |
| 8-7-03 | input edits from A. Rosner | 3.5 |
| | produce and file M Class Certification | 1.4 |
| 8-22-03 | rc email M. Ryan re: planning report | 0.2 |
| | edit planning report | 0.2 |
| 8-25-03 | file parties planning report | 0.3 |
| 8-30-03 | rv Defs MEXT to obj to class certification | 0.1 |

**August 2003 Subtotal = 26.3**

September 2003

| | | |
|---|---|---|
| 9-5-03 | rv order granting Defs MEXT to obj to class certification | 0.1 |
| 9-15-03 | rv Def's obj to class certification | 1.3 |
| 9-19-03 | dr and file class certification reply MEXT | 1.0 |
| | rv Def's amended answer | 0.4 |
| | cf A. Rosner re: Def''s Amended Answer | 1.0 |
| 9-25-03 | rs form of notification to prospective class members | |

|          |                                                              |     |
|----------|--------------------------------------------------------------|-----|
|          | under R. 23(b)(2) in Newberg treatise                        | 1.1 |
| 9-26-03  | dr notice to prospective class members                       | 0.7 |
|          | rs rules of professional conduct re: class notice            | 0.4 |
| 9-27-03  | cf. A. Rosner re: new plaintiffs                             | 0.6 |
|          | dr reply to Def's obj to class certification                 | 3.1 |
| 9-29-03  | dr reply to Defs obj to class certification                  | 1.7 |
|          | cf A. Rosner re: reply edits                                 | 0.4 |
|          | rs Galvan exception                                          | 0.9 |
| 9-30-03  | edit and file reply to Def's obj to class certification      | 1.5 |

**September 2003 Subtotal = 14.2**

October 2003

|          |                                                              |     |
|----------|--------------------------------------------------------------|-----|
| 10-2-03  | tc possible plaintiffs who received notice                   | 0.4 |
|          | dr and fx depo notices: N. Narvaez, C. Larson                | 1.0 |
| 10-6-03  | vm possible plaintiff                                        | 0.1 |
| 10-8-03  | rc fx J. Nagle re: depo date adjustments                     | 0.1 |
|          | tc J. Nagle re: depo dates and vacancy documents             | 0.2 |
|          | fx J. Nagle re: depo date adjustments                        | 0.4 |
|          | tc J. Nagle re: depo date adjustments                        | 0.3 |
|          | fx J. Nagle re: depo dates and vacancy documents             | 0.2 |
|          | rc fx J. Nagle re: depo dates and vacancy documents          | 0.2 |
|          | dr and fx FOIA request                                       | 0.8 |
| 10-9-03  | rc fx J. Nagle re: depo notices                              | 0.1 |
|          | dr and fx FOIA request                                       | 1.0 |
| 10-13-03 | re-notice deposition of C. Larson                            | 0.5 |
|          | dr and fx First Request for Production                       | 4.5 |
| 10-14-03 | dr and fx Second Request for Production                      | 3.9 |
| 10-20-03 | tc J, Mahar re: objections to FOIA requests                  | 0.2 |
| 10-21-03 | dr FOIA complaint                                            | 6.0 |

| | | |
|---|---|---|
| 10-22-03 | dr and fx depo notices of E. Filomeno, J. DeGuzman | 1.0 |
| | file FOIA complaint | 2.2 |
| 10-28-03 | tc S. Pellechio re: plaintiff facts | 0.6 |
| | tc J. Mahar re: depo dates, Montes & Dominique files | 0.2 |

**October 2003 Subtotal = 23.9**

November 2003

| | | |
|---|---|---|
| 11-3-03 | pr and depose E. Gordon | 6.1 |
| 11-4-03 | pr and depose C. Larson | 2.5 |
| 11-5-03 | rv order to hear M Class Certification | 0.1 |
| 11-9-03 | observe depo of J. DeGuzman | 3.8 |
| 11-13-03 | pr to depose T. Zennis | 2.0 |
| 11-14-03 | pr and depose T. Zennis | 4.2 |
| 11-16-03 | dr Aff in Support of Class Certification | 5.9 |
| 11-17-03 | dr  discovery MEXT | 0.5 |
| | rv Aff in Support of Çlass Certification | 2.3 |
| | fx J. Mahar re: limited request for logbook and depo time | 0.2 |
| 11-18-03 | file discovery MEXT | 0.3 |
| | produce and file Aff in Support of Class Certification | 6.5 |
| 11-24-03 | rv Def's M Continue Hrg on Class Certification | 0.3 |
| 11-25-03 | dr and fax proposed protective order | 3.1 |
| 11-26-03 | fx J. Mahar re: timing of T. Matysovzsky depo | 0.1 |

