**IME RECORDS: ALAN ROSNER**
**MATYSAVSZKY V. HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT**

| DATE | TASK PERFORMED | TIME |
|---|---|---|
| 1-2-03 | Initial interview with T. Matyasovszky | .8 |
| 1-2-03 | Draft appearance in CHRO action and cover letter | .4 |
| 2-6-03 | Phone conference w/Joe Wincze re: his correspondence w/BHA | .2 |
| 2-7-03 | Send Email to Fred Nissen, Calif. State Advocate | .3 |
| 2-7-03 | Send Email to Ann O'Hara, Boston advocate | .2 |
| 2-11-03 | Receive Email from Nissen re: Richmond, CA case | .2 |
| 2-13-03 | Review CHRO file in Hartford | 4.0 |
| 2-20-03 | Conference w/CLS attorneys re: BHA's handling of applications | 1.8 |
| 2-20-03 | Review CLS files of disabled applicants for BHA housing | 2.2 |
| 3-1-03 | Email communications between F. Nissen, disabled advocate in Richmond, Calif. who filed similar case | .9 |
| 3-1-03 | Phone conference with F. Nissen | .5 |
| 3-17-04 | Review files at Marina Village | 3.0 |
| 3-17-03 | Phone conference with CHRO investigator re: BHA response to Complaint | .1 |
| 3-18-03 | Phone conf. w/Joe Wincze re: BHA answer to CHRO | .2 |
| 3-19-03 | Phone conf. with mental health caseworker re: applications to BHA of his clients | .2 |
| 3-22-03 | Review CHRO file including BHA answer | 1.9 |
| 3-22-03 | Research BHA application process in ACOP, HUD manuals | .8 |
| 3-23-03 | Research relevant federal housing statutes | 2.2 |
| 3-24-03 | Draft court complaint | 2.1 |

| Date | Description | Hours |
|---|---|---|
| 3-26-03 | Draft Complaint | 3.3 |
| 3-28-03 | Draft complaint | 1.9 |
| 3-29-03 | Research HUD notices, regs | 1.7 |
| 4-1-03 | Draft complaint | 1.8 |
| 4-2-03 | Phone conference with Ann O'Hara, Boston advocate | .4 |
| 4-2-03 | Draft and revise complaint | 1.7 |
| 4-10-03 | Draft complaint | 2.6 |
| 4-14-03 | Draft and revise complaint | 1.2 |
| 4-15-03 | Revise complaint | .9 |
| 4-20-03 | Draft motion for class certification | .7 |
| 4-20-03 | Draft memorandum in support of class cert | 1.1 |
| 5-15-03 | Draft initial scheduling order | .6 |
| 5-16-03 | Revise complaint | 1.2 |
| 5-16-03 | Prepare summons, appearance, statement | .5 |
| 5-16-03 | Prepare in forma pauperis motion papers | .5 |
| 5-16-03 | File action in clerk's office | .2 |
| 8-5-03 | Revise, edit memo in support of class cert. | 1.0 |
| 8-7-03 | Revise, proofread, class cert memo and motion | .3 |
| 9-19-03 | Review and discuss defendants' answer | 1.4 |
| 9-27-03 | Discussion with J. Vickery re: new plaintiffs | .7 |
| 9-28-03 | Draft motion to intervene and intervention complaint, aff., memo | 2.1 |
| 9-29-03 | Discussion with J. Vickery re: revising reply | .4 |
| 9-29-03 | Interview Madeleine Alvardo (daughter) re: Judith Montes | 1.2 |

| Date | Description | Hours |
|---|---|---|
| 9-30-03 | Revise and produce intervention papers | 1.8 |
| 9-30-03 | File intervention papers with court | .2 |
| 10-23-03 | Review defendants' opposition to intervention | .5 |
| 11-7-03 | Prepare for DeGuzman deposition | 1.2 |
| 11-9-03 | Conduct deposition of Jonas DeGuzman | 3.8 |
| 11-24-03 | Draft Objection to defendant's Motion for Continuance | 1.5 |
| 12-22-03 | Discussion with J. Vickery re: Montes discovery | .6 |
| 12-23-03 | Discussion with J. Vickery re: Montes relief | .7 |
| 12-26-03 | Draft, review, edit Montes TRO memo | 2.1 |
| 12-27-03 | Review, edit and research Montes memorandum | 3.3 |
| 12-28-03 | Review and edit Montes memo | 1.4 |
| 12-29-03 | Edit Montes memo | .9 |
| 12-30-03 | Edit Montes complaint | 1.2 |
| 12-30-03 | Select and prepare exhibits to Montes motion papers | 2.1 |
| 12-29-03 | Draft Pellechio intervention motion, memo, complaint | 1.8 |
| 1-5-04 | File TRO Montes and request conference | 3.0 |
| 1-5-04 | Telephonic oral argument of Montes motion | .9 |
| 1-7-04 | Attend settlement conference conference, debrief after conf. | 4.4 |
| 1-23-04 | Send and receive emails from expert Milstein re: designation etc. | .4 |
| 1-28-04 | Discuss discovery issues w/ J. Vickery | .1 |
| 2-1-04 | Meeting with Atty Vickery Re: reply to PI motion in Montes | .5 |
| 2-3-04 | Send email to Milstein re: designation regulations | .3 |
| 2-13-04 | Draft settlement letter | .4 |

