| Choose Degree Program | More Programs ›› |

| University of Phoenix — Thinking ahead. | Get Started ► Click Here | Associate's Degree | Bachelor's Degree | Master's Degree |
| | | Business | Criminal Justice | Nursing |

**Windows Live™**  Home  **Hotmail**  Spaces  OneCare  [_____]  Mail

Inbox
Junk
Drafts
Sent
Deleted
ABA
BHA
Condo
Corcoran
DaEira
Damo
Dunya
Family
Fed Habeas
Figeuroa
Gaither
Holloway
Lewis
McCleskey
Non-client...
OCPD
Personal
Rosevan
SCOTUS
SG Mates
Shifty
Stokes Hall
Taxes
Tech Commi...
Walker
Work Back up
Manage folders

Today
Mail
Contacts
Calendar

New   Reply   Reply all   Forward   Delete   Junk

Move to  ▼                                    Options  ⓘ

## Re: (no subject)

From: **alanrosner@aol.com** (alanrosner@aol.com)
Sent:  Thu 6/02/05 12:47 AM
To:    Alanrosner@aol.com

It is unbelievable to me that they made a settlement offer to us
and you didn't even tell me what it was. I can't work this way.
I am going to ask the judge privately tomorrow whether my asking
to be released from the case would jepradize your appointment as
counsel.

Jen Vickery
Cell (203) 809-0223
Fax (203)498-8223