UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS MATYASOVSZKY, et al. on behalf of themselves and all other persons similarly situated, | : <br> : CIVIL ACTION NO. |
| Plaintiffs, | : <br> : 3:03-CV-968 (WIG) |
| V. | : <br> : |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT, et al. | : <br> : MARCH 2, 2008 |
| Defendants. | : |

**MOTION FOR FIRST EXTENSION OF TIME TO RESPOND TO MOTION FOR ATTORNEY'S FEES**

1.      In accordance with the provisions of D.Conn.Civ.L.R. 7(b)(3), counsel for the plaintiffs and class hereby move for a twenty one day extension of time within which to respond to Attorney Vickery's Motion for Attorney's Fees, through and including March 23, 2008.

2.      In accordance with the provisions of D.Conn.Civ.L.R. 7(b)(3), counsel for the plaintiffs and class contacted Attorney Vickery who consented to this requested

extension of time.

3.      The requested extension of time is necessary in order to respond appropriately to Attorney Vickery's motion.

4.      Accordingly, counsel for the named plaintiffs and class members respectfully request a twenty one (21) day enlargement of time, through and including March 23, 2008 within which to file a response.

                                        THE PLAINTIFFS,

                                        BY /s/_____
                                            Lori Welch-Rubin (ct09866)
                                            129 Whitney Avenue
                                            New Haven, Connecticut 06510
                                            Phone: (203) 772-6680
                                            Facsimile: (203) 772-2994
                                            nh_lawr@yahoo.com

        and                                 Attorney Alan Rosner (ct10414)
                                            Law Offices of Alan Rosner
                                            1115 Main Street, Suite 415
                                            Bridgeport, CT 06604
                                            Phone: (203) 384-1245
                                            Facsimile: (203) 384-1246
                                            Alanrosner@aol.com

## CERTIFICATION

_____This is to certify that a copy of the foregoing has been served by regular first class mail postage prepaid and by fax or email on this ²ⁿᵈ day of March, 2008 to:

| | |
|---|---|
| Attorney Jennifer Vickery | Attorney Alan Rosner |
| P.O. Box 1281 | Law Offices of Alan Rosner |
| New Haven, Connecticut 06505 | 1115 Main Street, Suite 415 |
| (203) 809-0223 | Bridgeport, CT 06604 |
| jenvickery400@hotmail.com | Phone: (203) 384-1245 |
| | Facsimile: (203) 384-1246 |
| | Alanrosner@aol.com |

_____/s/_____
Lori Welch-Rubin