UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY, ET AL | : | CIVIL ACTION NO. |
| Plaintiffs, | : | |
| | : | 3:03-CV-968 (WIG) |
| v. | : | |
| | : | |
| HOUSING AUTHORITY OF THE CITY | : | |
| OF BRIDGEPORT, ET AL, | : | May 25, 2008 |
| Defendants. | : | |

## MOTION FOR DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the undersigned moves the Court to enter a default against Alan Rosner and Lori Welch-Rubin for failure to plead in response to the Motion to Modify Order filed February 10, 2008. Attorneys Alan Rosner and Lori Welch-Rubin agreed to file responsive papers on May 16, 2008. No such filing nor any request for extension has entered.

Respectfully submitted,

By_____
Jennifer Vickery (CT24089)
P.O. Box 1281
New Haven, CT 06505
Tel.(203) 809-0223
Fax. (203) 498-8223

## CERTIFICATION

      I hereby certify that a copy of the foregoing has been delivered by electronic filing on this 25th day of May, 2008 to all counsel of record:

Michael Ryan, Esq.
James Mahar, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
707 Summer Street
Stamford, CT 06901

Alan Rosner, Esq.
111 Main Street, Suite 415
Bridgeport, CT 06604

Lori Welch-Rubin, Esq.
Welch-Rubin & Jacobs
129 Whitney Avenue
New Haven, CT 06511


_____
Commissioner of Superior Court