EXHIBIT "A"

**Check 2649**
ALAN L. ROSNER, ATTORNEY AT LAW
1115 MAIN STREET SUITE 415
BRIDGEPORT, CT 06604
51-44/119
0070192569
DATE 6/6/03
PAY TO THE ORDER OF: Jennifer Vickery
$ 711.77
seven hundred eleven and 77/100 — DOLLARS
Fleet
21104 www.fleet.com
Fairfield Office
Fairfield, Connecticut 06430
MEMO _____
Signed: Alan Rosner
⑈:011900445⑈: 00701 92569⑈ 2649  ⑈00000071177⑈

**Check 2658**
ALAN L. ROSNER, ATTORNEY AT LAW
1115 MAIN STREET SUITE 415
BRIDGEPORT, CT 06604
51-44/119
0070192569
DATE 6/13/03
PAY TO THE ORDER OF: Jennifer Vickery
$ 711.77
seven hundred eleven and 77/100 — DOLLARS
Fleet
21104 www.fleet.com
Fairfield Office
Fairfield, Connecticut 06430
MEMO _____
Signed: Alan Rosner
⑈:011900445⑈: 00701 92569⑈ 2658  ⑈00000071177⑈

**Check 2637**
ALAN L. ROSNER, ATTORNEY AT LAW
1115 MAIN STREET SUITE 415
BRIDGEPORT, CT 06604
51-44/119
0070192569
DATE 5/29/03
PAY TO THE ORDER OF: Jennifer Vickery
$ 706.12
seven hundred six and 12/100 — DOLLARS
Fleet
21104 www.fleet.com
Fairfield Office
Fairfield, Connecticut 06430
MEMO week of 5/26/03
Signed: Alan Rosner
⑈:011900445⑈: 00701 92569⑈ 2637  ⑈00000070612⑈



**Check 2674**
ALAN L. ROSNER, ATTORNEY AT LAW
1115 MAIN STREET SUITE 415
BRIDGEPORT, CT 06604
51-44/119
0070192569
DATE 7/7/03
PAY TO THE ORDER OF: Jennifer Vickey   $711.77
seven hundred eleven and 77/100 DOLLARS
Fleet
21104 Fairfield Office
Fairfield, Connecticut 06430
Signed: Al Rosner
⑈011900445⑈ 0070192569⑈ 2674 ⑈00000071177⑈

**Check 2659**
ALAN L. ROSNER, ATTORNEY AT LAW
1115 MAIN STREET SUITE 415
BRIDGEPORT, CT 06604
51-44/119
0070192569
DATE 6/20/03
PAY TO THE ORDER OF: Jennifer Vickey   $711.77
seven hundred eleven and 77/100 DOLLARS
Fleet
21104 Fairfield Office
Fairfield, Connecticut 06430
Signed: Al Rosner
⑈011900445⑈ 0070192569⑈ 2659 ⑈00000071177⑈

**Check 2680**
ALAN L. ROSNER, ATTORNEY AT LAW
1115 MAIN STREET SUITE 415
BRIDGEPORT, CT 06604
51-44/119
0070192569
DATE 7/04/03
PAY TO THE ORDER OF: Jennifer Vickey   $711.77
seven hundred eleven and 77/100 DOLLARS
Fleet
21104 Fairfield Office
Fairfield, Connecticut 06430
Signed: Al Rosner
⑈011900445⑈ 0070192569⑈ 2680 ⑈00000071177⑈

**Check 2683**
ALAN L. ROSNER, ATTORNEY AT LAW
1115 MAIN STREET SUITE 415
BRIDGEPORT, CT 06604
51-44/119
0070192569
DATE 7/18/03
PAY TO THE ORDER OF: Jennifer Vickey   $711.77
seven hundred eleven and 77/100 DOLLARS
Fleet
670-5886?
21104 Fairfield Office
Fairfield, Connecticut 06430
Signed: Al Rosner
⑈011900445⑈ 0070192569⑈ 2683 ⑈00000071177⑈





**Check 2726**
ALAN L. ROSNER, ATTORNEY AT LAW
1115 MAIN STREET SUITE 415
BRIDGEPORT, CT 06604
51-44/119
0070192569
DATE 9/5/03
PAY TO THE ORDER OF: Jennifer Vickery     $ 1422.00
one thousand four hundred twenty two — DOLLARS
Fleet
21104  www.fleet.com  Fairfield Office  Fairfield, Connecticut 06430
MEMO: attny 9/5/03
Signed: Al Rosner

**Check 2717**
ALAN L. ROSNER, ATTORNEY AT LAW
1115 MAIN STREET SUITE 415
BRIDGEPORT, CT 06604
51-44/119
0070192569
DATE 8/28/03
PAY TO THE ORDER OF: Jennifer Vickery     $ 711.77
seven hundred eleven and 77/100 — DOLLARS
Fleet
MEMO: w/d 8/18/03
Signed: Al Rosner

**Check 2712**
ALAN L. ROSNER, ATTORNEY AT LAW
1115 MAIN STREET SUITE 415
BRIDGEPORT, CT 06604
51-44/119
0070192569
DATE 8/22/03
PAY TO THE ORDER OF: Jennifer Vickery     $ 1422.54
one thousand four hundred twenty two + 54/100 DOLLARS
Fleet
MEMO: replacement
Signed: Al Rosner



EXHIBIT "B"



EXHIBIT "C"













REF. NO.: 0614006403007367    AMOUNT: $2,000.00

REF. NO.: 0706006203034683    AMOUNT: $100.00

REF. NO.: 0802006380017672    AMOUNT: $2,000.00

REF. NO.: 0812006480080570    AMOUNT: $2,000.00



REF. NO.: 0913000480614067    AMOUNT: $2,000.00



EXHIBIT "D"

| | |
|---|---|
| Subj: | **RE: (no subject)** |
| Date: | 4/13/2005 10:42:39 AM Eastern Standard Time |
| From: | jenvickery400@hotmail.com |
| To: | Alanrosner@aol.com |

I believe there are actually two more; something like 1500 in December and again in late January/ February? You can take my half of the cell bills out from the start of when we had them.

----Original Message Follows----
From: Alanrosner@aol.com
To: Jenvickery400@hotmail.com
Subject: (no subject)
Date: Wed, 13 Apr 2005 08:22:54 EDT

These are payments I will expect to be reimbursed for if and when we get paid
on the BHA case. Of course, there is a lot of work for us to do before getting paid will happen.

```
10-23-03         300
11-5-03         2500
1-7-04          1000
1-27-04         2500
2-11-04         1500
3-4-04          2500
3-25-04          500
4-30-04          550   (choate tuition)
6-4-04          2000
6-28-04          750
7-5-04          1000
7-29-04         2000
9-12-04         2000
```

I thought there was one subsequent payment but I cannot find it. I will also
review my cell phone bills beginning in June, 2004 to determine your share. I will pay for the months prior to that. If you disagree with any of these payments, please let me know this week.