☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| ALAN ROSNER, ESQUIRE<br>955 MAIN STREET<br>BRIDGEPORT CT 06604<br>203 387-2902 | 2 Royalties $ | **2003**<br>Form 1099-MISC | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy 2 |
| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | To be filed with recipient's state income tax return, when required. |
| 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 | 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 | | | |
| RECIPIENT'S name<br>JENNIFER VICKERY | 7 Nonemployee compensation $ 15,872.00 | 8 Substitute payments in lieu of dividends or interest $ | |
| Street address (including apt. no.)<br>559 ORANGE STREET, #2A | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City, state, and ZIP code<br>NEW HAVEN, CT 06511 | 11 | 12 | |
| Account number (optional) | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15 | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form 1099-MISC    Department of the Treasury - Internal Revenue Service