CLOSED

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:03-cv-01473-SRU

| | |
|---|---|
| Manning-Jones v. Beazley Co Realtors, et al | Date Filed: 08/28/2003 |
| Assigned to: Judge Stefan R. Underhill | Date Terminated: 04/21/2005 |
| Demand: $0 | Jury Demand: None |
| Cause: 42:405 Fair Housing Act | Nature of Suit: 443 Civil Rights: Accomodations |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Yvonne Manning-Jones**  represented by  **Alan L. Rosner**
*TERMINATED: 04/18/2005*              1115 Main St.
                                      Suite 415
                                      Bridgeport, CT 06604
                                      203-384-1245
                                      Fax: 203-384-1246
                                      Email: alanrosner@aol.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Jennifer C. Vickery**
                                      PO Box 1281
                                      New Haven, CT 06505-1281
                                      203-809-0223
                                      Fax: 203-498-8223
                                      Email: jenvickery400@hotmail.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Beazley Co Realtors**  represented by  **Christopher A. Kelland**
*TERMINATED: 04/18/2005*              Tyler, Cooper & Alcorn, LLP
                                      555 Long Wharf Drive, 8th Floor
                                      P.O. Box 1936
                                      New Haven, CT 06509-0906
                                      203-784-8200
                                      Fax: 203-777-1181
                                      Email: ckelland@TylerCooper.com
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

**Lori B. Alexander**
Littler Mendelson-NH, CT
110 Washington Ave., 3rd Fl.
North Haven, CT 06473
203-234-6344
Fax: 203-234-6345
Email: lalexander@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert C. Hinton**
Tyler, Cooper & Alcorn , LLP- NH
555 Long Wharf Dr., 8th Floor
PO Box 1936
New Haven, CT 06509-0906
203-784-8200
Fax: 203-777-1181
Email: rhinton@tylercooper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William T. Beazley Co, Inc**
*TERMINATED: 04/18/2005*

represented by **Christopher A. Kelland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori B. Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert C. Hinton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Doe**
*TERMINATED: 04/27/2004*

represented by **Christopher A. Kelland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lori B. Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert C. Hinton**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Lawlor**　　　　　　　　　　represented by　**Christopher A. Kelland**
*TERMINATED: 04/18/2005*　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Lori B. Alexander**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Robert C. Hinton**
　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**James Roadcap**　　　　　　　　　　represented by　**James L. Brawley**
*TERMINATED: 04/18/2005*　　　　　　　　　　　　　　Morrison Mahoney - Const Plaza
　　　　　　　　　　　　　　　　　　　　　　　　　　One Constitution Plaza
　　　　　　　　　　　　　　　　　　　　　　　　　　10th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　Hartford, CT 06103-1810
　　　　　　　　　　　　　　　　　　　　　　　　　　860-616-4441
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 860-244-3800
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jbrawley@morrisonmahoney.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Joel M. Fain**
　　　　　　　　　　　　　　　　　　　　　　　　　　Morrison Mahoney - Const Plaza
　　　　　　　　　　　　　　　　　　　　　　　　　　One Constitution Plaza
　　　　　　　　　　　　　　　　　　　　　　　　　　10th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　Hartford, CT 06103-1810
　　　　　　　　　　　　　　　　　　　　　　　　　　860-616-4441
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 860-244-3800
　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jfain@morrisonmahoney.com
　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　**Joseph E. Mascaro**
　　　　　　　　　　　　　　　　　　　　　　　　　　Morrison Mahoney - Const Plaza
　　　　　　　　　　　　　　　　　　　　　　　　　　One Constitution Plaza
　　　　　　　　　　　　　　　　　　　　　　　　　　10th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　Hartford, CT 06103-1810
　　　　　　　　　　　　　　　　　　　　　　　　　　860-616-7615
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 860-244-3800

Email: jmascaro@morrisonmahoney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W. Cassot**
Morrison Mahoney - Const Plaza
One Constitution Plaza
10th Floor
Hartford, CT 06103-1810
860-616-4441
Fax: 860-244-3800
Email: rcassot@morrisonmahoney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeannie Roadcap**
*Guardian Ad Litem for Defendant James Roadcap*
*TERMINATED: 04/18/2005*

**ThirdParty Plaintiff**

**Beazley Co Realtors**                represented by   **Robert C. Hinton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Matthew Lawlor**                     represented by   **Robert C. Hinton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**William T. Beazley Co, Inc**         represented by   **Robert C. Hinton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**Home Run Rlty, LLC**                 represented by   **Mario F. Coppola**
                                                       Wake, See, Dimes , Bryniczka, Day & Bloom
                                                       27 Imperial Ave.
                                                       Westport, CT 06880
                                                       203-571-1707
                                                       Fax: 203-226-1641

Email: mcoppola@wsdb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maureen E. Burns**
Pellegrino Law Firm
475 Whitney Ave.
New Haven, CT 06511
203-787-2225
Fax: 203-865-8408
Email: meb@pellegrinolawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Pat Patrick**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2003 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # N010250 (Rodko, R.) (Entered: 08/29/2003) |
| 08/28/2003 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 2/27/04 ; Dispositive Motions due 3/28/04 Amended Pleadings due 10/28/03 Motions to Dismiss due 11/28/03 (Rodko, R.) (Entered: 08/29/2003) |
| 08/29/2003 |  | SUMMONS(ES) issued for Beazley Co Realtors, William T. Beazley, Matthew Lawlor, James Roadcap (Rodko, R.) (Entered: 08/29/2003) |
| 10/02/2003 | 3 | MOTION by Beazley Co Realtors, William T. Beazley, Jane Doe, Matthew Lawlor to Extend Time to 11/1/03 to Answer (Corriette, M.) (Entered: 10/02/2003) |
| 10/03/2003 |  | ENDORSEMENT granting [3-1] motion to Extend Time to 11/1/03 to Answer ( signed by Judge Stefan R. Underhill ) (Cody, C.) (Entered: 10/06/2003) |
| 10/06/2003 | 4 | APPEARANCE of Attorney for Beazley Co Realtors, William T. Beazley, Jane Doe, Matthew Lawlor -- Christopher A. Kelland (Corriette, M.) (Entered: 10/06/2003) |
| 10/06/2003 | 5 | APPEARANCE of Attorney for Beazley Co Realtors, William T. Beazley, Jane Doe, Matthew Lawlor -- Robert C. Hinton (Corriette, M.) (Entered: 10/06/2003) |
| 10/06/2003 | 6 | APPEARANCE of Attorney for Beazley Co Realtors, William T. Beazley, Jane Doe, Matthew Lawlor -- Lori B. Alexander (Corriette, M.) (Entered: 10/06/2003) |
| 10/06/2003 | 7 | SUMMONS Returned Executed on 9/22/03 as to James Roadcap (Simpson, T.) (Entered: 10/07/2003) |
| 10/06/2003 | 8 | SUMMONS Returned Executed on 9/18/03 as to William T. Beazley (Simpson, T.) (Entered: 10/07/2003) |
| 10/06/2003 | 9 | SUMMONS Returned Executed on 9/18/03 as to Beazley Co Realtors (Simpson, T.) (Entered: 10/07/2003) |

| | | |
|---|---|---|
| 10/06/2003 | 10 | SUMMONS Returned Executed on 9/18/03 as to Matthew Lawlor (Simpson, T.) (Entered: 10/07/2003) |
| 11/03/2003 | 11 | REPORT of Rule 26(f) Planning Meeting. (Sanders, C.) (Entered: 11/04/2003) |
| 11/05/2003 | 12 | MOTION for Extension of Time to 11/15/03 to Answer Complaint by Beazley Co Realtors, Jane Doe, Matthew Lawlor, William T. Beazley Co, Inc. (Corriette, M.) (Entered: 11/07/2003) |
| 11/10/2003 | 13 | Endorsement ORDER granting 12 Motion for Extension of Time . Signed by Judge Stefan R. Underhill on 11/10/03. (Sanders, C.) (Entered: 11/17/2003) |
| 11/10/2003 | | Answer updated for Beazley Co Realtors to 11/15/2003; Jane Doe to 11/15/2003; Matthew Lawlor to 11/15/2003; William T. Beazley Co, Inc to 11/15/2003. (Sanders, C.) (Entered: 11/17/2003) |
| 11/17/2003 | 14 | MOTION to Dismiss by Beazley Co Realtors, Jane Doe, Matthew Lawlor, William T. Beazley Co, Inc.Responses due by 12/8/2003 (Sanders, C.) (Entered: 11/18/2003) |
| 11/17/2003 | 15 | Memorandum in Support re 14 MOTION to Dismiss filed by Beazley Co Realtors, Jane Doe, Matthew Lawlor, William T. Beazley Co, Inc. (Exhibits in paper form) (Sanders, C.) (Entered: 11/18/2003) |
| 11/19/2003 | 16 | Endorsement ORDER approving re 11 Report of Rule 26(f) Planning Meeting. Signed by Judge Stefan R. Underhill on 11/18/03. (Sanders, C.) (Entered: 11/24/2003) |
| 11/19/2003 | | Set Deadlines: Discovery due by 9/15/2004. Dispositive Motions due by 10/15/2004. (Sanders, C.) (Entered: 11/24/2003) |
| 11/20/2003 | 17 | NOTICE of Appearance by Joel M. Fain on behalf of James Roadcap (Sanders, C.) (Entered: 12/02/2003) |
| 11/20/2003 | 18 | MOTION for Extension of Time until 12/19/03 to respond to 1 Complaint by James Roadcap. (Sanders, C.) (Entered: 12/02/2003) |
| 11/26/2003 | 21 | MOTION for Extension of Time to 12/29/2003 to respond to discovery request by Beazley Co Realtors, Jane Doe, Matthew Lawlor, William T. Beazley Co, Inc. (Sanders, C.) (Entered: 12/03/2003) |
| 12/03/2003 | 19 | NOTICE of Appearance by Robert W. Cassot on behalf of James Roadcap (Simpson, T.) (Entered: 12/03/2003) |
| 12/03/2003 | 20 | NOTICE of Appearance by James L. Brawley on behalf of James Roadcap (Simpson, T.) (Entered: 12/03/2003) |
| 12/03/2003 | 22 | ENDORSEMENT ORDER Ordered Accordingly 18 Motion for Extension of Time until 12/19/03 to Respond to Complaint . Signed by Clerk on 12/3/03. (Simpson, T.) (Entered: 12/04/2003) |
| 12/03/2003 | | Answer updated for James Roadcap to 12/19/2003. (Simpson, T.) (Entered: 12/04/2003) |
| 12/04/2003 | 23 | Endorsement ORDER granting 21 Motion for Extension of Time to 12/29/2003 to respond to discovery request . Signed by Judge Stefan R. Underhill on 12/4/2003. (Sanders, C.) (Entered: 12/08/2003) |

| | | |
|---|---|---|
| 12/11/2003 | 24 | Memorandum in Opposition re 14 MOTION to Dismiss filed by Yvonne Manning-Jones. (Simpson, T.) (Entered: 12/15/2003) |
| 12/19/2003 | 25 | MOTION to Dismiss by James Roadcap.Responses due by 1/9/2004 (Attachments: # 1 Memorandum In Support)(Sanders, C.) (Entered: 12/29/2003) |
| 12/22/2003 | 26 | DEMAND for Trial by Jury by Yvonne Manning-Jones. (Sanders, C.) (Entered: 12/29/2003) |
| 12/24/2003 | 27 | MOTION for Extension of Time to 1/9/04 to File Response as to 14 MOTION to Dismiss by Beazley Co Realtors, Jane Doe, Matthew Lawlor, William T. Beazley Co, Inc. (Sanders, C.) (Entered: 12/30/2003) |
| 01/05/2004 | 28 | ORDER granting 27 Motion for Extension of Time to File Response re 14 MOTION to Dismiss Responses due by 1/9/2004. Signed by Judge Stefan R. Underhill on 1/4/04. (Sanders, C.) (Entered: 01/06/2004) |
| 01/09/2004 | 29 | Memorandum in Opposition re 25 MOTION to Dismiss filed by Yvonne Manning-Jones. (Sanders, C.) (Entered: 01/13/2004) |
| 01/09/2004 | 30 | REPLY to Response to 14 MOTION to Dismiss filed by Beazley Co Realtors, Jane Doe, Matthew Lawlor, William T. Beazley Co, Inc. (Cody, C.) (Entered: 01/15/2004) |
| 01/15/2004 | 31 | MOTION to Compel and Affidavit by Yvonne Manning-Jones.Responses due by 2/5/2004 (Attachments: # 1 Memorandum In Support)(Sanders, C.) (Entered: 01/20/2004) |
| 01/16/2004 | 32 | MOTION for Extension of Time to 9/15/04 to complete discovery by Yvonne Manning-Jones. (Sanders, C.) (Entered: 01/23/2004) |
| 01/23/2004 | 33 | REPLY to Response to 25 MOTION to Dismiss filed by James Roadcap. (Sanders, C.) (Entered: 01/27/2004) |
| 01/27/2004 | 34 | ORDER granting 32 Motion for Extension of Time . Signed by Judge Stefan R. Underhill on 1/27/04. (Sanders, C.) (Entered: 02/03/2004) |
| 02/06/2004 | 35 | Memorandum in Opposition re 31 MOTION to Compel filed by Beazley Co Realtors, Jane Doe, Matthew Lawlor, William T. Beazley Co, Inc. (Simpson, T.) (Entered: 02/06/2004) |
| 03/01/2004 | 36 | MOTION for Extension of Time until 3/27/04 to respond to discovery by James Roadcap. (Warren, C.) (Entered: 03/04/2004) |
| 03/04/2004 | 37 | ENDORSEMENT ORDER denying 36 Motion for Extension of Time until 3/27/04 to Respond to Discovery. Signed by Clerk on 3/4/04. (Simpson, T.) (Entered: 03/05/2004) |
| 03/19/2004 | 38 | MOTION for Extension of Time until 3/26/04 to Respond to Discovery Requests by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc. (Simpson, T.) (Entered: 03/23/2004) |
| 03/23/2004 | 39 | ORDER granting 38 Motion for Extension of Time . Signed by Judge Stefan R. Underhill on 3/23/2004. (Sanders, C.) (Entered: 03/25/2004) |
| 03/25/2004 | 40 | MOTION for Extension of Time to 4/27/2004 for Discovery by Yvonne Manning- |

| | | |
|---|---|---|
| | | Jones. (D'Andrea, S.) (Entered: 03/26/2004) |
| 03/29/2004 | 41 | ENDORSEMENT ORDER Ordered Accordingly 40 Motion for Extension of Time until 4/27/04 to Respond to Discovery Requests. Signed by Clerk on 3/29/04. (Simpson, T.) (Entered: 03/30/2004) |
| 04/02/2004 | 42 | MOTION for Leave to File Third-Party Complaint by Beazley Co Realtors, Jane Doe, Matthew Lawlor, William T. Beazley Co, Inc. (Sanders, C.) (Entered: 04/05/2004) |
| 04/16/2004 | 43 | Minute Entry for proceedings held before Judge Stefan R. Underhill : Motion Hearing held on 4/16/2004 re 25 MOTION to Dismiss filed by James Roadcap, 14 MOTION to Dismiss filed by Jane Doe, Beazley Co Realtors, William T. Beazley Co, Inc, Matthew Lawlor. (Court Reporter Catucci.) (Montz, A.) (Entered: 04/19/2004) |
| 04/16/2004 | 44 | NOTICE of Appearance by Joseph E. Mascaro on behalf of defendant James Roadcap (Montz, A.) (Entered: 04/19/2004) |
| 04/16/2004 | | ORAL ORDER granting 14 Motion to Dismiss, granting 25 Motion to Dismiss. Underhill, J. (Montz, A.) (Entered: 04/19/2004) |
| 04/23/2004 | 45 | MOTION for Extension of Time, until 4/30/04 to respond to plaintiff's First Request for Production of Documents by Beazley Co Realtors, William T. Beazley Co, Inc. (Warren, C.) (Entered: 04/27/2004) |
| 04/27/2004 | 46 | AMENDED COMPLAINT against Beazley Co Realtors, Matthew Lawlor, James Roadcap, William T. Beazley Co, Inc , filed by Yvonne Manning-Jones.(Sanders, C.) (Entered: 04/28/2004) |
| 04/27/2004 | 47 | MOTION for Extension of Time until 5/14/04 to Respond to Discovery Requests by Yvonne Manning-Jones. (Simpson, T.) (Entered: 04/28/2004) |
| 04/29/2004 | 48 | ENDORSEMENT ORDER granting 45 Motion for Extension of Time until 4/30/04 to Respond to Plaintiff's First Request for Production of Documents. Signed by Judge Stefan R. Underhill on 4/28/04. (Simpson, T.) (Entered: 04/29/2004) |
| 04/29/2004 | 49 | ENDORSEMENT ORDER granting 47 Motion for Extension of Time until 5/14/04 to Respond to Discovery Requests. Signed by Judge Stefan R. Underhill on 4/28/04. (Simpson, T.) (Entered: 04/29/2004) |
| 04/29/2004 | 50 | MOTION for Extension of Time until 6/7/04 to Respond to 46 Amended Complaint by Beazley Co Realtors, Jane Doe, Matthew Lawlor, William T. Beazley Co, Inc. (Simpson, T.) (Entered: 04/29/2004) |
| 05/03/2004 | 51 | ENDORSEMENT ORDER granting 50 Motion for Extension of Time until 6/7/04 to Respond to Amended Complaint. Signed by Judge Stefan R. Underhill on 4/30/04. (Simpson, T.) (Entered: 05/03/2004) |
| 06/01/2004 | 53 | MOTION for Extension of Time to Disclose and Depose Experts by Yvonne Manning-Jones. (D'Andrea, S.) (Entered: 06/03/2004) |
| 06/03/2004 | 52 | TRANSCRIPT of Proceedings held on 4/16/04 before Judge Stefan R. Underhill. Court Reporter: Susan E. Catucci. (Simpson, T.) (Entered: 06/03/2004) |

| | | |
|---|---|---|
| 06/04/2004 | 54 | ENDORSEMENT ORDER granting 53 Motion for Extension of Time to disclose and depose experts by Yvonne Manning-Jones . Signed by Judge Stefan R. Underhill on 6/4/04. (Sbalbi, B.) (Entered: 06/04/2004) |
| 06/08/2004 | 55 | MOTION for Extension of Time until 6/14/04 to Respond to 46 Amended Complaint by Beazley Co Realtors, Jane Doe, Matthew Lawlor, William T. Beazley Co, Inc. (Simpson, T.) (Entered: 06/09/2004) |
| 06/14/2004 | 56 | ENDORSEMENT ORDER granting 55 Motion for Extension of Time to 6/14/04 to respond to 46 Amended Complaint . Signed by Judge Stefan R. Underhill on 6/14/04. (Sbalbi, B.) (Entered: 06/14/2004) |
| 06/14/2004 | | Answer updated for Beazley Co Realtors to 6/14/2004; Jane Doe to 6/14/2004; Matthew Lawlor to 6/14/2004; William T. Beazley Co, Inc to 6/14/2004. (Sbalbi, B.) (Entered: 06/14/2004) |
| 06/14/2004 | 57 | MOTION to Dismiss by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc.Responses due by 7/5/2004 (Attachments: # 1 Memorandum Of Law In Support)(Sanders, C.) (Entered: 06/15/2004) |
| 06/17/2004 | 58 | ENDORSEMENT ORDER granting 42 Motion for Leave to File third party complaint. The clerk shall docket the third party complaint. Signed by Judge Stefan R. Underhill on 6/17/04. (Sbalbi, B.) (Entered: 06/17/2004) |
| 06/17/2004 | 60 | THIRD PARTY COMPLAINT against Home Run Rlty, LLC, Pat Patrick , filed by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc.(Sanders, C.) (Entered: 06/23/2004) |
| 06/21/2004 | 59 | ANSWER to Amended Complaint by James Roadcap.(Simpson, T.) (Entered: 06/21/2004) |
| 06/25/2004 | | Summons Issued as to Home Run Rlty, LLC, Pat Patrick. (Sanders, C.) (Entered: 06/25/2004) |
| 07/06/2004 | 61 | MOTION for Extension of Time until 7/13/04 to File Response as to 57 MOTION to Dismiss by Yvonne Manning-Jones. (Simpson, T.) (Entered: 07/08/2004) |
| 07/12/2004 | 62 | ELECTRONIC ENDORSEMENT ORDER granting 61 Motion for Extension of Time to 7/13/04 to File Response re 57 MOTION to Dismiss Responses due by 7/13/2004. So Ordered. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. Signed by Judge Stefan R. Underhill on 7/12/04. (Sbalbi, B.) (Entered: 07/12/2004) |
| 07/13/2004 | 63 | Memorandum in Opposition re 57 MOTION to Dismiss filed by Yvonne Manning-Jones. (Sanders, C.) (Entered: 07/14/2004) |
| 07/21/2004 | 64 | MOTION for Extension of Time to 8/6/04 to File Response/Reply to Opposition as to 57 MOTION to Dismiss by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc. (Sanders, C.) (Entered: 07/23/2004) |
| 07/26/2004 | 66 | REPLY to Response to 57 MOTION to Dismiss filed by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc. (Sanders, C.) (Entered: 07/27/2004) |
| 07/27/2004 | 65 | ELECTRONIC ENDORSEMENT ORDER granting 64 Motion for Extension of Time to 8/6/04 to File Response re 57 MOTION to Dismiss by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc. Responses due by 8/6/2004. Signed by |

| | | |
|---|---|---|
| | | Judge Stefan R. Underhill on 7/27/04. (Sbalbi, B.) (Entered: 07/27/2004) |
| 08/31/2004 | 67 | ELECTRONIC ENDORSEMENT ORDER denying as moot 31 Motion to Compel. So Ordered. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. Signed by Judge Stefan R. Underhill on 8/31/04. (Sbalbi, B.) (Entered: 08/31/2004) |
| 09/03/2004 | 68 | MOTION for Extension of Time for Discovery due 10/31/04, Dispositive Motions due 12/31/04, Joint Trial Memo due on 2/15/05, Ready for Trial by 4/1/05 by Yvonne Manning-Jones. (Cody, C.) (Entered: 09/07/2004) |
| 09/09/2004 | 70 | SUMMONS Returned Executed by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc. Home Run Rlty, LLC served on 6/28/2004, answer due 7/18/2004; Pat Patrick served on 6/28/2004, answer due 7/18/2004. (Simpson, T.) (Entered: 09/10/2004) |
| 09/10/2004 | 69 | ELECTRONIC ENDORSEMENT ORDER granting 68 Motion for Extension of Time to 10/31/04 to complete discovery, to 12/31/04 to file dispositive motions, to 2/15/05 to file joint trial memo, and trial date of 4/1/05. So Ordered. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. Signed by Judge Stefan R. Underhill on 9/9/04. (Sbalbi, B.) (Entered: 09/10/2004) |
| 09/10/2004 | | Set Deadlines/Hearings: Discovery due by 10/31/2004. Dispositive Motions due by 12/31/2004. Trial Brief due by 2/15/2005. Trial Ready Date 4/1/2005. (Sbalbi, B.) (Entered: 09/10/2004) |
| 10/12/2004 | 71 | MOTION for Default Entry 55(a) by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc. (Sanders, C.) (Entered: 10/13/2004) |
| 10/14/2004 | 72 | MOTION for Extension of Time to 12/1/04 to complete discovery and 1/15/05 to file dispositive motions by James Roadcap. (Sanders, C.) (Entered: 10/19/2004) |
| 10/20/2004 | 73 | MOTION for Extension of Time to file and serve their disclosure of Expert Witness not later than thirty (30) days from the date of issuance of the Court's Ruling on the Defendants' Motion to dismiss, or not later than December 15, 2004, whichever is earlier, and that plaintiff be permitted to depose the Defendants' designated expert not later than thirty (30) days after the defendants file and serve their disclosure of Expert Witness by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc. (Sanders, C.) (Entered: 10/21/2004) |
| 10/22/2004 | 74 | NOTICE OF ELECTRONIC ORDER Ordered Accordingly 71 Motion for Default Entry 55(a) as to Third Party defendants Pat Patrick and Home Run Realty, LLC only. Motion for default judgment due by 11/21/2004. Signed by Clerk on 10/22/04. THIS IS THE ONLY NOTICE THE COURT SHALL ISSUE. (Cody, C.) (Entered: 10/22/2004) |
| 10/22/2004 | 76 | MOTION to Compel Depositions by Yvonne Manning-Jones.Responses due by 11/12/2004 (Attachments: # 1 Memorandum Of Law In Support# 2 Affidavit)(Sanders, C.) (Entered: 10/26/2004) |
| 10/25/2004 | 75 | ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 72 Motion for Extension of Time to 12/1/04 to complete discovery and to 1/15/05 to file dispositive motions. So Ordered. Signed by Judge Stefan R. Underhill on 10/25/04. (Sbalbi, B.) (Entered: 10/25/2004) |

| | | |
|---|---|---|
| 10/25/2004 | | Set Deadlines/Hearings: Discovery due by 12/1/2004. Dispositive Motions due by 1/15/2005. (Sbalbi, B.) (Entered: 10/25/2004) |
| 10/27/2004 | 77 | ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 73 Motion for Extension of Time to file and serve disclosure of expert witness. So Ordered. Signed by Judge Stefan R. Underhill on 10/27/04. (Sbalbi, B.) (Entered: 10/27/2004) |
| 10/28/2004 | 78 | NOTICE TO COUNSEL RE E-FILE CALENDAR. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. Motion Day re 57 MOTION to Dismiss. Motion Hearing set for 11/17/2004 02:00 PM in Courtroom One, 915 Lafayette Blvd, Bridgeport before Judge Stefan R. Underhill. See attached calendar. (Sbalbi, B.) (Entered: 10/28/2004) |
| 11/12/2004 | 79 | Objection re 76 MOTION to Compel filed by James Roadcap. (Sanders, C.) (Entered: 11/16/2004) |
| 11/12/2004 | 80 | MOTION for Protective Order by James Roadcap.Responses due by 12/3/2004 (Sanders, C.) (Entered: 11/16/2004) |
| 11/12/2004 | 88 | Minute Entry for proceedings held before Judge Stefan R. Underhill : Telephone Status Conference held on 11/12/2004. (Sbalbi, B.) (Entered: 12/10/2004) |
| 11/16/2004 | 81 | MOTION for Default Judgment (part 1) by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc. (Attachments: # 1 Motion for Default Judgment part 2)(Sanders, C.) (Entered: 11/16/2004) |
| 11/17/2004 | 82 | Minute Entry for proceedings held before Judge Stefan R. Underhill : Motion Hearing held on 11/17/2004 re 57 MOTION to Dismiss filed by Beazley Co Realtors, William T. Beazley Co, Inc, Matthew Lawlor. (Court Reporter Catucci.) (Montz, A.) (Entered: 11/18/2004) |
| 11/17/2004 | | ORDER in open court and on the record denying 57 Motion to Dismiss. Judge Stefan R. Underhill on 11/17/04. (Montz, A.) (Entered: 11/18/2004) |
| 11/29/2004 | 83 | MOTION for Extension of Time To Complete Discovery until 12/21/2004 by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc. (Sanders, C.) (Entered: 11/30/2004) |
| 11/29/2004 | 85 | MOTION for Extension of Time to take deposition of James Roadcap until 12/22/2004 by James Roadcap. (Sanders, C.) (Entered: 12/01/2004) |
| 12/01/2004 | 84 | ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 83 Motion for Extension of Time to 12/21/04 to complete discovery. Signed by Judge Stefan R. Underhill on 12/1/04. (Sbalbi, B.) (Entered: 12/01/2004) |
| 12/01/2004 | | Set Deadlines/Hearings: Discovery due by 12/21/2004. (Sbalbi, B.) (Entered: 12/01/2004) |
| 12/02/2004 | 86 | ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 85 Motion for Extension of Time to 12/22/04 to take deposition of James Roadcap. Signed by Judge Stefan R. Underhill on 12/2/04. (Sbalbi, B.) (Entered: 12/02/2004) |

| | | |
|---|---|---|
| 12/02/2004 | 87 | TRANSCRIPT of Proceedings (Motion Hearing) held on 11/17/2004 before Judge Stefan R. Underhill. Court Reporter: Susan E. Catucci. (Sanders, C.) (Entered: 12/06/2004) |
| 12/13/2004 | 89 | MOTION for Extension of Time until 12/24/2004 to serve expert disclosure and 1/24/2005 to Complete Discovery and 2/24/2005 to File Dispositive Motions by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc. (Sanders, C.) (Entered: 12/15/2004) |
| 12/16/2004 | 90 | ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 89 Motion for Extension of Time to 12/24/04 to serve expert disclosure; to 1/24/05 to complete discovery and to 2/24/05 to file dispositive motions. Signed by Judge Stefan R. Underhill on 12/16/04. (Sbalbi, B.) (Entered: 12/16/2004) |
| 12/16/2004 | | Set Deadlines/Hearings: Discovery due by 1/24/2005. Dispositive Motions due by 2/24/2005. (Sbalbi, B.) (Entered: 12/16/2004) |
| 12/23/2004 | 91 | MOTION for Extension of Time modifying scheduling order until 1/4/05 to serve expert disclosure by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc. (Beverley, T.) (Entered: 12/23/2004) |
| 12/27/2004 | 93 | MOTION to Appoint Guardian ad Litem by James Roadcap. (Candee, D.) (Entered: 12/30/2004) |
| 12/29/2004 | 92 | ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 91 Motion for Extension of Time to 1/4/05 to serve expert disclosure. Signed by Judge Stefan R. Underhill on 12/29/04. (Sbalbi, B.) (Entered: 12/29/2004) |
| 01/05/2005 | 94 | ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 81 Motion for Default Judgment against third party defendants Pat Patrick and Home Run Realty, LLC. The amount of the judgment shall be set following a hearing in damages. Signed by Judge Stefan R. Underhill on 1/5/05. (Sbalbi, B.) (Entered: 01/05/2005) |
| 01/21/2005 | 95 | MOTION for Extension of Time until 2/24/05 to complete discovery and 3/24/05 to file dispositive motions re: 90 Order on Motion for Extension of Time, by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc. (Sanders, C.) (Entered: 01/24/2005) |
| 01/21/2005 | 96 | MOTION for Extension of Time for 2 hours to complete Plaintiff's Deposition by James Roadcap. (Sanders, C.) (Entered: 01/24/2005) |
| 01/27/2005 | 97 | ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 95 Motion for Extension of Time to 2/24/05 to complete discovery and to 3/24/05 to file dispositive motions. Signed by Judge Stefan R. Underhill on 1/27/05. (Sbalbi, B.) (Entered: 01/27/2005) |
| 01/27/2005 | | Set Deadlines/Hearings: Discovery due by 2/24/2005. Dispositive Motions due by 3/24/2005. (Sbalbi, B.) (Entered: 01/27/2005) |
| 01/27/2005 | 98 | ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 96 Motion for Extension of Time. Plaintiff |

| | | |
|---|---|---|
| | | shall appear for a continued deposition, limited to two hours. Signed by Judge Stefan R. Underhill on 1/27/05. (Sbalbi, B.) (Entered: 01/27/2005) |
| 02/07/2005 | 99 | MOTION to Compel by Beazley Co Realtors, William T. Beazley Co, Inc, Matthew Lawlor.Responses due by 2/28/2005 (Attachments: # 1 Memorandum in Support # 2 Exhibit A# 3 Exhibit B)(Simpson, T.) (Entered: 02/08/2005) |
| 02/18/2005 | 100 | MOTION for Protective Order by Beazley Co Realtors, William T. Beazley Co, Inc, Matthew Lawlor.Responses due by 3/11/2005 (Sanders, C.) (Entered: 02/23/2005) |
| 02/18/2005 | 101 | MOTION for Extension of Time until 3/17/05 to complete discovery and 4/17/05 to file dispositive motions re 97 Order on Motion for Extension of Time, by Yvonne Manning-Jones. (Sanders, C.) (Entered: 02/23/2005) |
| 02/23/2005 | 103 | Objection re 100 MOTION for Protective Order filed by Yvonne Manning-Jones. (Sanders, C.) (Entered: 02/24/2005) |
| 02/23/2005 | 104 | Amended MOTION for Extension of Time until 3/17/05 to complete discovery and 4/17/05 to file dispositive motions re: 102 Order on Motion for Extension of Time by Yvonne Manning-Jones. (Sanders, C.) (Entered: 02/24/2005) |
| 02/24/2005 | 102 | ELECTRONIC ORDER granting 101 Motion for Extension of Time to 3/17/05 to complete discovery and 4/17/05 to file dispositive motions . Signed by Judge Stefan R. Underhill on 2/24/05. (Montz, A.) (Entered: 02/24/2005) |
| 02/24/2005 | | Set Deadlines/Hearings: Discovery due by 3/17/2005. Dispositive Motions due by 4/17/2005. (Montz, A.) (Entered: 02/24/2005) |
| 02/25/2005 | 105 | ELECTRONIC ORDER denying as moot 104 Motion for Extension of Time. Signed by Judge Stefan R. Underhill on 2/25/05. (Montz, A.) (Entered: 02/25/2005) |
| 02/25/2005 | 106 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephone Status Conference re pending motions set for 3/4/2005 at 5:15 PM before Judge Stefan R. Underhill. Counsel for plaintiff shall initiate phone call to chambers (203) 579-5714). (Sbalbi, B.) (Entered: 02/25/2005) |
| 02/28/2005 | 107 | Objection re 99 MOTION to Compel filed by Yvonne Manning-Jones. (Sanders, C.) (Entered: 03/02/2005) |
| 03/04/2005 | 108 | Minute Entry for proceedings held before Judge Stefan R. Underhill : Telephone Status Conference re pending motions held on 3/4/2005. (Court Reporter Susan Catucci.) (Sbalbi, B.) (Entered: 03/07/2005) |
| 03/07/2005 | 109 | ELECTRONIC ENDORSEMENT ORDER denying, without prejudice, 76 Motion to Compel depositions (as set forth in the record during phone conference on 3/4/05). Signed by Judge Stefan R. Underhill on 3/7/05. (Sbalbi, B.) (Entered: 03/07/2005) |
| 03/07/2005 | 110 | ELECTRONIC ENDORSEMENT ORDER granting 80 Motion for Protective Order, as set forth in the record during phone conference on 3/4/05. Signed by Judge Stefan R. Underhill on 3/7/05. (Sbalbi, B.) (Entered: 03/07/2005) |
| 03/07/2005 | 111 | ELECTRONIC ENDORSEMENT ORDER granting 93 Motion to Appoint Guardian ad Litem. Jeannie Roadcap appointed. Signed by Judge Stefan R. Underhill on 3/7/05. (Sbalbi, B.) (Entered: 03/07/2005) |

| | | |
|---|---|---|
| 03/07/2005 | 112 | ELECTRONIC ENDORSEMENT ORDER granting in part and denying in part 99 Motion to Compel, as set forth in the record during phone conference on 3/4/05. Signed by Judge Stefan R. Underhill on 3/7/05. (Sbalbi, B.) (Entered: 03/07/2005) |
| 03/07/2005 | 113 | ELECTRONIC ENDORSEMENT ORDER granting in part and denying in part 100 Motion for Protective Order, as set forth in the record during phone conference on 3/4/05. Signed by Judge Stefan R. Underhill on 3/7/05. (Sbalbi, B.) (Entered: 03/07/2005) |
| 03/07/2005 | 114 | SCHEDULING ORDER: Discovery due by 4/17/2005. Dispositive Motions due by 5/17/2005.. Signed by Judge Stefan R. Underhill on 3/7/2005. (Sanders, C.) (Entered: 03/10/2005) |
| 03/11/2005 | 115 | NOTICE of Appearance by Mario F. Coppola on behalf of Home Run Rlty, LLC (Sanders, C.) (Entered: 03/14/2005) |
| 03/11/2005 | 116 | NOTICE of Appearance by Maureen E. Burns on behalf of Home Run Rlty, LLC (Sanders, C.) (Entered: 03/14/2005) |
| 03/21/2005 | 117 | MOTION for Order compelling defendant Beazley Company Realtors' Former agent, Maggie Griffin, to comply with notice of deposition and subpoena duly served upon her and futher requests that the deadline for completion of discovery be extended to accomodate her appearance. by Yvonne Manning-Jones. (Sanders, C.) (Entered: 03/22/2005) |
| 03/21/2005 | 118 | Memorandum in Support re 117 MOTION for compelling defendant Beazley Company Realtors' Former agent, Maggie Griffin, to complely with Notice of Deposition and subpoena duly served upon her and futher requests that the deadline for discovery be extended to accomodate her appear filed by Yvonne Manning-Jones. (Attachments: # 1 Exhibits A & B# 2 Exhibit C# 3 Affidavit)(Sanders, C.) (Entered: 03/22/2005) |
| 04/04/2005 | 119 | MOTION to Set Aside 94 Order on Motion for Default Judgment, by Home Run Rlty, LLC. (Sanders, C.) (Entered: 04/06/2005) |
| 04/12/2005 | 120 | STIPULATION of Dismissal with Prejudice by Yvonne Manning-Jones, Beazley Co Realtors, William T. Beazley Co, Inc, Matthew Lawlor, James Roadcap, only. (Sanders, C.) (Entered: 04/12/2005) |
| 04/18/2005 | 121 | ELECTRONIC ORDER approving 120 Stipulation of Dismissal filed by Yvonne Manning-Jones, Beazley Co Realtors, William T. Beazley Co, Inc, Matthew Lawlor, James Roadcap. Signed by Clerk on 4/18/05. (Montz, A.) (Entered: 04/18/2005) |
| 04/20/2005 | 122 | NOTICE of Dismissal by Beazley Co Realtors, Matthew Lawlor, William T. Beazley Co, Inc (Sanders, C.) (Entered: 04/21/2005) |
| 04/21/2005 | 123 | ORDER DISMISSING CASE re 122 Notice of Voluntary Dismissal . Signed by Clerk on 4/21/2005. (Sanders, C.) (Entered: 04/21/2005) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 06/12/2008 18:10:48 |

| **PACER Login:** | jv0455 | **Client Code:** | bha |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 3:03-cv-01473-SRU |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |