THE PLAINTIFF,

By _____
Alan Rosner, Esq. (CT10414)
Jennifer Vickery, Esq. (CT24089)
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245, 384-1246
Alanrosner@aol.com

CERTIFICATION

THE PLAINTIFF–YVONNE MANNING-JONES

By _____
Alan Rosner, Esq. (CT10414)
Jennifer Vickery, Esq. (CT24089)
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245, 384-1246
Alanrosner@aol.com

2

embarrassment, anxiety, emotional distress, anguish, disappointment and other harms.

51. The harms suffered by the plaintiff were the foreseeable, proximate result of the negligence of the Beazley Defendants and defendant Roadcap.

## V. PRAYER FOR RELIEF

Wherefore, the plaintiff prays for the following relief:

1. That the Court declare that the defendants have violated the provisions of applicable federal and state fair housing laws;

2. That the Court award plaintiff compensatory damages;

3. That the Court award plaintiff punitive damages;

4. That the Court grant costs of the suit and reasonable attorney's fees; and

5. Such other and further relief as the Court may deem just.

THE PLAINTIFF,

By _/s/ Alan Rosner_
Alan Rosner, Esq. (Ct10414)
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Tel. (203) 384-1245, Fax. (203) 384-1246
Email: alanrosner@aol.com

By _/s/ Jennifer Vickery_
Jennifer Vickery, Esq. (Ct24089)
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
Tel. (203) 384-1245, Fax. (203) 384-1246

plaintiff, because she may have been able to withdraw her bid before it reached the condominium owners.

IV. CONCLUSION.

Based on the foregoing, the plaintiff urges the Court to deny the defendants' motion to dismiss in its entirety.

Respectfully submitted,

THE PLAINTIFF–YVONNE MANNING-JONES

By _____
Jennifer Vickery, Esq. (CT24089)
Law Offices of Alan Rosner
1115 Main Street, Suite 415
Bridgeport, CT 06604
(203) 384-1245, 384-1246
Alanrosner@aol.com

12