UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS MATYASOVSZKY, ET AL., on behalf of themselves and all others similarly situated, | : : | |
| Plaintiffs, | : | CASE NO. 3:03CV968 (WIG) |
| | : | |
| V. | : | |
| | : | |
| HOUSING AUTHORITY OF THE CITY OF BRIDGEPORT ET AL. | : : | JULY 3, 2008 |
| Defendants. | : | |

**MOTION TO AMEND THE JULY 19, 2008 DEADLINE
FOR CLASS MEMBERS TO FILE CLAIMS**

The undersigned, on behalf of the plaintiff class representatives and the plaintiff class, hereby request that this Court enter an Order amending the deadline by which class members or potential class members must file completed Claim Forms in order to be considered for a monetary award under the Consent Decree approved by this Court on December 3, 2007. With the consent of counsel for the defendants, plaintiffs' counsel seek to amend the filing deadline to September 2, 2008 upon the following facts and circumstances:

1. On December 3, 2007, this Court approved a Consent Decree settling all claims between the parties in the above referenced class action. Following approval of the Decree, counsel for the defendants encountered significant problems in providing

actual notice to potential class members. The BHA did not have current, valid addresses for prior applicants who now may be entitled to a cash award under the Decree. As a result, most mailings of notice of the settlement were returned to the BHA as "undeliverable" and few potential claimants filed claims for awards.

3. Plaintiffs' counsel, with the consent and assistance of defendants and their counsel, have investigated various methods for locating potential class members. To allow time to perform these investigations, the Court has twice granted motions to extend the deadline for class members to file claims.

4. The most recent order was entered on April 9, 2008 extending the deadline for filing claim forms to July 19, 2008. This extension allowed plaintiffs sufficient time to negotiate an agreement with the State Department of Social Services ("DSS"). Under the agreement, DSS searched their database for valid, current addresses for class members whose notices were previously returned to the BHA. Once these addresses were identified, the BHA provided DSS with stamped envelopes. DSS addressed the envelopes and mailed them.

5. This method of providing notice was completed in or about mid-June and has resulted in a significant increase in the number of claims filed. However, additional time is needed to ensure that all potential class members who can be identified from BHA

records was provided notice.

6. According to BHA employees, the BHA provided DSS with 1150 names. From this list, DSS was able to provide 889 current, valid addresses. While this is encouraging, plaintiffs have pointed out to defendants' counsel that plaintiffs had previously been informed that the number of notices returned to the BHA as undeliverable in January and February, 2008, totaled approximately 1506. Plaintiffs' counsel has also observed that some of the people identified and served by DSS were successfully served by the BHA, without DSS assistance, and had actually already filed claims. This means that it is possible that approximately 619 class members were not yet served at accurate addresses.

7. Inquiries have been made to the BHA regarding this problem. Plaintiffs' counsel has not received an adequate explanation for the discrepancies. Additional time is being requested by this motion to allow the BHA to make an adequate response and to serve additional notices if necessary.

8. Plaintiffs also request an extension to allow the class members served in mid-June at least an equal length of time to file claims as was given to class members served in prior to April, 2008. It is the hope and expectation of plaintiffs' counsel that all notice issues will have been adequately resolved during this extended period and that the

very best efforts will have been exerted to ensure fair notice to class members.

9.  Counsel for defendants have consented to the relief requested herein.

                              THE PLAINTIFFS,


BY /s/_____
    Alan Rosner, Esq. (CT 10414)
    1115 Main Street, Suite 415
    Bridgeport, CT 06604
    (203) 384-1245
    Fax: (203) 384-1246
    Email: alanrosner@aol.com

CERTIFICATION

_____I hereby certify that a copy of the foregoing motion to amend the deadline to file claims has been served by regular first class mail to James Mahar, Esq. and Michael Ryan, Esq., Ryan Ryan Johnson & Deluca, LLP, at 707 Summer Street, 5th floor, Stamford, CT 06901 on this 3rd day of July, 2008.


/s/_____
Alan Rosner