**November 2003 Subtotal = 37.9**

December 2003

| | | |
|---|---|---|
| 12-2-03 | rc corr M. Ryan re: request for depo exhibits | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 12-10-03 | tc T. Matysovszky re: depo pr | 0.9 |
| | tc M. Alvarado re: depo pr, mom's health | 0.2 |
| 12-11-03 | pr and defend depos: T. Matyasovszky and J. Montes | 8.3 |
| 12-12-03 | dr and fx notice of depo of A. Falco | 0.5 |
| 12-17-03 | re-notice depo of A. Falco | 0.2 |
| 12-21-03 | pr to depose A. Falco | 2.8 |
| | Analyze discovery outstanding | 1.3 |
| 12-22-03 | pr and at depo of A. Falco | 5.4 |
| | cf J. Mahar re: Montes discovery | 0.9 |
| | cf A.Rosner re: release of Montes discovery and hrg date | 0.6 |
| | rv Montes file discovery, depo notes. and ACOP | 1.3 |
| 12-23-03 | rs TRO grounds for Montes | 2.5 |
| 12-24-03 | tc AR re: strategy for TRO | 0.7 |
| 12-26-03 | dr Montes TRO memo | 5.1 |
| 12-27-03 | dr Montes TRO motion | 5.0 |
| | cf A. Rosner re: relief and tasks; edits to motion | 1.6 |
| | draft show cause | 0.9 |
| 12-28-03 | dr Montes TRO c omplaint | 8.0 |
| 12-29-03 | rv Montes TRO memo | 6.4 |
| 12-30-03 | dr Montes complaint | 4.2 |
| | cf T. Washington re: survey of Fireside ages | 0.7 |
| | produce and mail depo exhibits and tape copies | 1.4 |

**December 2003 Subtotal = 59.0**

January 2004

| 1-2-04 | tc contacts and drive by for J. Montes | 1.4 |

|  |  |  |
|---|---|---|
|  | dr and fx Montes discovery letter | 0.1 |
| 1-5-04 | pr and file TRO w/ A. Rosner | 3.2 |
|  | cf RNC re: Montes TRO | 0.7 |
| 1-7-04 | pr and at settlement cf | 4.5 |
| 1-9-04 | dr and file corr to WIG re: HUD Notice | 0.3 |
| 1-16-04 | dr and file MEXT re: expert disclosure | 0.8 |
| 1-28-04 | tc J. Mahar re: dates for file review, corrupted cd-rom | 0.3 |
|  | cf A. Rosner re: confirmation letter | 0.1 |
|  | tc J. Mahar re: Montes lease up | 0.1 |
|  | tc M. Alvarado re: Montes lease up | 0.2 |
| 1-30-04 | rv Fireside tenant files onsite; set up copy files A-B | 8.5 |

**January 2004 Subtotal = 20.2**

February 2004

|  |  |  |
|---|---|---|
| 2-1-04 | cf A. Rosner re: Montes strategy | 0.5 |
| 2-2-04 | rv Fireside tenant files onsite; set up copy files B-C | 8.5 |
| 2-3-04 | cf J. Mahar re: discovery objections | 0.5 |
|  | rv Fireside tenant files onsite; set up copy files C-H | 8.0 |
| 2-4-04 | rv Fireside tenant files onsite; set up copy files H-N | 8.5 |
| 2-6-04 | rv magistrate referral order | 0.1 |
| 2-9-04 | rv Fireside tenant files onsite; set up copy files P-S | 8.5 |
| 2-10-04 | rv Fireside tenant files onsite; finish copy files S-W | 8.5 |
| 2-11-04 | rv Fireside move out files on site | 3.0 |
|  | file consent to magistrate | 0.2 |
| 2-15-04 | rv Trumbull Gardens current discovery | 3.6 |

| Date | Description | Hours |
|---|---|---|
| 2-16-04 | rv Motion to Intervene L.Dedrick | 0.4 |
| | rv discovery to locate potential class members | 4.1 |
| 2-17-04 | rv fax re: B. Dominique Sec. 8 | 0.1 |
| 2-18-04 | rv Trumbull Gardens current discovery | 4.3 |
| 2-19-04 | rv Fireside tenants: file review check-off | 1.5 |
| 2-28-04 | analyze Fireside files for Fireside residents chart | 7.9 |
| 2-29-04 | analyze Fireside files for Fireside residents chart | 5.2 |

**February 2004 Subtotal = 73.4**

March 2004

| Date | Description | Hours |
|---|---|---|
| 3-2-04 | rv Harborview tenant files onsite; set up copy files A-C | 6.5 |
| 3-3-04 | rv Harborview tenant files onsite; set up copy files G-M | 8.5 |
| 3-5-04 | rv Harborview tenant files onsite; set up copy files N-S | 8.5 |
| 3-9-04 | rv Harborview tenant files onsite; set up copy files S-Z | 8.5 |
| 3-15-03 | rc fx Harborview list | 0.1 |
| 3-18-04 | dr fx to B. Milstein re: Fireside residents chart | 1.7 |
| 3-25-04 | dr and file MEXT; rv corr. re: depositions of plaintiffs | 0.9 |
| 3-27-04 | tc A. Rosner re: charting application materials | 1.1 |
| 3-28-04 | check numbers; revise Fireside resident charts; check status | 6.8 |
| 3-29-04 | rv Def.'s responses to 3rd Requests for Production | 0.6 |
| 3-31-04 | email and rc email B.Milstein re: statutory quotations | 0.4 |
| | rs statutes to email B. Milstein | 0.5 |
| | tc Court re: sealing, class hearing schedule | 0.7 |
| | dr Class Affidavit | 3.0 |

**March 2004 Subtotal = 47.8**

April 2004

| | | |
|---|---|---|
| 4-1-04 | rv docs copied from Trumbull Gardens | 1.8 |
| | dr Class Affidavit lists | 4.1 |
| 4-2-04 | rv Class Affidavit; add FOIA discovery list | 5.0 |
| | cf A. Rosner re: revisions | 0.3 |
| 4-3-04 | dr Fireside delay charts | 3.2 |
| 4-4-04 | cf H. Flieschman re: excel discovery | 3.5 |
| 4-5-04 | dr Due Process claim | 4.0 |
| 4-6-04 | rv Due Process claim | 1.9 |
| | tc J. Mahar re: Sec. 8 discovery | 0.1 |
| | fx B. Milstein re: expert report focus | 0.5 |
| 4-8-04 | Organize BHA electronic files | 1.2 |
| 4-9-04 | cf A. Rosner re: work plan and strategy for intervenors | 2.0 |
| 4-10-04 | rs qualified immunity and damages issues; rv corr re: settlement | 3.6 |
| | dr Due Process/ Amend Memo | 4.0 |
| 4-11-04 | dr Due Process/ Amend Motion | 4.6 |
| | pr to meet w/ expert; address questions re: charts | 5.0 |
| 4-12-04 | cf B. Milstein re: deposition strategy/ defense | 3.9 |
| | final check of list of pending class members against discovery | 2.7 |
| 4-13-04 | input A. Rosner revisions to Due Process/ Amend papers | 3.0 |
| 4-19-04 | rv discovery- gaps in supplemental discovery, duplication | 6.1 |
| | cf J. Mahar re: supplemental discovery | 0.4 |
| | rv plaintiff responses and depos | 0.7 |
| 4-20-04 | pr and defend depo S. Pellechio | 1.3 |
| | pr and defend depo J. Pellechio | 1.6 |
| | rv class memo | 3.4 |

| | | |
|---|---|---|
| 4-21-04 | develop delay chart categories | 2.2 |
| 4-22-04 | data input on delay charts | 4.0 |
| 4-23-04 | develop BHA comparison charts | 3.1 |
| | tc Court chambers to schedule MOC cf | 0.1 |
| | cf call re: settlement | 1.0 |
| 4-27-04 | alter chart categories to reflect near-elderly disabled split | 7.0 |
| 4-28-04 | rc Def's supplemental response and objections to first requests for production | 0.5 |
| 4-29-04 | rc Def's supplemental response and objections to second requests for production | 0.3 |
| 4-30-04 | rv BHA expert report, expert testimony on statute violation | 4.1 |
| | tc B. Milstein re: testimony issue | 0.4 |
| | tc Court and Mahar re: note histories and HUD corr | 2.3 |
| | cf A. Rosner on status of expert report BHA | 0.3 |

**April 2004 Subtotal = 93.2**

May 2004

| | | |
|---|---|---|
| 5-10-2004 | dr and send settlement letter | 1.3 |
| | cf re: class issues A. Rosner | 2.7 |
| | rv Def's opp to Motion to Amend | 1.0 |

**May 2004 Subtotal = 5.0**

June 2004

| | | |
|---|---|---|
| 6-15-2004 | Rv Def's Motion to Dismiss Count V; look up cases | 2.9 |

**June 2004 Subtotal = 2.9**

July 2004

| | | |
|---|---|---|
| 7-11-04 | locate files of tenants named in Def.'s affidavits | 1.6 |
| | cf A. Rosner re: PI strategy | 2.2 |
| | rv discovery for PI plaintiffs | 3.0 |
| 7-13-04 | dr reply to Def.'s obj. to M. Amend | 2.0 |
| | at public hearing on revision of ACOP | 1.7 |
| 7-15-04 | rs cases cited in Def's obj. to 2d Class Aff. | 5.0 |
| | cf A. Rosner re: new plaintiffs | 0.7 |
| | dr reply to Def's obj. to 2d Class Aff. | 2.3 |
| 7-16-04 | dr predominance arg for reply to Def's class aff obj | 1.5 |
| | cf A. Rosner re: response to Morales aff | 1.9 |
| | dr motion to extend | 0.3 |
| 7-18-04 | rs status of CT age claim; consolidation | 1.1 |
| | tc A. Rosner re: current status of 24 CFR 960.405 | 0.3 |
| 7-19-04 | rs <u>Robinson</u>/ punitive damages issues | 4.9 |
| 7-21-04 | dr <u>Parker</u> arg for reply to Def's class aff obj | 1.2 |
| 7-22-04 | rv Def's class obj | 3.5 |
| | file Def's class obj | 1.0 |
| 7-28-04 | pr depo M. Morales | 5.4 |
| 7-29-04 | depose M. Morales | 6.0 |

**July 2004 Subtotal = 45.60**

August 2004

| | | |
|---|---|---|
| 8-5-04 | vm S. Pellechio re: medical letter | 0.1 |
| | cf A. Rosner re: supplemental file review | 0.3 |
| 8-6-04 | cf J. Mahar re: access to supplemental assignments | 0.8 |
| | cf A. Rosner re: Trumbull Gardens discovery problem | 0.2 |
| | dr and file letter re: Trumbull Gardens discovery problem | 1.5 |
| 8-11-04 | locate discovery for Morales/ Falco chart | 1.8 |
| | rv discovery for Morales/ Falco chart | 6.0 |

|         |                                                                 |     |
|---------|-----------------------------------------------------------------|-----|
|         | rv models for PI                                                | 1.3 |
| 8-12-04 | analyze discovery re: Morales/ Falco applicant docs/facts       | 1.7 |
|         | compare names on chart to names on original wait lists          | 2.8 |
|         | edit standard for PI                                            | 0.4 |
|         | restructure PI Memo                                             | 3.0 |
| 8-13-04 | analyze discovery for Morales/ Falco                            | 2.5 |
|         | dr Morales/Falco chart                                          | 1.4 |
|         | rv PI Motion                                                    | 0.9 |
| 8-15-04 | locate previous copies of pre-apps                              | 3.4 |
|         | change configuration of charts to show all sites                | 0.4 |
|         | compare and compute delay times                                 | 2.9 |
| 8-16-04 | dr results section of PI                                        | 4.5 |
|         | rv box of supplemental note histories, pp. 1-4                  | 1.4 |
| 8-17-04 | analyze logbooks for individual charts                          | 1.1 |
|         | dr logbook chart                                                | 4.9 |
|         | rv supplemental note histories, pp. 5-19                        | 2.8 |
|         | consider offer v. assignment problem                            | 0.5 |
| 8-18-04 | rv Morales/Falco chart to reflect offers                        | 1.7 |
|         | finish rv of supplemental discovery, pp. 19-30; batch file      | 2.6 |
| 8-19-04 | rv all delay charts to reflect added assignments                | 4.0 |
|         | cross check ages on Morales Falco charts                        | 2.5 |
| 8-20-04 | rv notification of filing                                       | 0.1 |
|         | rv <u>Langlois</u> disparate impact analysis                    | 0.7 |
|         | analyze charts using four-fifths rule                           | 3.6 |
|         | rv transcripts re: interview/ procedure testimony               | 1.1 |
| 8-25-04 | rv discovery for PI exhibits                                    | 1.5 |
|         | dr disparate impact section of PI memo                          | 5.9 |
| 8-26-04 | tc S. Pellechio re: calls to Trumbull Gardens                   | 0.2 |
|         | tc S. Pellechio re: site manager visit with letter              | 0.1 |
| 8-30-04 | tc S. Pellechio re: site manager's response to request to transfer | 0.3 |
| 8-31-04 | rv fax from A. Rosner re: under 46 year old applicant count     | 0.1 |

**August 2004 Subtotal = 70.7**

September 2004

| | | |
|---|---|---|
| 9-5-04 | tc A. Rosner re: choice of disparate impact tests | 0.8 |
| 9-7-04 | tc A. Rosner re: supplemental discovery | 0.5 |
| 9-10-04 | cf A. Rosner re: Senior appt list argument | 0.2 |
| | analysis of age/ interview dates on senior list | 1.6 |
| | rv PI memo re: near elderly age groups | 5.0 |
| 9-11-04 | cf A. Rosner re: facts section of PI Memo | 1.0 |
| | rv facts section of PI memo | 3.4 |
| | cf A. Rosner re: undercount | 0.5 |
| 9-12-04 | rv facts section of PI memo | 1.8 |
| | cf A. Rosner re: undercount | 0.2 |
| | locate Jan pre-apps and rv Trumbull notes re: disabled apps | 2.9 |
| | locate Feb pre-apps and develop chart of undercount | 1.7 |
| 9-13-04 | rv note histories for Morales/Falco chartsto check age, status | 4.1 |
| | analyze E. Garner and W. Collazo files | 0.9 |
| | cf A. Rosne re: deGuzman and 5-Yr Plan quotes in argument | 0.4 |
| | rv PI Memo re: classification of persons under 50 v. under 46 | 1.7 |
| | revise individual charts to clarify | 2.1 |
| 9-23-04 | cf A. Rosner re: rv of draft, leave out pre-apps of undercount | 0.5 |
| 9-27-04 | check Fireside charts for reformat and hidden columns | 3.7 |
| | check Harboview charts; reformat by category | 2.1 |
| | tc. A. Rosner re: assistance from H. Fleischman | 0.3 |
| | check Marina charts; reformat by category | 3.3 |
| 9-28-04 | produce exhibit sets | 6.1 |
| | cf A. Rosner re: edits on PI memo | 0.9 |

**September 2004 Subtotal = 26.1**

October 2004

| | | |
|---|---|---|
| 10-3-04 | tc A. Rosner re: final revisions to charts and memo for PI | 1.4 |
| 10-24-04 | rs evidentiary issues for PI hrg | 1.1 |
| 10-26-04 | cf A. Rosner re: strategy for scheduling cf | 0.3 |
| 10-27-04 | pr and at scheduling cf re: PI and interim relief | 2.5 |

**October 2004 Subtotal = 5.3**

November 2004

| | | |
|---|---|---|
| 11-3-04 | cf A. Rosner re: need for TRO for L. Dedrick and K. Gihon | 0.3 |
| 11-4-04 | cf A. Rosner re: defending L. Dedrick hearing | 0.2 |
| | tc A. Rosner re: TRO Dedrick question | 0.2 |
| | rs Motion to Consolidate Trial with PI hrg | 0.6 |
| 11-5-04 | rv corr. to Defs re: adequacy of injunctive relief offer | 0.6 |
| 11-29-04 | rv Def's obj to PI | 1.0 |

**November 2004 Subtotal = 2.9**

December 2004

| | | |
|---|---|---|
| 12-1-04 | cf A. Rosner re: rules on use of new chart for PI reply | 0.5 |
| 12-2-04 | cf A. Rosner re: strategy in reply to PI | 0.7 |
| 12-6-04 | vm L. Dedrick and S. Pellechio | 0.2 |
| 12-7-04 | pr settlement cf | 2.0 |
| | contact clients re: settlement cf | 1.4 |
| | cf A. Rosner re: obtaining rulings | 0.7 |
| 12-8-04 | at settlement cf; tc clients. | 5.5 |
| 12-15-04 | tc A. Rosner re: status of draft decree | 0.2 |
| | email J. Grow, C. Bishop, D. Specter re: model decrees | 0.3 |

|  |  |  |
|---|---|---|
|  | tc Bazelon for model decrees | 0.2 |
| 12-21-04 | cf A. Rosner re: status of draft decree | 0.6 |
|  | rc email J.Mahar/ WIG re: decision to settle | 0.1 |
| 12-22-04 | rv class certification ruling | 0.2 |
| 12-27-04 | rc email J.Grow re: models | 0.1 |
| 12-28-04 | rc email A. Rosner re: notice provisions for decree | 0.1 |
| 12-29-04 | rc email A. Rosner and B. Milstein re: damages provisions for decree | 0.2 |
| 12-30-04 | rc email and rv decree models from B. Milstein, S. Hitov and E. Brancart | 1.5 |
|  | rc email A. Rosner re: hearing, K.Gihon's housing | 0.4 |
| 12-31-04 | rc email and rv decree models from S. Norman | 1.1 |
|  | collect L. Dedrick materials and fx | 0.5 |
|  | cf A. Rosner re: strategy re: mooting P's | 0.9 |

**December 2004 Subtotal = 17.4**

January 2005

|  |  |  |
|---|---|---|
| 1-4-05 | rv A. Rosner's draft of decree | 1.0 |
|  | cf A. Rosner re: finishing draft | 0.2 |
|  | rs fee issues | 1.7 |
|  | rv Relman treatise on remediation | 0.7 |
| 1-5-05 | dr compliance and fund sections of decree; edit | 8.9 |
| 1-6-05 | tc A. Rosner re: edits to consent decree | 0.6 |
|  | revise decree | 5.0 |
| 1-7-05 | fx 1st draft of decree to Defs | 0.1 |
|  | rc email A. Rosner re: Sec. 8, PIH Notice | 0.1 |
|  | cf A. Rosner re: liquidated damages provisions | 0.3 |
| 1-9-05 | cf, rc email.and email A. Rosner re: SMJ motion outline | 1.6 |

| | | |
|---|---|---|
| 1-18-05 | email A. Rosner re: strategy for negotiating pre-trial | 0.4 |
| | rc email J. Mahar re: emailing consent decree | 0.1 |
| 1-21-05 | cf J. Mahar and A, Rosner re: 1st draft of decree | 3.0 |
| | cf. A. Rosner re: follow up plans | 0.5 |
| | rs BHA liability for punitive damages and waiver | 3.2 |
| 1-27-05 | tc M. Ryan re: response from BHA | 0.1 |
| | cf WIG re: focus on settling injunctive portion | 0.4 |
| | tc A. Rosner re: exhibits to MSJ | 0.2 |
| | dr MSJ | 5.9 |
| | rc email B. Milstein re: Richmond settlement | 0.1 |
| | rs authentication of HUD report issue | 2.9 |
| 1-28-05 | rv R. 56 and rs genuine issue cases; | 1.5 |
| | dr MSJ | 5.0 |
| 1-30-05 | dr MSJ | 4.2 |
| 1-31-05 | rc email WIG and J. Mahar | 0.1 |
| | tc A. Rosner re: MSJ | 0.3 |

**January 2005 Subtotal = 48.1**

February 2005

| | | |
|---|---|---|
| 2-1-05 | update charts and pr trial exhibits | 8.6 |
| | tc A. Rosner re: HUD report and other evidentiary issues | 0.9 |
| | rv fx J. Mahar re: undercount | 0.2 |
| 2-2-05 | vm Court re: corr from J. Mahar | 0.1 |
| | vm J.Mahar re: tc Court | 0.1 |
| | fx A. Rosner re: subpoenas of app files and order of witnesses | 0.4 |
| | dr trial planning chart-witnesses/ depos | 1.5 |
| | email A. Rosner re:prep/topics for witnesses | 0.3 |
| 2-3-05 | vm L. Dedrick re: needs to move friday | 0.1 |
| | dr MLimine re: HUD Report | 4.4 |
| | rs admissions by agents | 0.2 |

|         |                                                                           |     |
|---------|---------------------------------------------------------------------------|-----|
|         | rs authentication objections re: charts                                   | 0.8 |
| 2-4-05  | rs R. 44 and 1004, 1005 and 1006                                          | 3.0 |
|         | cf Court re: piecemeal settlement v. inclusion of damages                 | 0.7 |
|         | fx D. Furie re: authenticating HUD report and interviews                  | 0.5 |
|         | edit MSJ facts and check souce cites                                      | 3.4 |
|         | fx decree models and corr to Court and Defs                               | 0.7 |
| 2-5-05  | fx decree models and corr to Court and Defs                               | 0.7 |
|         | rs and dr MLimine to admit charts                                         | 8.1 |
| 2-6-05  | rv fx J. Mahar re: using July 2004 list                                   | 0.1 |
|         | cf A. Rosner re: strategy for settlment cf/ PI hrg                        | 1.2 |
|         | rc email A. Rosner re: MSJ issue limits                                   | 0.1 |
| 2-7-05  | tc A. Rosner re: HUD and calling off subpoenas                            | 0.4 |
| 2-8-05  | tc J. Brandwein re: FOIA interviews                                       | 0.2 |
|         | at settlement cf                                                          | 5.7 |
|         | cf A. Rosner re: settlement cf;  redraft tasks                            | 0.5 |
| 2-9-05  | tc S. Pellechio re: upodate on cf Joseph on dialysis                      | 0.3 |
| 2-10-05 | tc A. Rosner re: H. Korman on reimbursements                              | 0.2 |
|         | tc M. Ryan re: installment payments to named plaintiffs                   | 0.1 |
|         | cf Court re: exchange of drafts and response from                         |     |
|         | R. Graham re: compliance expert                                           | 0.4 |
|         | rc emails J. Mahar/ WIG                                                   | 0.1 |
|         | find and email re: reimbursement case                                     | 0.5 |
|         | email requesting housing for plaintiffs                                   | 0.5 |
|         | tc A. Rosner re: regs that form basis of ACC contract                     | 0.1 |
| 2-11-05 | rc email M. Ryan/ WIG re: parties to be present                           | 0.2 |
|         | email A. Rosner re: insurance and redraft of damages                      |     |
|         | and compliance sections of decree; rc email responses                     |     |
|         | from A. Rosner                                                            | 0.7 |
| 2-14-05 | add A. Rosner edits to P's 2d draft decree                                | 2.0 |
|         | email 2d draft decree to Defs and Court                                   | 0.2 |
|         | rc email M. Ryan re: redlining                                            | 0.1 |
|         | rc email J. Ryan re: Def's 2d draft decree                                | 0.1 |

| | | |
|---|---|---|
| 2-15-05 | rv A. Rosner comments on Def's 2d draft decree | 1.5 |
| 2-16-05 | at settlement cf | 4.0 |
| | rc email B. Milstein re: litigation as operating costs | 0.1 |
| 2-18-05 | email A. Rosner re: settlement offer options | 0.8 |
| | rc email A.Rosner re: offer | 0.1 |
| 2-24-05 | cf Court re: progress on settlement | 0.3 |
| | rv Def's revisions to consent decree | 0.7 |

**February 2005 Subtotal = 55.9**