| Date | Description | Hours |
|---|---|---|
| 2-13-04 | Phone conf. with R. Tennenbaum re: BHA application forms | .1 |
| 2-16-04 | Send email to Milstein re: mixed occupancy housing | .2 |
| 2-24-04 | Send and receive email from Milstein re: applicable desig. rules | .3 |
| 3-2-04 | Send email to Milstein re: HUD contacts | .2 |
| 3-3-04 | Send email to Milstein re: contact w/HUD atty in Wash. | .2 |
| 3-3-04 | Input tenant information for charts for various housing sites | 3.4 |
| 3-3-04 | Draft motion to amend complaint, join Graf-Tisza | 1.0 |
| 3-5-04 | Input tenant information for housing site charts | 4.3 |
| 3-18-04 | Receive email from Milstein re: expert disclosure | .2 |
| 3-19-04 | Send email to Milstein re: designation objection process | .2 |
| 3-27-04 | Discuss revisions to tenant complex charts | 1.1 |
| 3-29-04 | Send email to Milstein re: history of mixed occupancy | .2 |
| 3-31-04 | Receive email from Milstein re: illegal designation | .1 |
| 4-1-04 | Receive email from Milstein re: mixed occupancy | .1 |
| 4-9-04 | Meeting with J.Vickery to discuss intervenors and case strategy | 2.0 |
| 4-21-04 | Discuss depositions with Ms. Alvarado | .3 |
| 4-21-04 | Attend deposition of Madeleine Alvarado | .7 |
| 4-21-04 | Prepare Linda Dedrick for deposition | .5 |
| 4-21-04 | Defend deposition of Linda Dedrick | 1.1 |
| 4-22-04 | Receive email from Milstein re: designation | .1 |
| 4-27-03 | Revise class certification memorandum | .6 |
| 4-28-04 | Revise letter opposing designation of Fireside | .9 |
| 4-28-04 | Fax documents from case to Milstein | .1 |

| Date | Description | Hours |
|---|---|---|
| 4-29-04 | Interview class member Karen Roman | .9 |
| 4-29-04 | Draft Karen Roman affidavit re: exclusion from Fireside | 1.0 |
| 4-30-04 | Discuss expert report w/J. Vickery | .3 |
| 5-10-04 | Discuss class issues with J.Vickery | 2.7 |
| 5-12-04 | Receive email from Milstein re: tenants excluded | .1 |
| 5-17-04 | Phone conf. with Madeleine Alvarado re: evict notice to Montes | .1 |
| 5-18-04 | Review documents re: disclosure of expert | .5 |
| 5-18-04 | Prepare documents for possible CHRO filing for Roman | 1.1 |
| 5-18-04 | Phone conf. with Atty Mahar re: deposition of plaintiff expert | .2 |
| 5-20-04 | Prepare for Loretta Fuller deposition | 1.2 |
| 5-21-04 | Prepare for Fuller deposition, review BHA meeting minutes | 2.3 |
| 5-21-04 | Conduct Fuller deposition | 1.0 |
| 5-25-04 | Revise letter to HUD (Mr. Keogh) opposing designation | 1.3 |
| 5-27-04 | Email Bonnie Milstein (expert) re: her deposition | .3 |
| 5-28-04 | Phone conf. with Atty Mahar re: settlement conference | .3 |
| 5-28-04 | Phone conf. with Atty Mahar re: settlement conference | .1 |
| 6-2-04 | Phone conf. w/Barbara Elkin at HUD re: Fireside | .2 |
| 6-2-04 | Conf. w/B. Milstein re: HUD as a party to case | .2 |
| 6-3-04 | Conf. w/Atty Rodick at HUD re: complaint allegations | .2 |
| 6-4-04 | Draft email to accompany complaint sent to HUD officials | .3 |
| 6-15-04 | Travel to and from Milstein deposition | 2.4 |
| 6-15-04 | Defend Milstein deposition | 4.0 |
| 6-23-04 | Draft letter to opposing counsel re: settlement conference | .3 |

| Date | Description | Hours |
|---|---|---|
| 6-23-04 | Review recent admissions to Fireside | 1.3 |
| 7-8-04 | Phone conf. w/judge's assistant re: scheduling settlement conf. | .1 |
| 7-8-04 | Draft letter to opposing counsel re: settlement conf. | .3 |
| 7-9-04 | Read opposition papers re: class certification | 1.0 |
| 7-11-04 | Review, research caselaw for prelim inj motion | 3.7 |
| 7-11-04 | Discuss strategy for prelim inj motion | 2.2 |
| 7-13-04 | Review files of newly admitted tenants at Fireside | 3.1 |
| 7-14-04 | Interview proposed class members | 1.6 |
| 7-14-04 | Interview proposed class member Rembert | .2 |
| 7-15-04 | Conf. w/Atty Vickery to discuss prelim inj and class reply | .6 |
| 7-15-04 | Interview John Nelson re: intervention | .7 |
| 7-15-04 | Meet w/ non-elderly, disabled applicants | .5 |
| 7-15-04 | Phone conf. with Pellechios re: status of case | .3 |
| 7-16-04 | Discuss w/J. Vickery the individual tenants referenced in Morales affidavit | 1.9 |
| 7-17-04 | Review pre-apps provided through discovery | 1.1 |
| 7-18-04 | Discuss w/J. Vickery whether designation regulations still in force | .3 |
| 7-19-04 | Begin facts section for prelim inj motion | 5.2 |
| 8-1-04 | Review discovery provided 7-21-04 | .6 |
| 8-1-04 | Review pre-apps of current applicants | 1.1 |
| 8-2-04 | Draft prelim inj memorandum | 1.4 |
| 8-2-04 | Draft affidavit for motion to compel | .3 |
| 8-3-04 | Draft prelim inj. memorandum | 1.1 |
| 8-5-04 | Review Harborview files, scattered site for prelim inj motion | 2.4 |

| Date | Task | Hours |
|---|---|---|
| 8-5-04 | Review Marina files for prelim inj motion | 1.0 |
| 8-5-04 | Meet with J. Vickery to discuss further discovery needed | .3 |
| 8-6-04 | Phone interview w/Dedrick re: status of her application | .3 |
| 8-6-04 | Phone discussion with J. Vickery re: tenant files | .2 |
| 8-6-04 | Review tenant files for drafting prelim inj. memo | 1.3 |
| 8-7-04 | Draft prelim inj. memo | 1.1 |
| 8-7-04 | Review offers and assignments made by Morales | 1.7 |
| 8-7-04 | Read and digest Morales depo | 1.8 |
| 8-8-04 | Draft exclusion of disabled argument for memo | 1.6 |
| 8-8-04 | Research making housing "unavailable" argument | 1.2 |
| 8-8-04 | Review "near elderly" tenant files for Fireside | 1.0 |
| 8-11-04 | Research "disparate impact" fair housing cases | 1.4 |
| 8-12-04 | Research caselaw and draft memorandum | 7.2 |
| 8-10-04 | Interview, then draft statement for R. Tennenbaum | .5 |
| 8-10-04 | Research fair housing act for prelim inj. motion | 2.4 |
| 8-10-04 | Draft prelim inj memorandum | 2.3 |
| 8-10-04 | Review relevant designation regulations | .6 |
| 8-26-04 | Meet with John Nelson re:intervention as a party | .7 |
| 8-26-04 | Draft Nelson affidavit | .9 |
| 8-31-04 | Compute statistics from wait lists for test for discrimination | 1.1 |
| 9-4-04 | Review note histories of applicants | 2.2 |
| 9-5-04 | Review note histories of applicants | 1.7 |
| 9-5-04 | Phone conference with Gihon re:status of application | .4 |

| Date | Description | Hours |
|---|---|---|
| 9-5-04 | Discussion with J.Vickery re: disparate impact portion of memo | .8 |
| 9-7-04 | Phone conf. w/atty Mahar re: settlement issues | .1 |
| 9-7-04 | Discussion w/J.Vickery re: intervention and prelim inj memo | .5 |
| 9-9-04 | Interview Mr. Gihon, draft affidavit | 1.4 |
| 9-9-04 | Phone conf. with Dedrick and Jeri Boyd | .9 |
| 9-10-04 | Discussion w/ J. Vickery re: Senior Appt. list | .2 |
| 9-11-04 | Review offer chart | 1.7 |
| 9-11-04 | Discussion w/ J. Vickery on revising Prelim Inj. memorandum | 1.5 |
| 9-12-04 | Review chart of recent offers for patterns | 2.2 |
| 9-12-04 | Discussion w/ J. Vickery re: edits to Prelim Inj. memorandum | .2 |
| 9-13-04 | Review Falco and Morales affidavit, draft intervention papers | 2.1 |
| 9-13-04 | Discussion w/ J. Vickery re: edits to Prelim Inj. memorandum | .4 |
| 9-15-04 | Revise, draft prelim inj. memorandum | 3.8 |
| 9-16-04 | Draft, revise, edit Prelim Inj. memorandum | 2.9 |
| 9-17-04 | Draft, revise edit Prelim Inj. memorandum | 1.1 |
| 9-18-04 | Revise, edit, draft memorandum in support of prelim inj. | 9.2 |
| 9-19-04 | Revise and edit fact section of memo | 2.9 |
| 9-19-04 | Review files of near elderly applicants on Senior Apptmt List | 1.1 |
| 9-19-04 | Draft motion to join third party defendant | .6 |
| 9-19-04 | Draft memo in support of motion to join party | .4 |
| 9-20-04 | Revise amended complaint | 1.1 |
| 9-20-04 | Revise amended complaint | 1.2 |
| 9-22-04 | Draft memo for Gihon intervention | .7 |

| Date | Description | Hours |
|---|---|---|
| 9-22-04 | Revise motion to modify schedule | 1.2 |
| 9-23-04 | Draft motion to seal | .3 |
| 9-23-04 | Draft motion to intervene John Nelson | .6 |
| 9-23-04 | Meeting w/J.Vickery re: statistics analsysis | .4 |
| 9-27-04 | Gather, prepare exhibits in support of prelim. inj. | 2.3 |
| 9-27-04 | Meeting w/J.Vickery re: hiring excel/ statistical help | .4 |
| 9-28-04 | Meeting with Dedrick re: intervention | .7 |
| 9-28-04 | Meeting w/J.Vickery re: edits to prelim. inj. memo | .9 |
| 9-28-04 | Draft letter to Atty Mahar | .3 |
| 9-29-04 | Revise and edit memorandum in support of prelim inj | 1.7 |
| 9-29-04 | Phone call to court clerk re: sealing documents | .1 |
| 9-30-04 | Draft table of contents, exhibits list, prepare exhibits | 1.3 |
| 9-30-04 | Prepare, research undercounting of disabled on wait list, chart | 1.8 |
| 9-30-04 | Review for accuracy tenant charts used as exhibits | 1.1 |
| 10-3-04 | Discuss w/J. Vickery final revisions to chart of Morales' assigns | 1.2 |
| 10-21-04 | Review supplemental discovery | 1.6 |
| 10-23-04 | Draft motion to join 3rd party, memorandum and exhbitis | 1.3 |
| 10-25-04 | Complete motion to join third party, amended complaint | 1.2 |
| 10-25-04 | Read materials obtained via FOIA re: Sec. 504 compliance | 1.1 |
| 10-27-04 | Prepare for phone conference with Maura | 1.5 |
| 10-27-04 | Meeting with J. Vickery to discuss issues of conference | .4 |
| 10-27-04 | Status phone conference with Maura, opposing counsel | .4 |
| 10-28-04 | Draft interim settlement letter to opposing counsel | 1.0 |

| Date | Description | Hours |
|---|---|---|
| 10-29-04 | Conference with Linda Dedrick re: her housing needs | .4 |
| 10-29-04 | Draft letter for Dedrick regarding her creditors | .4 |
| 11-1-04 | Read defendants' opposition to prelim inj. | 1.6 |
| 11-4-04 | Discuss L. Dedrick hearing with J. Vickery | .4 |
| 12-1-04 | Draft settlement conference memorandum | .8 |
| 12-1-04 | Discussion with J. Vickery on possible new chart | .5 |
| 12-2-04 | Discuss w/J. Vickery strategy on reply to defendants' PI obj. | .7 |
| 12-6-04 | Read HUD Sec. 504 Compliance Report | 1.0 |
| 12-6-04 | Phone conference with Atty Mahar re: settlement terms | .7 |
| 12-7-04 | Read Settlement Agreement in Baltimore v. HUD | 1.2 |
| 12-7-04 | Review documents for settlement confernce | 1.1 |
| 12-7-04 | Phone conference with Atty Mahar re: settlement terms | .7 |
| 12-7-04 | Discussion with J. Vickery on client attenmdance at hearing | .6 |
| 12-8-04 | Attend settlement conference | 2.7 |
| 12-8-04 | Draft letter summarizing proposal for injunctive relief | 1.0 |
| 12-9-04 | Prepare Gihon and Dedrick for eligibility hearings. | 2.2 |
| 12-10-04 | Attend Gihon and Dedrick hearings with Mahar, Morales | 1.6 |
| 12-11-04 | Draft letter to Morales re: hearing, due process rights | .6 |
| 12-15-04 | Discussion with J. Vickery on provisions for decree | .2 |
| 12-21-04 | Discussion with J. Vickery on drafting decree | .5 |
| 12-28-04 | email to J. Vickery on Rule 23 notice provisions | .2 |
| 12-29-04 | Emails with J. Vickery and B. Milstein about decree fund | .2 |
| 12-30-04 | Prepare for re-scheduled eligibility hearings | 1.6 |

| Date | Description | Hours |
|---|---|---|
| 12-30-04 | Email to J. Vickery about Gihon housing issues | .2 |
| 12-31-04 | Discuss mootness issues with J. Vickery | .8 |
| 1-4-05 | Draft consent decree and discuss with J. Vickery | 3.5 |
| 1-6-05 | Discuss additions to consent decree with J. Vickery | .6 |
| 1-7-05 | Meeting with Atty Vickery re: Consent Decree | .3 |
| 1-7-05 | Meeting with Mahar to go over our proposal for Decree | 1.5 |
| 1-9-05 | Discussion with J. Vickery on summary judgment issues | .9 |
| 1-21-05 | Meet with J. Vickery and J. Mahar on decree terms | 3.6 |
| 1-26-05 | Meeting with Mahar, Ryan, Vickery | .6 |
| 1-27-05 | Phone conference re: settlement decree | .3 |
| 1-31-05 | Discuss with J. Vickery need for a summary judgment motion | .3 |
| 2-1-05 | Discuss evidence at injunction hearing with J. Vickery | 1.0 |
| 2-3-05 | Produce subpoenas for injunction hearing | 2.2 |
| 2-6-05 | Discuss with J. Vickery strategy for injunction hearing | 1.2 |
| 2-6-05 | Email to J. Vickery on summary judgment issues | .2 |
| 2-7-05 | Phone conf. with Winzce re: his testimony at hearing | .7 |
| 2-7-05 | Phone conf. with R. Tennenbaum re: his testimony at hearing | .3 |
| 2-7-05 | Phone conf. with Ms. Pellechio re: hearing testimony | .6 |
| 2-8-05 | Prepare list of costs | .7 |
| 2-8-05 | Attend settlement conference (11am through 5:15 pm) | 6.0 |
| 2-9-05 | Read and review defendants' liability policy | .6 |
| 2-9-05 | Discuss revisions to consent decree with J. Vickery | .5 |
| 2-10-05 | Phone conference with clerk, Mary Smith | .2 |

| | | |
|---|---|---|
| 2-10-05 | Phone conference with Boston atty re: discretionary money | .3 |
| 2-10-05 | Call witnesses to indicate testimony not required now | .6 |
| 2-13-05 | Review comparable settlement decrees re: fairness notice etc. | .8 |
| 2-14-05 | Review records to prepare attorneys | 1.5 |
| 2-14-05 | Review of draft of consent decree from opposing counsel | .8 |
| 2-14-05 | Review of J. Vickery's draft of consent decree | 1.6 |
| 2-15-05 | Prepare attorney fees statement | 1.3 |
| 2-16-05 | Attend settlement conference | 4.0 |
| 2-15-05 | Prepare attorneys fees statement | .5 |
| 2-18-05 | Email with M.Ryan and J. Vickery on settlement offers | 1.0 |
| 2-24-05 | Telephone conference and review of defendant redline | 0.8 |

TOTAL HOURS: